FILED

2011 MAR -9 PM 12: 23

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY, d/b/a
MONSTER BEVERAGE COMPANY,

    Plaintiff,

-vs-                                 Case No. 6:11-cv-329-Orl-22DAB

CONSOLIDATED DISTRIBUTORS, INC.,
METTEMP, INC., JOE COOL, INC., JOE
COOL BIKE WEEK INC., DAVID
BAKSHT, MICHELLE AMAR, AND
YOSEF AMAR,

    Defendants.

## ORDER TO UNSEAL

The Court previously ordered that this file be sealed because it appeared that immediate and irreparable injury, loss, or damage would have resulted to Plaintiff should Defendants have learned of this action before the seizure ordered concurrently by this Court was completed. Plaintiff has now notified the Court, as directed by the Court's Order, that Defendants' infringing goods and related business records have been seized and impounded. Accordingly, it is ORDERED that the Clerk shall remove the seal that was placed on this file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida, on March 8, 2011.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party