AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:11-CV-329-Orl-22DAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Yosef Amar
was received by me on *(date)* 3/7/2011.

☐ I personally served the summons on the individual at *(place)*
 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nissin Amir FL DL # A560-620-59-454-0, who is designated by law to accept service of process on behalf of *(name of organization)* Joe Cool, Inc.
on *(date)* 3/7/2011 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ 58.14 for travel and $ 55.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/7/2011

*Server's signature*

Angel Ayala / DUSM
*Printed name and title*

401 W. Central Blvd. Ste 2300
Orlando, FL 32801-0230
*Server's address*

Additional information regarding attempted service, etc:

Served at:
1052 N. Beach Street
Holly Hill, FL 32117

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Orlando Division

FILED
2011 MAR -9  AM 10: 21
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY,
    *Plaintiff*

v.

CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC.,
JOE COOL, INC., JOE COOL BIKE WEEK, INC. et al.
    *Defendant*

Civil Action No. 6:11-CV-329-ORL-22-DAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Yosef Amar
719 Eastern Parkway, Suite 3
Brooklyn, New York 11213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Richard E. Mitchell, Esq.
    GrayRobinson, P.A.
    Post Office Box 3068
    Orlando, Florida 32802-3068
    (407) 843-8880

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-7-11

*Signature of Clerk or Deputy Clerk*