AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:11-CV-329-Orl-22 DAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joe Cool Bike Week, Inc.
was received by me on *(date)* 3/7/2011.

☐ I personally served the summons on the individual at *(place)*
   on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   , a person of suitable age and discretion who resides there,
   on *(date)*  , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nissin Amir   FL DL # A560-620-59-454-0, who is
   designated by law to accept service of process on behalf of *(name of organization)* Joe Cool Bike Week, Inc.
   on *(date)* 03/07/2011 ; or

☐ I returned the summons unexecuted because  ; or

☐ Other *(specify)*:

My fees are $ 58.14 for travel and $ 55.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 03/07/2011

*Server's signature*

Angel Ayala / DUSM
*Printed name and title*

401 W. Central Blvd.
Suite # 2300
Orlando, FL 32801-0230
*Server's address*

Additional information regarding attempted service, etc:

Served at:
1052 N. Beach Street
Holly Hill, FL 32117

AO 440 (Rev. 12/09) Summons in a Civil Action

**FILED**

# UNITED STATES DISTRICT COURT
for the
**Middle District of Florida**
**Orlando Division**

2011 MAR -9  AM 10: 21

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

**HANSEN BEVERAGE COMPANY d/b/a**
**MONSTER BEVERAGE COMPANY,**
    *Plaintiff*

v.

**CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC.,**
**JOE COOL, INC., JOE COOL BIKE WEEK, INC. et al.**
    *Defendant*

Civil Action No. 6:11-CV-329-ORL-22 DAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joe Cool Bike Week, Inc.
c/o Yosef Amar (Registered Agent)
1052 North Beach Street
Holly Hill, Florida 32117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Richard E. Mitchell, Esq.
    GrayRobinson, P.A.
    Post Office Box 3068
    Orlando, Florida 32802-3068
    (407) 843-8880

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-7-11

*Signature of Clerk or Deputy Clerk*

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Hansen Beverage Company, d/b/a Monster Beverage Comp. | 6:11-CV-329-Orl-22DAB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Consolidated Distributors, Inc. Mettemp, Inc. Joe Cool Inc. | Order of Seizure |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Joe Cool, Inc., Joe Cool Bike Week, Inc.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1052 N. Beach Street, Holly Hill, FL 32117

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard E. Mitchell, Esq.
Gray Robinson, P.A.
P.O. Box 3068
Orlando, FL 32802-3068

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

[FILED 2011 MAR -9 AM 10:2_  U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO FLORIDA]

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER        DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 18 | District to Serve No. 18 | Signature of Authorized USMS Deputy or Clerk | Date 3/7/2011 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 3/7/2011 | 11:30 | am |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $880.00 | $58.14 | | $938.14 | 0 | $938.14 | |

**REMARKS:**
① 8 hrs @ $55 = $440 × (2) Deputies = $880
② RT 114 miles @ .51 = $58.14

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |



U.S. Department of Justice

United States Marshals Service
*Middle District of Florida*

---

William "Bill" Berger
U.S. MARSHAL

United States Courthouse
401 West Central Blvd. Suite 2300
Orlando, Florida 32801-0230

## FEE SCHEDULE WORKSHEET
### (Effective January 1, 2011)

Case No: __6:11-CV-329-Orl-22DAB__

**Process Type:** Summons, Temporary Restraining Order, Order to Show Cause, and Order of Seizure

**Start Time: 0930 hours**          **Completion Time: 1730 hours**

For each item serviced or endeavored in person per hour (Or portion thereof)

| | | |
|---|---|---|
| Deputy (1) | 8 hours @$55.00 | $ **440.00** |
| Deputy (2) | 8 hours @$55.00 | $ **440.00** |
| Deputy (3) | @$55.00 | $_____ |
| For each item served by mail x | @$8.00 | $_____ |
| Forwarded for service in other districts | @$8.00 | $_____ |
| Preparing Notice of Sale for Advertising, Bill of Sale, or U.S. Marshals deed per item | @$20.00 | $_____ |

**U.S. Marshals Service Commission on Sale:**      $_____
3% of the first $1000 collected and 1.5% on the excess of any amount over $1000 with the minimum commission to be charged is $100 and the maximum allowable commission charged is $50,000.

| | | |
|---|---|---|
| Round Trip (Mileage) | 114 miles @.51 | $ **58.14** |
| Parking_____ Tolls_____ Other_____ | | $_____ |
| **TOTAL:** | | $ **938.14** |