**AFFIDAVIT OF SERVICE**

# UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:11-CV-329-ORL-22-DAB

Plaintiff:
**HANSEN BEVERAGE COMPANY d/b/a MONSTER BEVERAGE COMPANY**

vs.

Defendants:
**CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK, INC., ET AL**

For:
Richard E. Mitchell
GrayRobinson, P.A.
P.O. Box 3068
Orlando, FL 32802

Received by ProServe USA on the 16th day of March, 2011 at 2:16 pm to be served on **Consolidated Distributors, Inc. c/o Yosef Amar, as Vice President, 1052 North Beach St., Holly Hill, FL 32117**.

I, Kevin Whitton, being duly sworn, depose and say that on the **16th day of March, 2011 at 4:25 pm**, I:

served a **CORPORATION** by delivering a true copy of the **21-Day Summons in a Civil Action, Civil Cover Sheet, Complaint for Damages & Injunctive Relief, & Demand for Jury Trial, Exhibits, Plaintiff Hansen Beverage Company's Motion for Ex Parte Seizure Order and Temporary Restraining Order & Order to Show Cause RE Preliminary Injunction; Suporting Memorandum of Law, Declaration of Rodney Sacks in Support of Hansen Beverage Company's Motion for Temporary Restraining Order & Order to Show Cause Re: Preliminary Injunction, Exhibits, Declaration of Drew Maconachy in Support of Hansen Beverage Company's Motion for Ex Parte Seizure Order & Temporary Restraining Order & Order to Show Cause RE; Preliminary Injunction, Exhibits, Plaintiff MBC's Motion to Seal, Declaration of Richard E. Mitchell, Exhibits, Plaintiff Hansen's Notice of Posting Bond, Exhibit "A" and Temporary Restraining Order, Order to Show Cause & Order of Seizure** with the date and hour of service endorsed thereon by me, to: **Yosef Amar** as **Vice President** for **Consolidated Distributors, Inc.**, at the address of: **1052 North Beach St., Holly Hill, FL 32117**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
Attempted service at 1052 North Beach St. Holly Hill on 3/16/11 at 2:50PM. Secretary at this address told server that Mr. Yosef Amar was not in. Service then attempted at 1085 West Granada Boulevard which is a Quadruplex. Server knocked on all 4 doors and received no answer. Server returned to 1052 North Beach Street and Personally effected service upon Defendant

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 190, Hair: Gray / Black, Glasses: N

**AFFIDAVIT OF SERVICE for 6:11-cv-329-ORL-22-DAB**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. F.S. 92.525(2)

Subscribed and Sworn to before me on the 16th day of March, 2011 by the affiant who is personally known to me.

_____
NOTARY PUBLIC



CHRISTIN ERJAVEC
Commission # DD 933371
Expires October 15, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

_____
Kevin Whitton
2010-0922-WHI

ProServe USA
501 N. Magnolia Ave
Orlando, FL 32801
(407) 872-0707

Our Job Serial Number: 2011001231
Ref: 2222

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x