# Exhibit "B"

**Dear Valued Customer:**

By Accepting this shipment, you Are agreeing to **TAG EACH PIECE OF APPAREL BARING THE 3DL TRADEMARK WITH TAG PROVIDED.**
*WE RESERVE THE RIGHT TO INSPECT ANY TRADEMARKED ITEM AT ANY TIME.* Please be Advised, if upon inspections, tag Is not appropriately placed on apparel, The right to buy transfers will be Revoked. Allowing only Pre-Printed Merchandise for purchases.

Thank you In advance for your cooperation, and continually loyal business!!