# Exhibit "D"

My Account | View Cart | Checkout

# JOE COOL
## TRADEMARK BIKE WEEK MERCHANDISE

Search... [Go]

HOME PAGE    MY ACCOUNT    CONTACT US

**CATEGORIES**
- 2011 Bike Week Apparel
- Jokes & Funny Sayings
- Special Events
- Sports
- Tattoo Flashes
- Heritage Pride
- Vintage

**INFORMATION**
- FREE Custom Job Quote
- Privacy Notice
- Trademarks & Licenses
- Contact Us
- About Us
- Shipping & Returns

Trademarks & Licenses

Powered By: CoreCommerce 8.7.70
Ecommerce Software & Shopping Cart Software

**Promotions**
New Arrivals
Specials
Top Sellers

**Online Store**
View Cart
Checkout
Search
My Account
Login

**Information**
FREE Custom Job Quote
Privacy Notice
Trademarks & Licenses
Contact Us
About Us
Shipping & Returns