**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"),

    Plaintiff,

vs.                            Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND YOSEF AMAR;

    Defendants.
_____/

**PLAINTIFF MBC'S MOTION FOR PRO HAC VICE**
**ADMISSION OF ATTORNEY LAUREN K. KATZENELLENBOGEN**[1]

Plaintiff MBC respectfully requests the Court to render an Order admitting Lauren K. Katzenellenbogen, Esq. *pro hac vice*, which should be granted for the following reasons:

1.    On March 25, 2011, Ms. Katzenellenbogen paid the $10.00 registration fee and filed a Special Admission Attorney Certification form.

---

[1] Counsel for Plaintiff has conferred in good faith with Counsel for Defendants JOE COOL, JOE COOL BIKE WEEK, YOSEF AMAR, and MICHELLE AMAR under Local Rule 3.01(g) on the relief requested in this Motion and were able to reach agreement thereon. Counsel for Plaintiff has been unable to confer with Counsel for Defendants CONSOLIDATED DISTRIBUTORS, METTEMP and BAKSHT as no Counsel has appeared for any these Defendant as of yet.

2. Concurrent herewith, Ms. Katzenellenbogen has filed a Notice of Special Appearance of Non-Resident Attorney and Designation of Local Counsel under Local Rule 2.02.

3. If this Motion is granted, Ms. Katzenellenbogen will promptly register on-line for the Court's CM/ECF system and complete the requisite tutorials within whatever time period specified by the Court.

**WHEREFORE**, Plaintiff MBC respectfully requests the Court to render an Order admitting Ms. Katzenellenbogen *pro hac vice*.

Respectfully submitted this 28th day of March, 2011.

/s/ RICHARD E. MITCHELL
RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
MICHAEL D. PORTER, ESQ.
Florida Bar No.: 0031149
michael.porter@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida  32801
(407) 843-8880  Telephone
(407) 244-5690  Facsimile

Local Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

– and –

LYNDA J. ZADRA-SYMES, ESQ.
California Bar No.: 156511
lynda.zadra-symes@kmob.com
LAUREN K. KATZENELLENBOGEN, ESQ.
(Pending Pro Hac Vice Admission)
California Bar No.: 223370

lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614
(949) 760-0404 Telephone
(949) 760-9502 Facsimile

Lead Trial Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                          **/s/ RICHARD E. MITCHELL**
                          RICHARD E. MITCHELL, ESQ.

DEFENDANT HANSEN'S MOTION FOR PRO HAC VICE ADMISSION OF ATTORNEY LAUREN K. KATZENELLENBOGEN
*Hansen Beverage Company v. Consolidated Distributors, Inc., Mettemp, Inc., Joe Cool, Inc., Joe Cool Bike Week, Inc., David Baksht, Michelle Amar and Yosef Amar*
Case No. 6:11-CV-329-ORL-22DAB
Page 3

\147605\5 - # 3896218 v1