UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"),

    Plaintiff,

vs.          Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND YOSEF AMAR;

    Defendants.
_____/

### SPECIAL APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL

Pursuant to Local Rule 2.02(a), I, Lauren K. Katzenellenbogen, Esquire, hereby enter this special appearance on behalf of Plaintiff MBC, and in support state:

1.    I am a member in good standing of the Bar of the State of California, the United States District Court for the Central District of California, and the United States Court of Appeals for the Federal Circuit.

2.    I am not a resident of the State of Florida nor do I regularly practice law within the State of Florida.

3.    Pursuant to Local Rule 2.02(a)(1), I hereby designate the following Local Counsel:

        Richard E. Mitchell, Esquire
        Florida Bar No.: 0168092
        Michael D. Porter, Esquire
        Florida Bar No.: 0031149
        GRAYROBINSON, P.A.
        Post Office Box 3068
        Orlando, Florida 32802-3068
        (407) 843-8880 Telephone
        (407) 244-5690 Facsimile

        **/s/ LAUREN K. KATZENELLENBOGEN**
        LAUREN K. KATZENELLENBOGEN, ESQ.
        California Bar No.: 223370
        lauren.katzenellenbogen@kmob.com
        Knobbe, Martens, Olson & Bear, LLP
        2040 Main Street, Fourteenth Floor
        Irvine, California 92614
        (949) 760-0404 Telephone
        (949) 760-9502 Facsimile

Respectfully submitted this 28th day of March, 2011.

        **/s/ RICHARD E. MITCHELL**
        RICHARD E. MITCHELL, ESQ.
        Florida Bar No.: 0168092
        rick.mitchell@gray-robinson.com
        MICHAEL D. PORTER, ESQ.
        Florida Bar No.: 0031149
        michael.porter@gray-robinson.com
        GRAYROBINSON, P.A.
        301 East Pine Street, Suite 1400
        Orlando, Florida  32801
        (407) 843-8880  Telephone
        (407) 244-5690  Facsimile

        Local Counsel for Plaintiff,
        HANSEN BEVERAGE COMPANY d/b/a
        MONSTER BEVERAGE COMPANY

                – and –

SPECIAL   APPEARANCE   OF   NON-RESIDENT   ATTORNEY   AND
   DESIGNATION OF LOCAL COUNSEL
*Hansen Beverage Company v. Consolidated Distributors, Inc., Mettemp, Inc., Joe Cool, Inc., Joe Cool Bike Week, Inc., David Baksht, Michelle Amar and Yosef Amar*
Case No. 6:11-CV-329-ORL-22DAB
Page 2

        LYNDA J. ZADRA-SYMES, ESQ.
California Bar No.: 156511
lynda.zadra-symes@kmob.com
LAUREN K. KATZENELLENBOGEN, ESQ.
(Pending Pro Hac Vice Admission)
California Bar No.: 223370
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California  92614
(949) 760-0404  Telephone
(949) 760-9502  Facsimile

Lead Trial Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**/s/  RICHARD E. MITCHELL**
RICHARD E. MITCHELL, ESQ.

SPECIAL APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL
*Hansen Beverage Company v. Consolidated Distributors, Inc., Mettemp, Inc., Joe Cool, Inc., Joe Cool Bike Week, Inc., David Baksht, Michelle Amar and Yosef Amar*
Case No. 6:11-CV-329-ORL-22DAB
Page 3

\147605\5 - # 3857541 v1