UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY, d/b/a      Case No.6:11-cv-329-ORL-22DAB
MONSTER BEVERAGE COMPANY,

       Plaintiff,

    v.

CONSOLIDATED DISTRIBUTORS, INC.,
METTEMP, INC., JOE COOL, INC., JOE
COOL BIKE WEEK INC., DAVID BAKSHT,
MICHELLE AMAR AND YOSEF AMAR,

       Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION TO PERMIT COUNSEL TO CONDUCT
CASE MANAGEMENT REPORT MEETING BY TELEPHONE**

Defendants, JOE COOL, INC., JOE COOL BIKE WEEK, INC., MICHELLE AMAR AND YOSEF AMAR (collectively referred to as "Defendants"), by and through their undersigned counsel, hereby moves this Honorable Court to enter an Order permitting counsel for both parties to appear at the Case Management Report meeting via telephone. As good cause for the granting of this Agreed Motion, the Plaintiff states as follows:

1. Local counsel for Plaintiff is located in Orlando, and its co-counsel is located in California. Counsel for Defendants is located in Boca Raton.

2. Local Rule 3.01(i) instructs counsel that "[t]he use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities."

3. According to Local Rule 3.05(c)(2)(B), the meeting should be held no later than Friday, May 6, 2011.

4. In the interests of justice, the Court should allow the parties' counsel to meet by telephone. Based on the geographic distance between all involved attorneys, allowing counsel to confer telephonically will promote efficiency and avoid excessive client costs. Counsel for both parties are sensitive to the rationale underlying the "in person" requirement and will conduct the meeting in good faith pursuant to Court Order and Local Rule 3.05.

5. **Certificate of Compliance with Local Rule 3.01(g)** – Pursuant to local Rule 3.01(g), counsel for the parties have conferred, and counsel for Plaintiff does not oppose the filing of this Motion.

WHEREFORE, Defendants, JOE COOL, INC.. JOE COOL BIKE WEEK, INC., MICHELLE AMAR AND YOSEF AMAR, respectfully request this Honorable Court enter an Order permitting the parties to appear, via telephone, at the Case Management Report meeting.

Dated: April 1, 2011   Respectfully submitted,

        s/ ROBERT E. PERSHES
        Robert E. Pershes, Esq.
        Florida Bar No. 0301906
        Attorney for Defendants
        Joe Cool, Inc., Joe Cool Bike Week, Inc.,
        Michelle Amar and Yosef Amar
        BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
        5355 Town Center Road, Suite 900
        Boca Raton, Florida  33486
        Telephone:  561 241-0414
        Facsimile:   561 241-9766
        Email: rpershes@bdblaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF

or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                             s/ ROBERT E. PERSHES  
                                                                             Robert E. Pershes, Esq.  
                                                                             Florida Bar No. 0301906

**SERVICE LIST**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.6:11-cv-329-ORL-22DAB

Richard E. Mitchell, Esq.
Rick.mitchell@gray-robinson.com
Michael D. Porter, Esq.
Michael.porter@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
Tel. (407) 843-8880
Fax. (407) 244-5690
Local Counsel for Plaintiff
Notification of electronic filing generated by CM/ECF

Lynda J. Zadra-Symes, Esq.
Lynda.zandra-symes@kmob.com
Lauren K. Katzenellenbogen, Esq.
Lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614
Tel. (949) 760-0404
Fax. (949) 760-9502
Lead Counsel for Plaintiff

«BOCA:258674_v1/73792-0001»