UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY, d/b/a        Case No.6:11-cv-329-ORL-22DAB
MONSTER BEVERAGE COMPANY,

      Plaintiff,

    v.

CONSOLIDATED DISTRIBUTORS, INC.,
METTEMP, INC., JOE COOL, INC., JOE
COOL BIKE WEEK INC., DAVID BAKSHT,
MICHELLE AMAR AND YOSEF AMAR,

      Defendants.

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

1. Joe Cool Inc. (Defendant)
2. Joe Cool Bike Week, Inc. (Defendant)
3. Yosef Amar (Defendant)
4. Michelle Amar (Defendant)
5. Buckingham Doolittle & Burroughs, LLP (Buckingham)
   Attorney for Defendants Joe Cool Inc., Joe Cool Bike Week, Inc., Yosef Amar and Michelle Amar.
6. Robert E. Pershes, Esq. of Buckingham
   Amanda Keller, Esq. of Buckingham
7. Knobbe, Martens, Olson & Bear LLP (Knobbe)
   Attorneys for Plaintiff
8. Lynda J. Zadra-Symes, Esq. (Knobbe)
   Lauren K. Katzenellenhogen, Esq. (Knobbe)

    9.     Gray Robinson, PA (Gray)
           Attorneys for Plaintiff

    10.    Richard E. Mitchell, Esq. (Gray)
           Michael D. Porter, Esq. (Gray)

    11.    Hansen Beverage Company (Plaintiff).

2.)  the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None as to Defendants listed above.

3.)  the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy
cases:

    None.

4.)  the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Civil wrongful conduct of Plaintiff
    Joe Cool Inc.
    Yosef Amar
    Michelle Amar

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 4, 2011

s/ ROBERT E. PERSHES
Robert E. Pershes, Esq. , Florida Bar No. 0301906
Attorney for Defendants
Joe Cool, Inc., Joe Cool Bike Week, Inc.,
Michelle Amar and Yosef Amar
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
5355 Town Center Road, Suite 900
Boca Raton, Florida  33486
Telephone:  561 241-0414
Facsimile:   561 241-9766
Email: rpershes@bdblaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ ROBERT E. PERSHES  
Robert E. Pershes, Esq.  
Florida Bar No. 0301906

## SERVICE LIST

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.6:11-cv-329-ORL-22DAB

Richard E. Mitchell, Esq.
Rick.mitchell@gray-robinson.com
Michael D. Porter, Esq.
Michael.porter@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
Tel. (407) 843-8880
Fax. (407) 244-5690
Local Counsel for Plaintiff
Notification of electronic filing generated by CM/ECF

Lynda J. Zadra-Symes, Esq.
Lynda.zandra-symes@kmob.com
Lauren K. Katzenellenbogen, Esq.
Lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614
Tel. (949) 760-0404
Fax. (949) 760-9502
Lead Counsel for Plaintiff

«BOCA:259043_v1/73792-0001»