**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"),

      Plaintiff,

vs.                            Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND YOSEF AMAR;

      Defendants.
_____/

**PLAINTIFF HANSEN BEVERAGE COMPANY'S CERTIFICATE OF**
**INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff HANSEN BEVERAGE COMPANY ("MBC"), pursuant to the Court's Related Case Order, Interested Persons Order, Track Two Notice and Order Requiring Electronic Filing dated March 16, 2011 (Doc. 22) and Rule 7.1 of the Federal Rules of Civil Procedure, hereby files the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party.

   A. HANSEN BEVERAGE COMPANY, Plaintiff;

   B. Hansen Natural Corporation (parent corporation of Hansen Beverage Company);

    C.    Knobbe Martens Olson & Bear, LLP, Lead Trial Counsel for Plaintiff MBC;

    D.    Lynda Zadra-Symes, Lead Trial Counsel for Plaintiff MBC;

    E.    Lauren K. Katzenellenbogen, Lead Trial Counsel for Plaintiff MBC;

    F.    GrayRobinson, P.A., Local Counsel for Plaintiff MBC;

    G.    Richard E. Mitchell, Local Counsel for Plaintiff MBC;

    H.    Michael D. Porter, Local Counsel for Plaintiff MBC;

    I.    JOE COOL, INC., Defendant;

    J.    JOE COOL BIKE WEEK, INC., Defendant;

    K.    MICHELLE AMAR, Defendant;

    L.    YOSEF AMAR, Defendant;

    M.    Buckingham, Doolittle & Burroughs, LLP, Counsel for the above listed Defendants;

    N.    Robert E. Pershes, Counsel for the above listed Defendants;

    O.    Amanda Keller, Counsel for the above listed Defendants;

    P.    CONSOLIDATED DISTRIBUTORS, INC., Defendant;

    Q.    METTEMP, INC., Defendant; and

    R.    DAVID BAKSHT, Defendant.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff HANSEN BEVERAGE COMPANY

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 4th day of April, 2011.

**/s/ RICHARD E. MITCHELL**
RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
MICHAEL D. PORTER, ESQ.
Florida Bar No.: 0031149
michael.porter@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880  Telephone
(407) 244-5690  Facsimile

Local Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

– and –

LYNDA J. ZADRA-SYMES, ESQ.
California Bar No.: 156511
lynda.zadra-symes@kmob.com
LAUREN K. KATZENELLENBOGEN, ESQ.
California Bar No.: 223370
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California  92614
(949) 760-0404  Telephone
(949) 760-9502  Facsimile

Lead Trial Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/  RICHARD E. MITCHELL
RICHARD E. MITCHELL, ESQ.