# Exhibit "A"

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

Serial Number: 85080820
Filing Date: 07/08/2010

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85080820 |
| **MARK INFORMATION** | |
| *****MARK** | \\TICRS\EXPORT11\IMAGEOUT 11\850\808\85080820\xml1\ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR MARK** | NO |
| *****DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of 3 green diag lines. |
| **PIXEL COUNT ACCEPTABLE** | NO |
| **PIXEL COUNT** | 1264 x 1684 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | consolidated distributors inc |
| *****STREET** | 719 eastern pk st3 |
| *****CITY** | bklyn |
| *****STATE** (Required for U.S. applicants) | North Carolina |
| *****COUNTRY** | United States |
| *****ZIP/POSTAL CODE** (Required for U.S. applicants only) | 11213 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | New York |

| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
|---|---|
| INTERNATIONAL CLASS | |
| *IDENTIFICATION | clothing |
| FILING BASIS | SECTION 1(a) |
| **CORRESPONDENCE INFORMATION** | |
| NAME | consolidated distributors inc |
| FIRM NAME | consolidated distributors inc |
| STREET | 719 eastern pk st3 |
| CITY | bklyn |
| STATE | North Carolina |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 11213 |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | NOT PROVIDED |
| SIGNATORY'S NAME | NOT PROVIDED |
| SIGNATORY'S POSITION | NOT PROVIDED |
| DATE SIGNED | NOT PROVIDED |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

Serial Number: 85080820
Filing Date: 07/08/2010

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The mark consists of 3 green diag lines.
The applicant, consolidated distributors inc, a corporation of New York, having an address of
    719 eastern pk st3
    bklyn, North Carolina 11213
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class _____: clothing

In International Class _____, the mark was first used at least as early as _____, and first used in commerce at least as early as _____, and is now in use in such commerce. The applicant will submit one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, .

The applicant's current Correspondence Information:
    consolidated distributors inc
    consolidated distributors inc
    719 eastern pk st3
    bklyn, North Carolina 11213

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

RAM Sale Number: 7597
RAM Accounting Date: 07/09/2010

Serial Number: 85080820
Internet Transmission Date: Thu Jul 08 20:05:44 EDT 2010
TEAS Stamp: USPTO/BAS-69.114.235.227-201007082005444
34193-85080820-4607bb6fd12a19caa3c605eae
8a627d5419-CC-7597-20100708193648566269

Case 6:11-cv-00329-ACC-DAB   Document 49-1   Filed 04/06/11   Page 5 of 6 PageID 904

