# Exhibit "B"

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**APPLICATION SERIAL NO.**      85080820

**MARK**:

# *85080820*

**CORRESPONDENT ADDRESS**:
    CONSOLIDATED DISTRIBUTORS INC
    CONSOLIDATED DISTRIBUTORS INC
    719 EASTERN PK ST3
    BKLYN, NC 11213

**CLICK HERE TO RESPOND TO THIS LETTER:**
**http://www.uspto.gov/teas/eTEASpageD.htm**

    **APPLICANT**:        consolidated distributors inc

    **CORRESPONDENT'S REFERENCE/DOCKET**
**NO**:
    N/A
    **CORRESPONDENT E-MAIL ADDRESS**:

# OFFICE ACTION

# STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE:**

 The Office of the Deputy Commissioner for Trademark Examination Policy granted a Letter of Protest received in connection with this application.  The evidence presented in the letter was forwarded to the trademark examining attorney for consideration.  *See* TMEP §1715.

Based upon this evidence, the trademark examining attorney is taking further action, as specified below. *See* TMEP §1715.02(b).

PRIOR-FILED APPLICATION(S)

The filing date of pending Application Serial No. 85094362 precedes applicant's filing date.  See attached referenced application.  If the mark in the referenced application registers, applicant's mark may be refused registration under Trademark Act Section 2(d) because of a likelihood of confusion between the two marks.  *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq.*  Therefore, upon receipt of applicant's response to this Office action, action on this application may be suspended pending final disposition of the earlier-filed referenced application.

In response to this Office action, applicant may present arguments in support of registration by addressing the issue of the potential conflict between applicant's mark and the mark in the referenced application. Applicant's election not to submit arguments at this time in no way limits applicant's right to address this issue later if a refusal under Section 2(d) issues.

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62, 2.65(a); TMEP §§711, 718.03.

## SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 3908601. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the enclosed registration.

Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely that a potential consumer would be confused or mistaken or deceived as to the source of the goods and/or services of the applicant and registrant. *See* 15 U.S.C. §1052(d). The court in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973) listed the principal factors to be considered when determining whether there is a likelihood of confusion under Section 2(d). *See* TMEP §1207.01. However, not all of the factors are necessarily relevant or of equal weight, and any one factor may be dominant in a given case, depending upon the evidence of record. *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont*, 476 F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant: similarity of the marks, similarity of the goods and/or services, and similarity of trade channels of the goods and/or services. *See In re Opus One, Inc.*, 60 USPQ2d 1812 (TTAB 2001); *In re Dakin's Miniatures Inc.*, 59 USPQ2d 1593 (TTAB 1999); *In re Azteca Rest. Enters., Inc.*, 50 USPQ2d 1209 (TTAB 1999); TMEP §§1207.01 *et seq.*

## COMPARISON OF MARKS

In a likelihood of confusion determination, the marks are compared for similarities in their appearance, sound, meaning or connotation and commercial impression. *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973); TMEP §1207.01(b). Similarity in any one of these elements may be sufficient to find a likelihood of confusion. *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988); *In re Lamson Oil Co.*, 6 USPQ2d 1041, 1043 (TTAB 1987); *see* TMEP §1207.01(b).

The applicant's design is similar to the registered design mark because they are nearly identical. The addition of the wording MONSTER ENERGY by registrant does not obviate the similarity between the marks.

## COMPARISON OF GOODS

The goods and/or services of the parties need not be identical or directly competitive to find a likelihood

of confusion.  *See Safety-Kleen Corp. v. Dresser Indus., Inc.*, 518 F.2d 1399, 1404, 186 USPQ 476, 480 (C.C.P.A. 1975); TMEP §1207.01(a)(i).  Rather, they need only be related in some manner, or the conditions surrounding their marketing are such that they would be encountered by the same purchasers under circumstances that would give rise to the mistaken belief that the goods and/or services come from a common source.  *In re Total Quality Group, Inc.*, 51 USPQ2d 1474, 1476 (TTAB 1999); TMEP §1207.01(a)(i); *see, e.g., On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086-87, 56 USPQ2d 1471, 1475-76 (Fed. Cir. 2000); *In re Martin's Famous Pastry Shoppe, Inc.*, 748 F.2d 1565, 1566-68, 223 USPQ 1289, 1290 (Fed. Cir. 1984).

The applicant's goods, namely, "clothing, namely, t shirts, shirts, caps visors" are closely related to the registrant's goods, namely, "clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweat shirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely, hats and beanies" because they are goods likely to travel through the same channels of trade to the same classes of purchasers.  For example, they would likely be sold at clothing stores.  In this case, both applicant and registrant have "**t-shirts**".  Further, the goods have complementary uses, and thus are often used together or otherwise purchased by the same purchasers for the same or related purposes, such goods have generally been found to be sufficiently related such that confusion would be likely if they are marketed under same or similar marks.  Accordingly, because confusion as to source is likely, registration is refused under Trademark Act Section 2(d) based on a likelihood of confusion.

Attached are copies of printouts from the USPTO X-Search database, which show third-party registrations of marks used in connection with the same or similar goods and/or services as those of applicant and registrant in this case.  These printouts have probative value to the extent that they serve to suggest that the goods and/or services listed therein, are of a kind that may emanate from a single source.  *In re Infinity Broad. Corp.*, 60 USPQ2d 1214, 1217-18 (TTAB 2001); *In re Albert Trostel & Sons Co.*, 29 USPQ2d 1783, 1785-86 (TTAB 1993); *In re Mucky Duck Mustard Co.*, 6 USPQ2d 1467, 1470 n.6 (TTAB 1988); TMEP §1207.01(d)(iii).

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

RESPONSE GUIDELINES

For this application to proceed toward registration, applicant must explicitly address each refusal and/or requirement raised in this Office action.  If the action includes a refusal, applicant may provide arguments and/or evidence as to why the refusal should be withdrawn and the mark should register.  Applicant may also have other options for responding to a refusal and should consider such options carefully.  To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements.

If applicant does not respond to this Office action within six months of the issue/mailing date, or responds by expressly abandoning the application, the application process will end, the trademark will fail to register, and the application fee will not be refunded.  *See* 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a), 2.209(a); TMEP §§405.04, 718.01, 718.02.  Where the application has been abandoned for failure to respond to an Office action, applicant's only option would be to file a timely petition to revive the application, which, if granted, would allow the application to return to live status.  *See* 37 C.F.R. §2.66; TMEP §1714.  There is a $100 fee for such petitions.  *See* 37 C.F.R. §§2.6, 2.66(b)(1).

/Naakwama  Ankrah/
Trademark Attorney Advisor
US Patent & Trademark Office
Law Office 109
Tel: 571-272-9315
naakwama.ankrah@uspto.gov

**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/teas/eTEASpageD.htm.  Please wait 48-72 hours from the issue/mailing date before using TEAS, to allow for necessary system updates of the application.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned examining attorney.  **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses**.

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using Trademark Applications and Registrations Retrieval (TARR) at http://tarr.uspto.gov/.  Please keep a copy of the complete TARR screen.  If TARR shows no change for more than six months, call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/teas/eTEASpageE.htm.

**Print: Mar 29, 2011**                    **77705822**

## DESIGN MARK

**Serial Number**
77705822

**Status**
REGISTERED

**Word Mark**
M MONSTER ENERGY

**Standard Character Mark**
No

**Registration Number**
3908601

**Date Registered**
2011/01/18

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
Hansen Beverage Company CORPORATION DELAWARE 550 Monica Circle Suite
201 Corona CALIFORNIA 92880

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Clothing,
namely, t-shirts, hooded shirts and hooded sweatshirts, sweat shirts,
jackets, pants, bandanas, sweat bands and gloves; headgear, namely,
hats and beanies.  First Use: 2002/05/24.  First Use In Commerce:
2002/06/30.

**Prior Registration(s)**
3044314;3134841;3134842;AND OTHERS

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENERGY" APART FROM THE
MARK AS SHOWN.

**Description of Mark**
The mark consists of a stylized letter "M" and stylized words "MONSTER
ENERGY".

-1-

**Print: Mar 29, 2011**                    **77705822**

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2009/04/02

**Examining Attorney**
PRATER, JILL

**Attorney of Record**
Diane M. Reed





**Print: Mar 29, 2011**                              **85094362**

## DESIGN MARK

**Serial Number**
85094362

**Status**
PRIORITY ACTION MAILED

**Word Mark**
M

**Standard Character Mark**
No

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Hansen Beverage Company CORPORATION DELAWARE Suite 201 550 Monica
Circle Corona CALIFORNIA 92880

**Goods/Services**
Class Status -- ACTIVE.   IC 025.   US  022 039.  G & S: Clothing,
headwear and footwear.

**Description of Mark**
The mark consists of a stylized letter M in the form of a claw.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2010/07/28

**Examining Attorney**
LOWRY, LEIGH

**Attorney of Record**
Alina S. Morris

-1-

08



**Print: Mar 29, 2011**                    **77527575**

## DESIGN MARK

**Serial Number**
77527575

**Status**
REGISTERED

**Word Mark**
F

**Standard Character Mark**
No

**Registration Number**
3857400

**Date Registered**
2010/10/05

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Fila Luxembourg S.à.r.L. LIMITED LIABILITY COMPANY LUXEMBOURG 26,
Boulevard Royal Luxembourg LUXEMBOURG L-2449

**Goods/Services**
Class Status -- ACTIVE. IC 025. US 022 039. G & S: Clothing,
namely, long sleeve shirts, short sleeve shirts, sleeveless shirts,
polo shirts, tank tops, t-shirts, hooded jackets, hooded warm-ups,
hooded sweaters, hooded shirts and hooded vests, jackets, pants,
slacks, wind pants, warm-ups, tights, shorts, skorts, skirts, vests,
dresses, visors, sweaters, sweater vests, underwear, coats, jackets,
parkas, fleece outerwear, namely, fleece shirts, fleece jackets,
fleece warm-ups, fleece vests and fleece pants; sweaters, bathing suit
coverups, knitted outerwear, namely, knitted shirts, knitted jackets,
knitted sweaters, knitted pants, knitted shorts, knitted underwear,
knitted skirts and knitted sweatshirts; uniforms, jump suits,
pullovers, wristbands, headbands, hats, caps, visors, bandanas, socks,
scarves; footwear, namely, shoes and other footwear for use in sports
and athletic activities including basketball, soccer, tennis, running,
fitness, hiking, trekking, cross training; deck shoes, sandals, street
shoes, outdoor, casual and canvas shoes. First Use: 1973/00/00.
First Use In Commerce: 1973/00/00.

-1-

10

**Print: Mar 29, 2011**                                   **77527575**

**Foreign Country Name**
ERPN CMNTY TM OFC

**Foreign Registration Number**
000057034

**Foreign Registration Date**
1998/06/04

**Foreign Expiration Date**
2016/04/04

**Foreign Renewal Registration Date**
2006/05/07

**Prior Registration(s)**
1196746;2227372;3014799;AND OTHERS

**Description of Mark**
The mark consists of a stylized "F" in a box.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2008/07/21

**Examining Attorney**
PAPPAS, MATTHEW

**Attorney of Record**
Jennifer Donohue

-2-



**Print: Mar 29, 2011**                                   **77776438**

## DESIGN MARK

**Serial Number**
77776438

**Status**
REGISTERED

**Word Mark**
GENTLE GIANT

**Standard Character Mark**
Yes

**Registration Number**
3762664

**Date Registered**
2010/03/23

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Shulman, Philip INDIVIDUAL UNITED KINGDOM 27 St Thomas's Road Gosport
UNITED KINGDOM PO124JV

**Owner**
Weathers, John INDIVIDUAL UNITED KINGDOM The Cottage, Henrhyd Road
Coelbren UNITED KINGDOM SA109NA

**Owner**
Green, Gary INDIVIDUAL UNITED KINGDOM 419 E. Peru St. Princeton
ILLINOIS 61356

**Owner**
Shulman, Raymond INDIVIDUAL UNITED KINGDOM 5A Redcliffe Place London
UNITED KINGDOM SW109DB

**Owner**
Shulman, Derek INDIVIDUAL UNITED KINGDOM 250 West 103rd Street #3C New
York NEW YORK 10025

**Owner**
Minnear, Kerry INDIVIDUAL UNITED KINGDOM 23 Rectory Road Solihull

-1-

**Print: Mar 29, 2011**                              **77776438**


UNITED KINGDOM B913RJ

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Clothing,
namely, shirts, headwear, hockey jerseys, soccer jerseys, sweatshirts,
fashion knit shirts, button-down shirts, basketball jerseys,
long-sleeve t-shirts, short sleeve t-shirts, tank tops, jackets,
sweaters, baseball jerseys, baby doll t-shirts, polo shirts, wind
resistant jackets, muscle t-shirts, baby rompers, toddler t-shirts,
overalls, bandannas, mock turtle necks, shorts, sweatpants, track
pants, ponchos, hooded shirts, hats, caps, baseball caps, stocking
caps, visors, scarves, socks, underwear, and wristbands.  First Use:
1970/12/05.  First Use In Commerce: 1970/12/05.

**Filing Date**
2009/07/08

**Examining Attorney**
HODGES, KOURTNEE

Gentle Giant

**Print: Mar 29, 2011**                    **77786038**

## DESIGN MARK

**Serial Number**
77786038

**Status**
REGISTERED

**Word Mark**
WITH MUSCLES

**Standard Character Mark**
Yes

**Registration Number**
3877775

**Date Registered**
2010/11/16

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
With Muscles, LLC LIMITED LIABILITY COMPANY MINNESOTA 4150 Colfax
Avenue South Minneapolis MINNESOTA 55409

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Clothing,
namely, t-shirts, tank tops, sport bras, shirts, sweat shirts,
jackets, hats, caps, pants, shorts, sleepwear, boxer shorts, socks,
baby bibs not of paper, hooded shirts, headbands, visors, scarfs,
shoes.  First Use: 2010/07/05.  First Use In Commerce: 2010/07/05.

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Physical
fitness instruction; physical fitness conditioning classes;
educational services, namely, developing and conducting workouts,
workshops, presentations, camps, and personal training in physical
fitness.  First Use: 2010/08/22.  First Use In Commerce: 2010/08/22.

**Filing Date**
2009/07/21

**Examining Attorney**

-1-

**Print: Mar 29, 2011**                    **77786038**

HESIK, APRIL

**Attorney of Record**
Molly T. Eichten

# WITH MUSCLES

**Print: Mar 29, 2011**                    **77952324**

**DESIGN MARK**

**Serial Number**
77952324

**Status**
REGISTERED

**Word Mark**
TURTLE

**Standard Character Mark**
No

**Registration Number**
3869642

**Date Registered**
2010/11/02

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Sanders, John O. INDIVIDUAL UNITED STATES 1025 Ogden Road Rock Hill
SOUTH CAROLINA 29730

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: eye shades;
headgear, namely, caps, sun visors, pullover shirts, hooded shirts,
knitwear, namely, sweaters; tops.  First Use: 2008/12/25.  First Use
In Commerce: 2008/12/25.

**Description of Mark**
The mark consists of a depiction of a turtle in a line drawing
comprised of a stylized type spelling out the word "turtle". The words
"MADE WITH LOVE" appear under the stylized type.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2010/03/05

**Examining Attorney**

**Print: Mar 29, 2011**                    **77952324**

KLINE, MATTHEW

**Attorney of Record**
Samuel B. Morrison



**Print: Mar 29, 2011**                                **78754510**

## DESIGN MARK

**Serial Number**
78754510

**Status**
REGISTERED

**Word Mark**
MELO

**Standard Character Mark**
Yes

**Registration Number**
3236278

**Date Registered**
2007/05/01

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
NIKE, INC. CORPORATION OREGON ONE BOWERMAN DRIVE BEAVERTON OREGON
97005

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Bandanas; Capri
pants; Crop tops; Denims ; Golf shirts; Halter tops; Hats; Headgear,
namely, hats, caps,beanies; Hoods; Hoods; Jerseys; Jogging pants; Knit
shirts; Open-necked shirts; Pants; Polo shirts; Shirts; Short-sleeved
or long-sleeved t-shirts; Short-sleeved shirts; Sleep shirts; Sleeping
garments; Sleeveless jerseys; Sport shirts; Sports jerseys and
breeches for sports; Sports shirts; Sports shirts with short sleeves;
Sweat bands; Sweat pants; Sweat shirts; T-shirts; Tank tops;
Tank-tops; Tops ; Under garments; Undergarments; Wrist bands;
Wristbands.  First Use: 2003/05/01.  First Use In Commerce:
2003/05/01.

**Prior Registration(s)**
3086307

**Section 2f Statement**
2(F) ENTIRE MARK

-1-

**Print: Mar 29, 2011**                              **78754510**

**Filing Date**
2005/11/15

**Examining Attorney**
VOHRA, SANJEEV

# MELO

**Print: Mar 29, 2011**                    **78815084**

## DESIGN MARK

**Serial Number**
78815084

**Status**
CANCELLATION PENDING

**Word Mark**
QUEEN B

**Standard Character Mark**
No

**Registration Number**
3478131

**Date Registered**
2008/07/29

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Freeman, Belinda J./ Belinda J Freeman INDIVIDUAL UNITED KINGDOM 11
Gayton End Gayton Farm Road Heswall Merseyside UNITED KINGDOM CH60 8NN

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: aprons,
bandanas, bath slippers, bath caps, bathing costumes, bath robes,
beach cover ups, beach shoes, beachwear, belts, bikinis, blouses,
board shorts, boots, briefs, bras, bustiers, caftans, camisoles,
cardigans, caps, children's head wear, coats, corsets, crop tops,
denims, dresses, dressing gowns, espadrilles, evening gowns, footwear,
gloves, golf caps, golf trousers, gowns, gym shorts, gym suits,
g-strings, halter tops, hats, head scarves, head wear, head bands,
heels, hoods, hoisery, jeans, jogging outfits, kimonos, ladies
underwear, leather belts, leggings, leotards, miniskirts, mittens,
mock turtle neck, sweaters, money belts, neckerchiefs, night gowns,
nighties, open neck shirts, over coats, pajamas, pedel pushers,
petticoats, pleated skirts, pocket kerchiefs, polo shirts, ponchos,
pullovers, pumps, rain coats, rainwear, rash guards, robes, rugby
tops, sarongs, sashes, scarves, shawls and stoles, shoulder wraps,
shower caps, shrugs silk scarves, singlets, skirts and dresses,
skorts, sleep masks, slippers, small hats, sneakers, suits, sun

-1-

**Print: Mar 29, 2011**                              **78815084**

visors, surf wear, sweat bands, sweat pants, sweaters, swim caps, swim
trunks, swimming costumes, swimming trunks, tank tops, tankinis,
tennis wear, thoings, togas, tops, trousers, trunks, tunics,
turtleneck, veils, v-neck sweaters, waistbelts, waistbands,
waistcoats, walking shorts, waterproof jacket and pants, women's
shoes, woolen socks, woolen hats, wraps, wristbands.  First Use:
2005/10/28.  First Use In Commerce: 2008/01/10.

**Foreign Country Name**
UNITED KINGDOM

**Foreign Priority**
FOREIGN PRIORITY CLAIMED

**Foreign Application Number**
2405150

**Foreign Filing Date**
2005/10/28

**Description of Mark**
The colour Pink appears in the background and the colour black appears
in the wording and bee design.

**Colors Claimed**
The color(s) pink and black is/are claimed as a feature of the mark.

**Filing Date**
2006/02/15

**Examining Attorney**
CLARKE, AISHA

-2-



**Print: Mar 29, 2011**                    **78864816**

**DESIGN MARK**

**Serial Number**
78864816

**Status**
REGISTERED

**Word Mark**
JUST BE YOURSELF

**Standard Character Mark**
Yes

**Registration Number**
3309667

**Date Registered**
2007/10/09

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Patzlaff, A. Robert INDIVIDUAL UNITED STATES 422 West Maple Street
Hinsdale ILLINOIS 605213229

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Clothing,
namely T-Shirts, Sweat Shirts, Hats, Jackets, Pants, Hooded Shirts.
First Use: 2006/04/26.  First Use In Commerce: 2007/08/27.

**Filing Date**
2006/04/19

**Examining Attorney**
CROSS, TRACY

-1-

28

Just Be Yourself

**Print: Mar 29, 2011**                                    **78887918**

## DESIGN MARK

**Serial Number**
78887918

**Status**
REGISTERED

**Word Mark**
SHUKR

**Standard Character Mark**
Yes

**Registration Number**
3258191

**Date Registered**
2007/07/03

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
SHUKR LLC LIMITED LIABILITY COMPANY CONNECTICUT Jebel Al-Webdeh Po Box 910458 Amman JORDAN 11191

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Men's, women's and children's clothing namely, shirts, pants, suits, jackets, coats, hats, dresses, skirts, blouses, scarves, tunics, jeans, sweaters, jumpers, dusters, galabiyyas, hooded shirts, cloaks.  First Use: 2000/01/01.  First Use In Commerce: 2002/01/09.

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: Retail store services featuring men's, women's and children's clothing namely, shirts, pants, suits, jackets, coats, hats, dresses, skirts, blouses, scarves, tunics, jeans, sweaters, jumpers, dusters, galabiyyas, hooded shirts, cloaks; Online retail store services featuring men's, women's and children's clothing namely, shirts, pants, suits, jackets, coats, hats, dresses, skirts, blouses, scarves, tunics, jeans, sweaters, jumpers, dusters, galabiyyas, hooded shirts, cloaks.  First Use: 2000/01/01.  First Use In Commerce: 2002/01/09.

-1-

**Print: Mar 29, 2011**                    **78887918**

**Translation Statement**
The foreign wording in the mark translates into English as
"thankfulness."

**Filing Date**
2006/05/19

**Examining Attorney**
MILLER, DAVID

**Attorney of Record**
Marcus Stephen Harris

**-2-**

# SHUKR

**Print: Mar 29, 2011**                               **78893066**

## DESIGN MARK

**Serial Number**
78893066

**Status**
REGISTERED

**Word Mark**
FOUNDERS CUP

**Standard Character Mark**
Yes

**Registration Number**
3538884

**Date Registered**
2008/11/25

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
WAKA KICKBALL, LLC LIMITED LIABILITY COMPANY DELAWARE 11951 Freedom
Drive, 13th Floor Reston VIRGINIA 20190

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Caps; golf
shirts; headbands against sweating; hoods; jerseys; knit shirts;
mantles; open-necked shirts; perspiration absorbent underwear
clothing; polo shirts; shifts; shirts; short-sleeved or long-sleeved
T-shirts; short-sleeved shirts; sport shirts; stockings; sweat bands;
sweat pants; sweat shirts; sweat shorts; sweat suits; T-shirts; tops;
wind shirts; wraps.  First Use: 2006/07/15.  First Use In Commerce:
2006/07/15.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CUP" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2006/05/25

**Examining Attorney**

-1-

**Print: Mar 29, 2011**                              **78893066**

LUKEN, BONNIE

**Attorney of Record**
Sheryl L. De Luca

# FOUNDERS CUP

**Print: Mar 29, 2011**                              **78896096**

## DESIGN MARK

**Serial Number**
78896096

**Status**
REGISTERED

**Word Mark**
PINE ISLAND

**Standard Character Mark**
Yes

**Registration Number**
3241868

**Date Registered**
2007/05/15

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Pine Island Sportswear, Ltd. CORPORATION NORTH CAROLINA 511
Cuthbertson Street Monroe NORTH CAROLINA 281103809

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Casual short
sleeve and long sleeve shirts, short sleeve and long sleeve
button-down shirts, hooded shirts, pullovers, aprons, caps, and
headbands.  First Use: 1992/03/31.  First Use In Commerce: 1992/03/31.

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: On-line
retail clothing store services.  First Use: 2005/06/30.  First Use In
Commerce: 2005/06/30.

**Prior Registration(s)**
2443514;2487262

**Filing Date**
2006/05/30

**Examining Attorney**

-1-

36

**Print: Mar 29, 2011**                    **78896096**

YONTEF, DAVID

**Attorney of Record**
Jeffrey J. Schwartz

# PINE ISLAND

**Print: Mar 29, 2011**                          **78907354**

## DESIGN MARK

**Serial Number**
78907354

**Status**
REGISTERED

**Word Mark**
BK BUNKERKING

**Standard Character Mark**
No

**Registration Number**
3227859

**Date Registered**
2007/04/10

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Lundqvist, Alex INDIVIDUAL SWEDEN 34-36 10th Street #2 Long Island
City NEW YORK 11106

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Sports gear in
the nature of clothing, namely, head wraps, neck protectors,
headbands, visors, caps, hats, t-shirts, hooded shirts, tank tops,
shorts, thongs and wristbands.  First Use: 1999/01/01.  First Use In
Commerce: 1999/01/01.

**Filing Date**
2006/06/13

**Examining Attorney**
HAN, ADA

**Attorney of Record**
Christopher J. Day

-1-



**Print: Mar 29, 2011**                    **85059958**


## DESIGN MARK

**Serial Number**
85059958

**Status**
REGISTERED

**Word Mark**
SCORE SPORTS

**Standard Character Mark**
Yes

**Registration Number**
3930807

**Date Registered**
2011/03/15

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
American Soccer Company, Inc. CORPORATION CALIFORNIA 726 East Anaheim
Street Wilmington CALIFORNIA 90744

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S:
Distributorship and computerized online retail store services, both
featuring clothing, namely, shirts, shorts, socks, referee uniforms,
outerwear, namely, pants, jackets, warm-ups, sweaters, hooded shirts,
balls, namely, soccer balls and basketballs, luggage, namely, tote
bags, backpacks, mesh net bags, team bags, player bags, shoe and glove
bags, ball bags, briefcases, carrying cases for goals, sports
accessories and equipment, namely, ice packs, watches, caps,
protective sleeves, gloves, whistles, lanyards, first aid kits, shin
guards, clipboards, data pads for game scores, corner flags and cones,
flags, game coins, wallets and game report pads, planners, clipboards,
arm bands, ankle braces, pinnies, DVDs and books related to sports and
sports training, training cards, field equipment and training
equipment of others, goals, tent awnings, tie straps, goal anchor
spikes, screws, rebounders, agility ladders, coaching stix, wickets,
speed rings, course markers, pumps, inflation needles, nets, disc
cones, pressure gauges and manual and push cart line stripers,

-1-

41

**Print: Mar 29, 2011**                    **85059958**

pressurized stripe and field paint.  First Use: 2008/01/00.  First Use
In Commerce: 2008/01/00.

**Prior Registration(s)**
1422027;1916007

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPORTS" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2010/06/10

**Examining Attorney**
SINGLETON, RUDY R.

**Attorney of Record**
Vern Schooley

# SCORE SPORTS

**Print: Mar 29, 2011**                    **85062496**

## DESIGN MARK

**Serial Number**
85062496

**Status**
REGISTERED

**Word Mark**
T ELITE

**Standard Character Mark**
No

**Registration Number**
3928195

**Date Registered**
2011/03/08

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Throwdown Industries, Inc. CORPORATION CALIFORNIA 3837 Northdale
Boulevard Suite 272 Tampa FLORIDA 33624

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Athletic
apparel, namely, shirts, pants, jackets, footwear, hats and caps,
athletic uniforms; Athletic footwear; Athletic shoes; Athletic
uniforms; Beanies; Belts; Board shorts; Bottoms; Boxer briefs; Boxer
shorts; Boxing shoes; Boxing shorts; Briefs; Caps; Caps with visors;
Clothing for wear in judo practices; Clothing for wear in wrestling
games; Coats; Coats of denim; Denim jackets; Denims; Fabric belts;
Footwear; Footwear for men and women; Gloves; Gym shorts; Gym suits;
Hats; Head sweatbands; Head wear; Headwear; Hooded pullovers; Hooded
sweat shirts; Hoods; Hoods; Jackets; Jeans; Jerseys; Jogging suits;
Judo suits; Karate suits; Kendo outfits; Motorcycle gloves;
Motorcyclist boots; Pants; Pullovers; Sandals; Shirts; Shoes; Shorts;
Skull caps; Skullies; Sleeveless jerseys; Sport shirts; Sports
jerseys; Sports jerseys and breeches for sports; Sports overuniforms;
Sports pants; Surf wear; Sweat bands; Sweat pants; Sweat shorts; Sweat
suits; Sweatbands; Swim wear for gentlemen and ladies; T-shirts; Tank
tops; Tank-tops; Tops; Training shoes; Training suits; Under garments;

-1-

**Print: Mar 29, 2011**                              **85062496**

Underclothes; Undergarments; Underpants; Uniforms; Visors; Walking
shorts.  First Use: 2007/10/25.  First Use In Commerce: 2007/10/25.

### Description of Mark
The mark consists of The design of an anvil in the shape of a stylized
letter "T", with the word "ELITE" appearing directly within the design
and being approximately the same length as the top bar of the "T".

### Colors Claimed
Color is not claimed as a feature of the mark.

### Filing Date
2010/06/14

### Examining Attorney
PRATER, JILL

### Attorney of Record
Jaime R. Quezon



**Print: Mar 29, 2011**                              **85066681**

**DESIGN MARK**

**Serial Number**
85066681

**Status**
REGISTERED

**Word Mark**
SAFARI AS A WAY OF LIFE

**Standard Character Mark**
Yes

**Registration Number**
3911186

**Date Registered**
2011/01/25

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Kathleen Eldon INDIVIDUAL UNITED STATES 18814 Topanga Beach Drive
Malibu CALIFORNIA 90265

**Owner**
 Amy Eldon Turteltaub INDIVIDUAL UNITED STATES 18814 Topanga Beach
Drive Malibu CALIFORNIA 90265

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Wearing
apparel, namely, shirts, short-sleeved shirts, long-sleeved shirts,
sport shirts, polo shirts, knit shirts, T-shirts, short-sleeved
T-shirts, long-sleeved T-shirts, jackets, sweat shirts, sweat suits,
shorts, bermuda shorts, walking shorts, sweat shorts, blouses, tops
for women, pants, jeans, sweat pants, swim suits, hats, caps, caps
with visors, visors, baseball caps, footwear, athletic footwear,
shoes, athletic shoes, boots, canvas shoes, sandals, socks, sweat
bands, berets, gloves, waist belts.  First Use: 2008/12/00.  First Use
In Commerce: 2008/12/00.

**Filing Date**
2010/06/18

-1-

**Print: Mar 29, 2011**                    **85066681**

**Examining Attorney**
BEVERLY, JOSETTE

**Attorney of Record**
Brett D. Papendick

-2-

# SAFARI AS A WAY OF LIFE

**Print: Mar 29, 2011**                    **85073064**

## DESIGN MARK

**Serial Number**
85073064

**Status**
REGISTERED

**Word Mark**
POWDER HOUND

**Standard Character Mark**
No

**Registration Number**
3919495

**Date Registered**
2011/02/15

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Coomes, James INDIVIDUAL UNITED STATES 8837 West Chestnut Avenue
Littleton COLORADO 80128

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Beanies;
Blouses; Caps; Golf shirts; Gym shorts; Halter tops; Hats; Hooded
sweat shirts; Jackets; Jerseys; Night shirts; Pants; Polo shirts;
Shorts; Sport shirts; Sweat bands; Sweat pants; Sweat shirts;
Sweaters; Swim wear; T-shirts; Tank tops; Visors.  First Use:
2009/08/01.  First Use In Commerce: 2009/08/01.

**Description of Mark**
The mark consists of the stylized wording "POWDER HOUND" above a
stylized dog's head wearing a cap and goggles with a mountain scene
reflected in the goggles.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2010/06/28

**Print: Mar 29, 2011**                    **85073064**

**Examining Attorney**
LOVELACE, JAMES



**Print: Mar 29, 2011**                    **85075758**

## DESIGN MARK

**Serial Number**
85075758

**Status**
REGISTERED

**Word Mark**
CSW

**Standard Character Mark**
No

**Registration Number**
3925224

**Date Registered**
2011/03/01

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
CAMPAGNOLO S.r.l. LIMITED LIABILITY COMPANY ITALY Via della Chimica, 4
- Zona Industriale VICENZA ITALY 36100

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Sport and
leisure wear, namely, jackets, wind resistant jackets, jerseys,
shirts, tops, sweatshirts, sweaters, underwear, shorts, leg and arm
warmers, cloth bibs, socks, thick socks, pants, sport uniforms, caps,
hats and headwear, gloves, sweat bands and wrist bands, suspenders,
bandanas, headscarves, scarves, shoes, overshoes, sport shoes, cycling
shoes.

**Foreign Country Name**
ITALY

**Foreign Priority**
FOREIGN PRIORITY CLAIMED

**Foreign Application Number**
MI2010C00611

-1-

**Print: Mar 29, 2011**                    **85075758**

**Foreign Filing Date**
2010/06/09

**Foreign Registration Number**
1353039

**Foreign Registration Date**
2010/10/05

**Foreign Expiration Date**
2020/06/09

**Description of Mark**
The mark consists of the stylized letters "CSW".

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2010/07/01

**Examining Attorney**
DALIER, JOHN

**Attorney of Record**
Anthony P. Venturino

-2-



**Print: Mar 29, 2011**                              **85087356**

## DESIGN MARK

**Serial Number**
85087356

**Status**
REGISTERED

**Word Mark**
YY YEN WEAR

**Standard Character Mark**
No

**Registration Number**
3935926

**Date Registered**
2011/03/22

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
SHY Holdings, LLC LIMITED LIABILITY COMPANY MICHIGAN 111 Cass St.
Traverse City MICHIGAN 49684

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Athletic
apparel, namely, shirts, pants, jackets, footwear, hats and caps,
athletic uniforms.  First Use: 2010/05/14.  First Use In Commerce:
2010/08/17.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WEAR" APART FROM THE
MARK AS SHOWN.

**Description of Mark**
The mark consists of Two "y" characters arranged to resemble a
yin-yang symbol with the terms "YEN WEAR" displayed horizontally
across the bottom.

**Colors Claimed**
Color is not claimed as a feature of the mark.

-1-

**Print: Mar 29, 2011**                    **85087356**

**Filing Date**
2010/07/19

**Examining Attorney**
GENOVESE,CARRIE

**Attorney of Record**
Brian A. Hall



**Print: Mar 29, 2011**                    **85092061**

**DESIGN MARK**

**Serial Number**
85092061

**Status**
REGISTERED

**Word Mark**
SURFRITO

**Standard Character Mark**
Yes

**Registration Number**
3934452

**Date Registered**
2011/03/22

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Tani, Dario INDIVIDUAL UNITED STATES 9499 Collins Ave # 504 Surfside
FLORIDA 33154

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Baseball caps
and hats; Hats; Knit shirts; Shirts; Shirts and short-sleeved shirts;
Short-sleeved or long-sleeved t-shirts; Short-sleeved shirts; Sports
caps and hats; T-shirts; Tee shirts.  First Use: 2008/07/01.  First
Use In Commerce: 2008/07/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 030.  US  046.  G & S: Bread and pastry;
Chocolate-covered potato chips; Cookie dough; Cookie mixes; Cookies;
Cookies and crackers; Food package combinations consisting primarily
of bread, crackers and/or cookies; Fried dough cookies (karintoh);
Pastries; Pastry.  First Use: 2007/05/02.  First Use In Commerce:
2007/05/02.

**Filing Date**
2010/07/23

-1-

**Print: Mar 29, 2011**                    **85092061**

**Examining Attorney**
CARLSEN, EMILY

**Attorney of Record**
Christopher J. Van Dam

Surfrito

**Print: Mar 29, 2011**                              **85092310**

## DESIGN MARK

**Serial Number**
85092310

**Status**
REGISTERED

**Word Mark**
DREADNOUGHT FEAR NOTHING

**Standard Character Mark**
No

**Registration Number**
3934479

**Date Registered**
2011/03/22

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Wingman LLC DBA Wingman Apparel Company LIMITED LIABILITY COMPANY
TENNESSEE 674 Superior Lane Clarksville TENNESSEE 37043

**Goods/Services**
Class Status -- ACTIVE.   IC 025.   US  022 039.  G & S: Baseball caps
and hats; Button down shirts; Caps; Caps with visors; Cargo pants;
Collared shirts; Dress shirts; Golf shirts; Hooded sweat shirts;
Jogging pants; Knit shirts; Knitted caps; Long-sleeved shirts; Polo
shirts; Rugby shirts; Shirts; Shirts and short-sleeved shirts;
Short-sleeved or long-sleeved t-shirts; Sports caps and hats; Sports
shirts; Sports shirts with short sleeves; T-shirts; Tee shirts;
Toboggan hats, pants and caps.  First Use: 2009/06/15.  First Use In
Commerce: 2010/04/02.

**Description of Mark**
The mark consists of a cross in a circle with wings on each side and
the words "DREADNOUGHT" and "FEAR NOTHING".

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Print: Mar 29, 2011**                    **85092310**

**Filing Date**
2010/07/25

**Examining Attorney**
LEE, DOUGLAS



**Print: Mar 29, 2011**                                    **85092538**

## DESIGN MARK

**Serial Number**
85092538

**Status**
REGISTERED

**Word Mark**
APPA COMMUNITY JUSTICE & SAFETY FOR ALL

**Standard Character Mark**
No

**Registration Number**
3934484

**Date Registered**
2011/03/22

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
American Probation and Parole Association CORPORATION NORTH CAROLINA
2760 Research Park Drive Lexington KENTUCKY 40511

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Apparel,
namely, T-shirts, sweatshirts, polo shirts, dress shirts, jackets,
sweaters, cardigans, pants, shorts, sweatpants, socks, hats, caps,
belts.  First Use: 1980/10/01.  First Use In Commerce: 1980/10/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: Association
services, namely, promoting the interests of state community
corrections, probation, and parole organizations.  First Use:
1980/10/01.  First Use In Commerce: 1980/10/01.

**Description of Mark**
The mark consists of a circle with a shaded bar through the middle
containing the words "COMMUNITY JUSTICE & SAFETY FOR ALL". Above the
shaded bar and within the circle is the letter "A" against a white
background and the letter "P" against a shaded background. Beneath the
shaded bar and within the circle is the letter "P" against a shaded

**-1-**

65

background and the letter "A" against a white background.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2010/07/26

**Examining Attorney**
GOODSAID, IRA J.

**Attorney of Record**
Jason Moseley

-2-



**Print: Mar 29, 2011**                                **85095128**


## DESIGN MARK

**Serial Number**
85095128

**Status**
REGISTERED

**Registration Number**
3934533

**Date Registered**
2011/03/22

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(2) DESIGN ONLY

**Owner**
Tani, Dario INDIVIDUAL UNITED STATES 9499 Collins Ave # 504 Surfside
FLORIDA 33154

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Baseball caps
and hats; Hats; Shirts; Shirts and short-sleeved shirts; Short-sleeved
or long-sleeved t-shirts; Short-sleeved shirts; Sports caps and hats;
T-shirts; Tee shirts.  First Use: 2008/07/01.  First Use In Commerce:
2008/07/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 030.  US  046.  G & S: Bread and pastry;
Chocolate-covered potato chips; Cookie dough; Cookie mixes; Cookies;
Cookies and crackers; Food package combinations consisting primarily
of bread, crackers and/or cookies; Fried dough cookies (karintoh);
Pastries; Pastry.  First Use: 2007/05/02.  First Use In Commerce:
2007/05/02.

**Description of Mark**
The mark consists of a stylized head comprising a circle containing
two smaller ovals as eyes and flames for hair.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2010/07/28

-1-

**Print: Mar 29, 2011**                    **85095128**

**Examining Attorney**
CARLSEN, EMILY

**Attorney of Record**
Christopher J. Van Dam

