# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.6:11-cv-329-ORL-22DAB

HANSEN BEVERAGE COMPANY, d/b/a
MONSTER BEVERAGE COMPANY,

        Plaintiff,

v.

CONSOLIDATED DISTRIBUTORS, INC.,
METTEMP, INC., JOE COOL, INC., JOE
COOL BIKE WEEK INC., DAVID BAKSHT,
MICHELLE AMAR AND YOSEF AMAR,

        Defendants.

## AFFIDAVIT OF REASONABLE ATTORNEYS' FEES AND COSTS

STATE OF FLORIDA      )
                               ) SS:
COUNTY OF PALM BEACH  )

      Before me, the undersigned authority, personally appeared Robert E. Pershes, who upon being duly sworn deposes and says:

      1.    I am an attorney in good standing, licensed to practice law in the State of Florida since 1980.

      2.    I am a shareholder with the law firm of Buckingham, Doolittle & Burroughs, LLP, who is the attorney of record for Defendants, Joe Cool Inc., Joe Cool Bike Week Inc., Yosef Amar and Michelle Amar.

      3.    I am the attorney responsible for responding to the Seizure Order and appearing at the hearing in this matter.

      4.    I have reviewed the billing records for this file for Buckingham, Doolittle &

Affidavit of Reasonable Attorney's Fees
Hansen Beverage Co. v. Joe Cool Inc.
*CASE NO.6:11-cv-329-ORL-22DAB*

Burroughs, LLP.

5. To date Buckingham, Doolittle & Burroughs, LLP has expended 97.40 attorney hours in responding to the Seizure Order and appearing at the hearing in this matter, at the following hourly rates:

| | | |
|---|---|---|
| Robert E. Pershes | 47.90 hours @ | $430.00/hour |
| Scott A. Weires | 13.20 hours @ | $360.00/hour |
| Amanda Keller | 33.40 hours @ | $245.00/hour |
| Jonathan F. Claussen | 2.90 hours @ | $265.00/hour |

6. To date, supervised paralegals at Buckingham, Doolittle & Burroughs, LLP, have performed 11.70 hours of work in the defense of this matter, at the following hourly rates:

| | | |
|---|---|---|
| Cynthia Edwards | 11.70 hours @ | $195.00/hour |

7. Based upon the foregoing, I believe a reasonable attorney's fee in this matter for the work performed by Buckingham, Doolittle & Burroughs, LLP is $36,582.00. Attached as **Exhibit "A"** is a true copy of the bill and costs incurred from engagement on March 15, 2011 through the hearing date.

8. Defendants have expended costs in this matter (taxable pursuant to 28 U.S.C. §1920 and/or Chapter 57, Florida Statutes) in the following amounts while being represented by Buckingham, Doolittle & Burroughs, LLP:

| | |
|---|---|
| Travel to Orlando on 3/24 for Hearing on Response to Seizure Order and Preliminary Injunction | $225.28 |
| Hotel Stay in Orlando for Preliminary Injunction Hearing | $542.32 |
| TOTAL | $767.60 |

**FURTHER AFFIANT SAYETH NAUGHT.**

«BOCA:259825_v1/73792-0001»

2

Affidavit of Reasonable Attorney's Fees
Hansen Beverage Co. v. Joe Cool Inc.
*CASE NO.6:11-cv-329-ORL-22DAB*

_____
ROBERT E. PERSHES

SWORN TO and SUBSCRIBED before me this 13th day of April, 2011, by Robert E. Pershes, who is personally known to me and did/did not take an oath.

_____
Notary Public
Print Name  Lucia DePasquale
My Commission Expires:  March 7, 2015

LUCIA DE PASQUALE
MY COMMISSION # EE 071039
EXPIRES: March 7, 2015
Bonded Thru Notary Public Underwriters

«BOCA:259825_v1/73792-0001»

3

# BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

Please Remit To:

P.O. Box 71-4085  Columbus, OH  43271-4085

Telephone 800.686.2825

```
YOSEF AMAR                                          April 13, 2011
1052 NORTH BEACH STREET                           INVOICE # 1243551
HOLLY HILL, FL  32117  USA                           73792   -0001
```

## * B I L L   S U M M A R Y *

FOR PROFESSIONAL SERVICES RENDERED

| | |
|---|---:|
| Total Hours | 109.10 |
| Total For Services | $36,582.00 |
| Total For Advances and Firm Charges | 767.60 |
| **TOTAL AMOUNT DUE THIS INVOICE:** | **$37,349.60** |

RS4/11
1191



EXHIBIT A

Payable Upon Receipt – Make Check Payable to Buckingham, Doolittle & Burroughs, LLP
Taxpayer Identification Number 34-1832611
We Accept VISA, MasterCard, American Express & Discover

INVOICE # 1243551                    PAGE   2                    April 13, 2011

FOR PROFESSIONAL SERVICES RENDERED

73792 -0001
HANSEN V. AMAR

**SERVICES**

| DATE | NAME | SERVICES | HOURS | VALUE |
| --- | --- | --- | --- | --- |
| 03/15/11 | Pershes | Conference with client; preparation of motion to reset hearing; call to opposing counsel; research | 5.00 | $2,150.00 |
| 03/15/11 | Keller | Research Local Rules and Federal Rules of Civil Procedure on continuation to submit brief in opposition to motion for preliminary injunction and Ex Parte Seizure Order; contact Plaintiff's counsel re request for consent to continuance; review Complaint for Damages and Injunctive Relief and Demand for Jury Trial; review Motion for Preliminary Injunction and Ex Parte Seizure Order; research requirements to request ex parte preliminary injunctive relief; research Federal Rules of Civil Procedure on Preliminary Injunctions and Ex Parte Siezure Order; research element of irreparable injury; Begin drafting Defendants' Motion for Extension of Time to Respond and for Continuance of Hearing; conference with client re proposed course of action in light of Order granting Motion for Extension of Time and Continuance of Hearing. | 7.20 | 1,764.00 |
| 03/16/11 | Pershes | Motion for continuance and preparation for hearing | 2.40 | 1,032.00 |
| 03/16/11 | Claussen | Review of trademark infringement case, facts of same involving Monster Energy Drink and Joe Cool, inc. search for like trademarks in commerce. | 2.00 | 530.00 |
| 03/16/11 | Keller | Revise Defendants' Motion for Extension of Time to Respond to Motion for Preliminary Injunction and Ex Parte Seizure Order and for | 7.40 | 1,813.00 |

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC
Taxpayer Identification Number 34-1832611

INVOICE # 1243551 　　　　　　　　　　　　PAGE   3 　　　　　　　　　　　　April 13, 2011

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | Continuance of Hearing; research corporate filings of Consolidated Distributors, Inc. and Mettempt, Inc. for registered officers thereof; conference with Plaintiff's local counsel re its proposal for acceptance of service upon Consolidated and Mettempt; draft and revise Amended Unopposed Motion for Extension of Time to Respond to Motion for Preliminary Injunction and Ex Parte Seizure Order, Continuance of Hearing; conference with Plaintiff's local counsel re request for consent to pro hac vice motion; review Declarations for executed chain of custody form for Defendants' goods and records; coordinate dates with opposing counsel for continuance of hearing on Order to Show Cause hearing. | | |
| 03/16/11 | Edwards | Assist Ms. Keller with drafting Motion and Amended Motion for Extension of Time; e-file the same; review online document to obtain copies of all pleadings filed to date; and begin reviewing the same re: upcoming hearing on Motion for Injunction. | 4.80 | 936.00 |
| 03/17/11 | Pershes | Prepare declaration and prepare for hearing | 7.50 | 3,225.00 |
| 03/17/11 | Weires | Conferenced regarding possible legal defenses to counterfeit claim; initiated product search for use of claw marks similar to those alleged in request for preliminary injunction; reviewed client materials re: prior use of claw mark on apparel items. | 3.40 | 1,224.00 |
| 03/17/11 | Claussen | Joe Cool, Inc.  Research as to trademarks and onlije use of same. | 0.40 | 106.00 |
| 03/17/11 | Claussen | Joe Cool, Online research as to market share of energy drink manufacturer and progression over years. | 0.50 | 132.50 |
| 03/17/11 | Keller | Begin drafting Declaration of Yosef Amar; conference call with client re | 4.90 | 1,200.50 |

BUCHANAN INGERSOLL & ROONEY PC
Taxpayer Identification Number 34-1832611

| INVOICE # 1243551 | | PAGE  4 | | April 13, 2011 |
|---|---|---|---|---|

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | the same; research request for preliminary injunctive relief as extraordinary remedy; begin drafting Defendants' Response in Opposition to Plaintiff's Motion for Preliminary Injunction and Ex Parte Seizure Order. | | |
| 03/17/11 | Edwards | Review Motions for Pro Hac Admission by opposing counsel. | 0.20 | 39.00 |
| 03/18/11 | Pershes | Research | 5.00 | 2,150.00 |
| 03/18/11 | Weires | Searched for usage of claw marks among various product classes with attention to supporting prior use argument; searched for use of claw mark on apparel items manufactured for Bike Week in years 2008 and 2009. | 3.80 | 1,368.00 |
| 03/18/11 | Keller | Research requirement of marks to be compared in their entirety, i.e., a party may not eliminate portions of a mark and compare the residue in determining likelihood of confusion; research improper trademark and resulting unclean hands, such that preliminary injunction may be denied; research sale of monster beverage in comparison to total beverage sales. | 1.70 | 416.50 |
| 03/18/11 | Edwards | Review Order granting Motions for Pro Hac Admissions. | 0.10 | 19.50 |
| 03/21/11 | Pershes | Conference with client and opposing counsel; preparation for hearing | 3.00 | 1,290.00 |
| 03/22/11 | Pershes | Prepare for hearing; conference with opposing counsel; preparation of memorandum of law in opposition; research | 8.00 | 3,440.00 |
| 03/22/11 | Weires | Conferenced regarding legal strategies to defend against preliminary injunction effort; continued search for substantially similar marks used prior to registration of mark by Plaintiff. | 4.10 | 1,476.00 |
| 03/22/11 | Keller | Review Plaintiff's Unopposed Motion for Leave to File Supplemental Declaration, and Supplemental Declaration of Robert Chiaradio, and | 2.70 | 661.50 |

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC
Taxpayer Identification Number 34-1832611

INVOICE # 1243551                           PAGE   5                              April 13, 2011

|            |          | exhibits thereto; attend teleconference with Plaintiff's counsel re proposed settlement; prepare for hearing on Preliminary Injunction, Ex Parte Seizure Order and Order to Show Cause. |      |          |
|------------|----------|---|------|----------|
| 03/23/11   | Pershes  | Prepare and file memorandum iof law in opposition; travel to Orlando | 9.00 | 3,870.00 |
| 03/23/11   | Weires   | Reviewed responsive legal memorandum with attention to arguments presented re: improper allegation of counterfeit goods; conferenced re: upcoming hearing on preliminary injunction. | 1.90 | 684.00 |
| 03/23/11   | Edwards  | Organize and prepare all exhibits and attachments for Opposition to Motion for Injunction; review Opposition and make citation revisions; and e-file all filings. | 6.60 | 1,287.00 |
| 03/24/11   | Pershes  | Attend hearing in Orlando; meeting with client; travel back to office; organize file | 8.00 | 3,440.00 |
| 03/24/11   | Keller   | Prepare for and travel to and from, and attend hearing on Plaintiff's Motion for Preliminary Injunction, Ex Parte Seizure Order and Order to Show Cause. | 9.50 | 2,327.50 |

Total for Services                                                                    $36,582.00

**Advances and Firm Charges**

    Travel to Orlando 3/24 - Preliminary                                      225.28
    Injunction
    Hotel stay in Orlando for Preliminary                                      542.32
    Injunction Hearing in U.S. District Court
    for the Middle District of Florida


Total for Advances and Firm Charges                                                     $767.60

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC
Taxpayer Identification Number 34-1832611

| INVOICE # 1243551 | PAGE 6 | April 13, 2011 |
|---|---|---|

```
************************************************************************
                              SUMMARY
```

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Pershes, Robert E. | 47.90 | 430.00 | 20,597.00 |
| Weires, Scott A. | 13.20 | 360.00 | 4,752.00 |
| Keller, Amanda | 33.40 | 245.00 | 8,183.00 |
| Claussen, Jonathan F. | 2.90 | 265.00 | 768.50 |
| Edwards, Cynthia | 11.70 | 195.00 | 2,281.50 |
| TOTAL | 109.10 | | $36,582.00 |

```
************************************************************************
```

**TOTAL THIS MATTER** **$37,349.60**