UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY, d/b/a　　　　Case No.6:11-cv-329-ORL-22DAB
MONSTER BEVERAGE COMPANY,

　　　　　　Plaintiff,

　　v.

CONSOLIDATED DISTRIBUTORS, INC.,
METTEMP, INC., JOE COOL, INC., JOE
COOL BIKE WEEK INC., DAVID BAKSHT,
MICHELLE AMAR AND YOSEF AMAR,

　　　　　　Defendants.

### DEFENDANTS' UNOPPOSED RENEWED MOTION TO PERMIT DEFENSE COUNSEL TO CONDUCT CASE MANAGEMENT REPORT CONFERENCE BY TELEPHONE

　　　　Defendants, JOE COOL, INC., JOE COOL BIKE WEEK, INC., MICHELLE AMAR AND YOSEF AMAR (collectively referred to as "Defendants"), by and through their undersigned counsel, hereby moves this Honorable Court to enter an Order permitting Defense counsel to appear from its office in Boca Raton, Florida at the Case Management Report Conference via telephone.  As good cause for the granting of this Unopposed Motion, the Plaintiff states as follows:

　　　　1.　　Local counsel for Plaintiff is located in Orlando, Florida and its Lead counsel is located in Irvine, California.  Counsel for Defendants is located in Boca Raton, Florida.

　　　　2.　　Local Rule 3.01(i) instructs counsel that "[t]he use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities."

3. According to Local Rule 3.05(c)(2)(B), the meeting should be held no later than Friday, May 6, 2011.

4. On April 1, 2011 Defense counsel requested that counsel appear by telephone for the Case Management Report Conference. [DE 43]. On April 5, 2011 this Court denied such request. [DE 48]. On April 14, 2011 Plaintiff moved to allow its lead counsel to appear by telephone for such Case Management Report Conference. [DE 55]. On April 18, 2011 this Court granted Plaintiff's Lead Counsel's request. [DE 56].

5. In an abundance of caution and giving due respect to the Court's previous Order, Defense counsel requests that now, in light of the Court's Order allowing Plaintiff's lead counsel to appear by telephone, that it also be permitted to appear by telephone from its offices in Boca Raton, Florida.

6. At the time of the initial request by this office, Plaintiff's counsel had not yet elected to request appearance by telephone and if Plaintiff's lead counsel was flying into the District it would be appropriate that we also appear personally. However, in light of the current status, a telephone conference is required in any event.

7. Accordingly, it is requested that the Court reconsider its Order of April 5, 2011 [DE 48] and in light of the aforestated, permit attendance by telephone, of Defense counsel from Boca Raton, Florida.

8. Counsel for both parties are sensitive to the rationale underlying the "in person" requirement and will conduct the meeting in good faith pursuant to Court Order and Local Rule 3.05. Defense Counsel will coordinate and assume any cost in setting up such conference call.

### Certificate of Compliance with Local Rule 3.01(g)

Pursuant to local Rule 3.01(g), counsel for the parties have conferred, and counsel for

Plaintiff does not oppose the filing of this Motion.

WHEREFORE, Defendants, JOE COOL, INC.. JOE COOL BIKE WEEK, INC., MICHELLE AMAR AND YOSEF AMAR, respectfully request this Honorable Court enter an Order permitting the parties to appear, via telephone, at the Case Management Report Conference from its offices in Boca Raton, Florida.

Dated: April 26, 2011            Respectfully submitted,

                                    s/ ROBERT E. PERSHES
                                    Robert E. Pershes, Esq.
                                    Florida Bar No. 0301906
                                    Attorney for Defendants
                                    Joe Cool, Inc., Joe Cool Bike Week, Inc.,
                                    Michelle Amar and Yosef Amar
                                    BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
                                    5355 Town Center Road, Suite 900
                                    Boca Raton, Florida  33486
                                    Telephone:  561 241-0414
                                    Facsimile:   561 241-9766
                                    Email: rpershes@bdblaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    s/ ROBERT E. PERSHES
                                    Robert E. Pershes, Esq.
                                    Florida Bar No. 0301906

## SERVICE LIST

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.6:11-cv-329-ORL-22DAB

Richard E. Mitchell, Esq.
Rick.mitchell@gray-robinson.com
Michael D. Porter, Esq.
Michael.porter@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
Tel. (407) 843-8880
Fax. (407) 244-5690
Local Counsel for Plaintiff
Notification of electronic filing generated by CM/ECF

Lynda J. Zadra-Symes, Esq.
Lynda.zandra-symes@kmob.com
Lauren K. Katzenellenbogen, Esq.
Lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614
Tel. (949) 760-0404
Fax. (949) 760-9502
Lead Counsel for Plaintiff

«BOCA:260805_v1/73792-0001»