# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HANSEN BEVERAGE COMPANY d/b/a
Monster Beverage Company,**

            **Plaintiff,**

**-vs-**                                    **Case No.  6:11-cv-329-Orl-22DAB**

**CONSOLIDATED DISTRIBUTORS, INC.;
METTEMP INC.; JOE COOL INC.; JOE
COOL BIKE WEEK INC.; DAVID
BAKSHT; MICHELLE AMAR; and
YOSEF AMAR,**

            **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ATTORNEY'S FEES AND COSTS REGARDING WRONGFUL SEIZURE (Doc. No. 53)** |
| **FILED:** | **April 13, 2011** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff Hansen Beverage Company has filed an appeal of Chief Judge Conway's denial of

its Motion for Preliminary Injunction.  Docs. 40, 59.  Determination of that appeal, regardless of its

outcome, will greatly affect consideration of the fee motion.  Any time spent analyzing the fee request

at this juncture would be wasted.  It does not appear that consideration of the appeal itself would be

better informed if accompanied by a decision on fees.  For these reasons, Plaintiff's motions for fees

are denied without prejudice to reassertion after completion of the appellate process.

> **MOTION:** **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR ATTORNEY'S FEES AND COSTS REGARDING WRONGFUL SEIZURE (Doc. No. 62)**
>
> **FILED:** **April 29, 2011**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

   **DONE** and **ORDERED** in Orlando, Florida on May 3, 2011.

                                        *David A. Baker*

                                        DAVID A. BAKER
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record