AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Orlando Division

| | |
|---|---|
| HANSEN BEVERAGE COMPANY d/b/a<br>MONSTER BEVERAGE COMPANY,<br>*Plaintiff*<br>v.<br>CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC.,<br>JOE COOL, INC., JOE COOL BIKE WEEK, INC. et al.<br>*Defendant* | Civil Action No. 6:11-CV-329-ORL-22DAB |

**ALIAS**
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Consolidated Distributors, Inc.
DM Schneerson
483 Kinfston Avenue
Brooklyn, New York 11231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard E. Mitchell, Esq.
GrayRobinson, P.A.
Post Office Box 3068
Orlando, Florida 32802-3068
(407) 843-8880

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/9/11

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Orlando Division

HANSEN BEVERAGE COMPANY d/b/a )
MONSTER BEVERAGE COMPANY, )
    *Plaintiff* )
    v. ) Civil Action No. 6:11-CV-329-ORL-22DAB
CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., )
JOE COOL, INC., JOE COOL BIKE WEEK, INC. et al. )
    *Defendant* )

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mettemp, Inc.
D. Bakshet
719 Eastern Pkwy
Brooklyn, New York 11231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard E. Mitchell, Esq.
GrayRobinson, P.A.
Post Office Box 3068
Orlando, Florida 32802-3068
(407) 843-8880

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/9/11

*Signature of Clerk or Deputy Clerk*