**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HANSEN BEVERAGE COMPANY,**
**d/b/a MONSTER BEVERAGE**
**COMPANY ("MBC"),**

        **Plaintiff,**

**vs.**                         **Case No. 6:11-CV-329-ORL-22DAB**

**CONSOLIDATED DISTRIBUTORS,**
**INC., METTEMP, INC., JOE COOL,**
**INC., JOE COOL BIKE WEEK INC.,**
**DAVID BAKSHT, MICHELLE AMAR,**
**AND YOSEF AMAR;**

        **Defendants.**

_____/

## NOTICE OF MEDIATION

      Plaintiff MBC, pursuant to the Court's Case Management and Scheduling

Order (Doc. 75), respectfully notifies the Court of the following mediation

conference in this matter:

                DATE:        Thursday, January 26, 2012

                TIME:        10:30 a.m.

                PLACE:     GrayRobinson, P.A.
                                301 East Pine Street, Suite 1400
                                Orlando, Florida 32801

                MEDIATOR: Jay M. Cohen

Respectfully submitted this 2nd day of June, 2011.

                              **/s/  RICHARD E. MITCHELL**
                              RICHARD E. MITCHELL, ESQ.
                              Florida Bar No.: 0168092
                              rick.mitchell@gray-robinson.com

MICHAEL D. PORTER, ESQ.
Florida Bar No.: 0031149
michael.porter@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida  32801
(407) 843-8880  Telephone
(407) 244-5690  Facsimile

Local Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

– and –

JOHN B. SGANGA, JR., ESQ.
California Bar No.: 116211
John.Sganga@kmob.com
LYNDA J. ZADRA-SYMES, ESQ.
California Bar No.: 156511
lynda.zadra-symes@kmob.com
LAUREN K. KATZENELLENBOGEN, ESQ.
California Bar No.: 223370
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California  92614
(949) 760-0404  Telephone
(949) 760-9502  Facsimile

Lead Trial Counsel for Plaintiff,
HANSEN  BEVERAGE  COMPANY  d/b/a
MONSTER BEVERAGE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**/s/  RICHARD E. MITCHELL**
RICHARD E. MITCHELL, ESQ.