UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"),

    Plaintiff,

vs.     Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND YOSEF AMAR;

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S
DEFAULT AGAINST DEFENDANT DAVID BAKSHT**

Plaintiff HANSEN BEVERAGE COMPANY ("MBC"), pursuant to *Federal Rule of Civil Procedure* 55(a), hereby moves for entry of a Clerk's Default against Defendant DAVID BAKSHT ("BAKSHT"), and in support states as follows:

1. On March 3, 3022, MBC filed a Complaint against Defendant BAKSHT for, among other things, trademark infringement. Doc. No. 2.

2. Defendant BAKSHT is a resident of New York, and therefore MBC served Defendant BAKSHT with process pursuant to Rule 4(e)(1), *Federal Rules of Civil Procedure* and Section 308(4), *New York State Civil Practice Law and Rules* on April 18, 2011.

3. On April 20, 2011, MBC filed its Return of Service on Defendant BAKSHT (Doc. No. 57), thus rendering service of process complete as of May 2,

2011.  *See* N.Y.C.P.L.R. 308(4) ("[P]roof of such service shall be filed with the Clerk of the Court...; service shall be complete ten days after such filing….").

4. Defendant BAKSHT's deadline to answer or otherwise respond to MBC's Complaint was May 23, 2011.

5. Defendant BAKSHT failed to timely answer or otherwise respond to MBC's Complaint.

**WHEREFORE,** MBC respectfully requests the Clerk to enter a Default against Defendant DAVID BAKSHT.

Respectfully submitted this 17th day of June, 2011.

**/s/ RICHARD E. MITCHELL**
RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
MICHAEL D. PORTER, ESQ.
Florida Bar No.: 0031149
michael.porter@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida  32801
(407) 843-8880  Telephone
(407) 244-5690  Facsimile

Local Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

– and –

JOHN B. SGANGA, JR., ESQ.
California Bar No.: 116211
John.Sganga@kmob.com
LYNDA J. ZADRA-SYMES, ESQ.
California Bar No.: 156511
lynda.zadra-symes@kmob.com
LAUREN K. KATZENELLENBOGEN, ESQ.
California Bar No.: 223370

lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California  92614
(949) 760-0404  Telephone
(949) 760-9502  Facsimile

Lead Trial Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**/s/  RICHARD E. MITCHELL**
RICHARD E. MITCHELL, ESQ.