UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY, d/b/a        Case No.6:11-cv-329-ORL-22DAB
MONSTER BEVERAGE COMPANY,

      Plaintiff,

v.

CONSOLIDATED DISTRIBUTORS, INC.,
METTEMP, INC., JOE COOL, INC., JOE
COOL BIKE WEEK INC., DAVID BAKSHT,
MICHELLE AMAR AND YOSEF AMAR,

      Defendants.

_____

## NOTICE OF SCRIVENER'S ERROR

NOTICE IS HEREBY GIVEN by Defendants, JOE COOL, INC. JOE COOL BIKE WEEK, INC., MICHELLE AMAR AND YOSEF AMAR (collectively referred to as "Defendants"), that due to a scrivener's error the pleading filed by Defendants on July 22, 2011 [DE 85] was titled incorrectly and should have been entitled as "Defendants, Joe Cool, Inc., Joe Cool Bike Weeks, Inc., Michelle Amar and Yosef Amar's Answer and Affirmative to Defenses to the First Amended Complaint and First Amended Counterclaim for Damages and Injunctive Relief with Demand for Jury Trial".

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated:  July 25, 2011

Respectfully submitted,

s/  ROBERT E. PERSHES
Robert E. Pershes, Esq.
Florida Bar No.  301906
rpershes@bdblaw.com
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
Attorneys for Defendants
Joe Cool, Inc., Joe Cool Bike Week, Inc.,
Michelle Amar and Yosef Amar
5355 Town Center Road, Suite 900
Boca Raton, Florida  33486
Telephone:  561 241-0414
Facsimile:  561 241-9766

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/  ROBERT E. PERSHES
Robert E. Pershes, Esq.
Fla. Bar No. 301906

## SERVICE LIST

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.6:11-cv-329-ORL-22DAB

Richard E. Mitchell, Esq.
Rick.mitchell@gray-robinson.com
Michael D. Porter, Esq.
Michael.porter@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
Tel. (407) 843-8880
Fax. (407) 244-5690
Notification of electronic filing generated by CM/ECF

Lynda J. Zadra-Symes, Esq.
Lynda.zandra-symes@kmob.com
Lauren K. Katzenellenbogen, Esq.
Lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614
Tel. (949) 760-0404
Fax. (949) 760-9502
Notification of electronic filing generated by CM/ECF

«BOCA:267510_v1/73792-0001»