UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"),

    Plaintiff,

vs.                        Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND YOSEF AMAR;

    Defendants.
_____/

### PLAINTIFF MBC'S NOTICE OF FILING

Plaintiff MBC respectfully submits the attached Affidavit of Service on Defendant DAVID BAKSHT confirming service of process on him by posting on July 15, 2011 followed by mail on July 29, 2011, thus rendering September 19, 2011, as his deadline to answer MBC's First Amended Complaint (Doc. 82). *See* N.Y.C.P.L.R. 308(4) ("[P]roof of such service shall be filed with the clerk of the court designated in the summons within twenty days of either such affixing or mailing, whichever is effected later; service shall be complete ten days after such filing[.]")

Respectfully submitted this 18th day of August, 2011.

                                      /s/ RICHARD E. MITCHELL
                                      RICHARD E. MITCHELL, ESQ.

Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
MICHAEL D. PORTER, ESQ.
Florida Bar No.: 0031149
michael.porter@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida  32801
(407) 843-8880  Telephone
(407) 244-5690  Facsimile

Local Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

– and –

LYNDA J. ZADRA-SYMES, ESQ.
California Bar No.: 156511
lynda.zadra-symes@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California  92614
(949) 760-0404  Telephone
(949) 760-9502  Facsimile

Lead Trial Counsel for Plaintiff,
HANSEN   BEVERAGE   COMPANY   d/b/a
MONSTER BEVERAGE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ **RICHARD E. MITCHELL**
RICHARD E. MITCHELL, ESQ.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
-----------------------------------------------------------X
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY,            Civil Action No. 6:11-CV-329
                                     ORL-22DAB
                Plaintiff(s),
      -against-

CONSOLIDATED DISTRIBUTORS, INC.;
ET AL.,                              **AFFIDAVIT OF SERVICE**

                Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK   )
                    s.s :
COUNTY OF NEW YORK  )

    RANDY BARONA, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the 13th day of July, 2011, at approximately 8:01 p.m., deponent attempted to serve a true copy of the **Summons in a Civil Action and First Amended Complaint for Damages and Injunctive Relief and Demand for Jury Trial together with Exhibits** upon David Baksht a/k/a David Lipsker a/k/a David Bakshet a/k/a D Bakht a/k/a David Bakshet a/k/a DM Schneerson a/k/a Abraham Shneorson at 719 Eastern Parkway, Suite 3, Brooklyn, New York 11213. This is a gated home. The gate was locked, I could not gain access to the front door. I banged on the gate and honked the horn on my car but did not receive an answer.

    That on the 14th day of July, 2011, at approximately 2:48 p.m., deponent attempted to serve a true copy of the **Summons in a Civil Action and First Amended Complaint for Damages and Injunctive Relief and Demand for Jury Trial together with Exhibits** upon David Baksht a/k/a David Lipsker a/k/a David Bakshet a/k/a D Bakht a/k/a David Bakshet a/k/a DM Schneerson a/k/a Abraham Shneorson at 719 Eastern Parkway, Suite 3, Brooklyn, New York 11213. The gate was locked, I could not gain access to the front door. I banged on the gate and honked the horn on my car but did not receive an answer.

That on the 15th day of July, 2011, at approximately 8:02 a.m., deponent attempted to serve a true copy of the **Summons in a Civil Action and First Amended Complaint for Damages and Injunctive Relief and Demand for Jury Trial together with Exhibits** upon David Baksht a/k/a David Lipsker a/k/a David Bakshet a/k/a D Bakht a/k/a David Bakshet a/k/a DM Schneerson a/k/a Abraham Shneorson at 719 Eastern Parkway, Suite 3, Brooklyn, New York 11213. The gate was locked, I could not gain access to the front door. I banged on the gate and honked the horn on my car but did not receive an answer.

That on the 15th day of July, 2011, at approximately 8:02 a.m., deponent served a true copy of the **Summons in a Civil Action and First Amended Complaint for Damages and Injunctive Relief and Demand for Jury Trial together with Exhibits** upon David Baksht a/k/a David Lipsker a/k/a David Bakshet a/k/a D Bakht a/k/a David Bakshet a/k/a DM Schneerson a/k/a Abraham Shneorson at 719 Eastern Parkway, Suite 3, Brooklyn, New York 11213, by personally affixing them in a conspicuous place on the door to the entrance of the premises.

That on the 29th day of July, 2011, in accordance with the New York State Civil Practice Law and Rules (CPLR), Section 308, and the Federal Rules of Civil Procedure, Rule 4(e)(1), copies of which are annexed, deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney, or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**David Baksht**
**a/k/a David Lipsker**
**a/k/a David Bakshet a/k/a D Bakht**
**a/k/a David Bakshet a/k/a DM Schneerson**
**a/k/a Abraham Shneorson**
719 Eastern Parkway, Suite 3
**Brooklyn, New York 11213**

Sworn to before me this
29th day of July, 2011

RANDY BARONA #1000417

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014

(2)

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Orlando Division

| | |
|---|---|
| HANSEN BEVERAGE COMPANY d/b/a MONSTER BEVERAGE COMPANY, *Plaintiff* <br><br> v. <br><br> CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK, INC. et al. *Defendant* | Civil Action No. 6:11-CV-329-ORL-22DAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    David Baksht a/k/a David Lipsker a/k/a David Bakshet
a/k/a D Bakht a/k/a David Bakshet a/k/a DM Schneerson
a/k/a Abraham Shneorson
719 Eastern Parkway, Suite 3
Brooklyn, New York 11213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Richard E. Mitchell, Esq.
    GrayRobinson, P.A.
    Post Office Box 3068
    Orlando, Florida 32802-3068
    (407) 843-8880

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: July 12, 2011

*Signature of Clerk or Deputy Clerk*