**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HANSEN BEVERAGE COMPANY,**
**d/b/a MONSTER BEVERAGE**
**COMPANY,**

Case No. 6:11-CV-329-ORL-22DAB

      Plaintiff,

vs.

**CONSOLIDATED DISTRIBUTORS,**
**INC., METTEMP, INC., JOE COOL,**
**INC., JOE COOL BIKE WEEK INC.,**
**MICHELLE AMAR, YOSEF AMAR,**
**DAVID BAKSHT (a/k/a David Lipsker**
**a/ka David Bakshet a/ka D Bakht**
**a/k/a David Bakshet a/k/a DM**
**Schneerson a/k/a Abraham**
**Shneorson),**

      Defendants.       /

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S**
**DEFAULT AGAINST DEFENDANTS DAVID BAKSHT,**
**CONSOLIDATED DISTRIBUTORS, INC., AND METTEMP, INC.**

Plaintiff HANSEN BEVERAGE COMPANY ("MBC"), pursuant to *Federal Rule of Civil Procedure* 55(a), respectfully moves for entry of a Clerk's Default against Defendants DAVID BAKSHT (a/k/a David Lipsker a/ka David Bakshet a/ka D Bakht a/k/a David Bakshet a/k/a DM Schneerson a/k/a Abraham Shneorson) ("BAKSHT"), CONSOLIDATED DISTRIBUTORS, INC. ("CDI"), and METTEMP, INC. ("METTEMP"), and in support states:

    1.    On March 3, 2011, MBC filed a Complaint against Defendants BAKSHT, CDI, and METTEMP for, among other things, trademark infringement. (Doc. No. 2).

2. On July 8, 2011, MBC filed its Amended Complaint against Defendants BAKSHT, CDI, and METTEMP for, among other things, trademark infringement. (Doc. No. 82). MBC's Amended Complaint names Defendant DAVID BAKSHT with his myriad aliases, which include David Lipsker, David Bakshet, D Bakht, David Bakshet, DM Schneerson and Abraham Shneorson.

3. On July 14, 2011, MBC served Defendants CDI and METTEMP via the Secretary of State.

4. Defendant BAKSHT is a resident of New York, and therefore MBC served Defendant BAKSHT with process pursuant to Rule 4(e)(1), *Federal Rules of Civil Procedure* and Section 308(4), *New York State Civil Practice Law and Rules* by posting on July 15, 2011, followed by mail on July 29, 2011, thus rendering September 19, 2011 as his deadline to answer MBC's Amended Complaint. (Doc. No. 82).

5. On July 28, 2011, MBC filed its Notice of Filing Affidavit of Compliance pertaining to the service of Defendants CDI and METTEMP. (Doc. No. 87).

6. On August 18, 2011, MBC filed its Notice of Filing Affidavit of Service on Defendant BAKSHT. (Doc. No. 89).

7. Defendant BAKSHT's deadline to answer or otherwise respond to MBC's Amended Complaint was September 19, 2011.

8. Defendants CDI and METTEMP's deadline to answer or otherwise respond to MBC's Amended Complaint was August 3, 2011.

9. Defendant BAKSHT failed to timely answer or otherwise respond to MBC's Amended Complaint.

10. Defendants CDI and METTEMP failed to timely answer or otherwise respond to MBC's Amended Complaint.

**WHEREFORE,** MBC respectfully requests the Clerk to enter a Default against Defendants DAVID BAKSHT (a/k/a David Lipsker a/ka David Bakshet a/ka D Bakht a/k/a David Bakshet a/k/a DM Schneerson a/k/a Abraham Shneorson), CONSOLIDATED DISTRIBUTORS, INC., and METTEMP, INC.

Respectfully submitted this 29th day of September, 2011.

**/s/  RICHARD E. MITCHELL**
RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
MICHAEL D. PORTER, ESQ.
Florida Bar No.: 0031149
michael.porter@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida  32801
(407) 843-8880  Telephone
(407) 244-5690  Facsimile

Local Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

– and –

JOHN B. SGANGA, JR., ESQ.
California Bar No.: 116211
John.Sganga@kmob.com
LYNDA J. ZADRA-SYMES, ESQ.
California Bar No.: 156511
lynda.zadra-symes@kmob.com
LAUREN K. KATZENELLENBOGEN, ESQ.

3

        California Bar No.: 223370
        lauren.katzenellenbogen@kmob.com
        KNOBBE, MARTENS, OLSON & BEAR, LLP
        2040 Main Street, Fourteenth Floor
        Irvine, California  92614
        (949) 760-0404  Telephone
        (949) 760-9502  Facsimile

        Lead Trial Counsel for Plaintiff,
        HANSEN BEVERAGE COMPANY d/b/a
        MONSTER BEVERAGE COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of September, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

        **/s/  RICHARD E. MITCHELL**
        RICHARD E. MITCHELL, ESQ.

# 4326260 v1