**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HANSEN BEVERAGE COMPANY d/b/a**
**Monster Beverage Company,**

          **Plaintiff,**

**-vs-**                                           **Case No. 6:11-cv-329-Orl-22DAB**

**CONSOLIDATED DISTRIBUTORS, INC.;**
**METTEMP INC.; JOE COOL INC.; JOE**
**COOL BIKE WEEK INC.; MICHELLE**
**AMAR; YOSEF AMAR; DAVID BAKSHT**
**a/k/a David Lipsker, a/k/a David Bakshet,**
**a/k/a David Bakht, a/k/a DM Shneerson,**
**a/k/a David Shneorson,**

          **Defendants.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR ENTRY OF CLERK'S DEFAULT (Doc. No. 90)**
>
> **FILED:** September 29, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The returns of service indicate that Defendant David Baksht by "posting" and by mail apparently in compliance with New York law (Doc. 89) and Consolidated Distributors, Inc. and Mettemp, Inc. were served through the Secretary of State under Florida law. Doc. 87. Plaintiff has failed to file a memorandum of law in support of the argument that service by "posting" or mail is

effective against an individual in New York, or service on the Florida Secretary of State is effective on a foreign corporation.

**DONE** and **ORDERED** in Orlando, Florida on October 7, 2011.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties