UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"),

    Plaintiff,

vs.                            Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK INC., MICHELLE AMAR, YOSEF AMAR, and DAVID BAKSHT (a/k/a David Lipsker a/k/a David Bakshet a/k/a D Bakht a/k/a David Bakshet a/k/a DM Schneerson a/k/a Abraham Shneorson);

    **Defendants.**
_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Michael D. Porter, Esq. respectfully requests the Court to enter an Order permitting him to withdraw as counsel for Plaintiff HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"), and in support states as follows:

    1.    Pursuant to Local Rule 3.01(g), undersigned counsel conferred with opposing counsel who does not oppose this motion.

    2.    Michael D. Porter, Esq. has accepted a position as a Special Assistant United States Attorney and, as a result, is prohibited from engaging in the private practice of law.

3. The law firm of GrayRobinson, P.A. and Richard E. Mitchell, Esq. shall remain as Local Counsel of Record for Plaintiff HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC") in this action.

**WHEREFORE,** Michael D. Porter, Esq. respectfully requests the Court to enter an Order permitting him to withdraw as counsel for Plaintiff HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"), and directing the Clerk of Court to remove Mr. Porter from the service list in this matter.

Respectfully submitted this 7th day of December, 2011.

**/s/ MICHAEL D. PORTER**
RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
MICHAEL D. PORTER, ESQ.
Florida Bar No.: 0031149
michael.porter@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida  32801
(407) 843-8880  Telephone
(407) 244-5690  Facsimile

Local Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

– and –

JOHN B. SGANGA, JR., ESQ.
California Bar No.: 116211
John.Sganga@kmob.com
LYNDA J. ZADRA-SYMES, ESQ.
California Bar No.: 156511
lynda.zadra-symes@kmob.com

LAUREN K. KATZENELLENBOGEN, ESQ.

California Bar No.: 223370
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California  92614
(949) 760-0404  Telephone
(949) 760-9502  Facsimile

Lead Trial Counsel for Plaintiff,
HANSEN   BEVERAGE   COMPANY   d/b/a
MONSTER BEVERAGE COMPANY

### CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**/s/  MICHAEL D. PORTER**
MICHAEL D. PORTER, ESQ.