UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HANSEN BEVERAGE COMPANY,**
**d/b/a MONSTER BEVERAGE**      Case No. 6:11-CV-329-ORL-22DAB
**COMPANY,**

        **Plaintiff,**

vs.

**CONSOLIDATED DISTRIBUTORS,**
**INC., METTEMP, INC., JOE COOL,**
**INC., JOE COOL BIKE WEEK INC.,**
**DAVID BAKSHT, MICHELLE AMAR,**
**AND YOSEF AMAR,**

        **Defendants.**
_____/

**JOINT MOTION FOR VACATUR OF COURT ORDERS**
**PURSUANT TO SETTLEMENT AGREEMENT**

Pursuant to Fed. R. Civ. P. 60(b), Plaintiff/Counterdefendant HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("Hansen"), and Defendants/Counterclaimants JOE COOL, INC., JOE COOL BIKE WEEK INC., MICHELLE AMAR, and YOSEF AMAR (collectively the "Amar Defendants")[1], respectfully request the Court to render an Order vacating the Court's prior (1) Order of March 30, 2011 denying Hansen's motion for preliminary injunction (Doc. 40), and (2) Order of April 13, 2011 denying Hansen's motion for reconsideration of same

---

[1] Defendants Consolidated Distributors, Inc., Mettemp, Inc., and David Baksht (a/k/a David Bakshet a/k/a David Lipsker a/k/a D M Schneerson a/k/a Abraham Shneorson) (collectively the "Consolidated Defendants") have not yet made an appearance in this action.

(Doc. 52) (hereinafter collectively referred to as "the Preliminary Injunction Orders"), without the Amar Defendants waiving, modifying or changing their prior submitted filings except as expressly agreed in the Parties' Settlement Agreement and the Stipulated Final Consent Judgment filed concurrently herewith, which should be granted for the following reasons:

First, "[o]n motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: . . . (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief."  Fed. R. Civ. P. 60(b).

Second, the balance of equities support vacatur of the Preliminary Injunction Orders because Hansen and the Amar Defendants have agreed to settle this lawsuit on terms permitting injunctive relief.

Third, the Parties have filed a Joint Motion with the Circuit Court of Appeals for the Eleventh Circuit requesting the Court grant the Parties' Joint Motion for Voluntary Dismissal of Appeal with Prejudice, which the Eleventh Circuit granted by Order dated December 8, 2011.[2]  As a result, if this Honorable Court sees fit to grant this requested relief, the Parties' good faith negotiation of resolution would have been fully achieved, although this is not a condition for settlement.

---

[2] Exhibit "A."

Fourth, there is no countervailing equitable reason to deny vacatur in light of this compromise, which precludes any relitigation between Hansen and the Amar Defendants relating to the issues raised in the lawsuit.

Fifth, the public interest weighs in favor of vacating the Preliminary Injunction Orders because the settlement agreement terms require certain actions to alleviate the possibility of any likelihood of consumer confusion in the marketplace that may arise out of the Parties' use of their respective marks. *See, e.g., Augusta Nat'l, Inc. v. Executive Golf Mgmt., Inc.*, 996 F. Supp. 492, 499 (D.S.C. 1998); *Nataliques Cosmetic Corp. v. Salon Sciences Corp.*, 41 U.S.P.Q.2d (BNA) 1995, 1999 (S.D. Fla. 1997).

Sixth, Hansen believes the Preliminary Injunction Orders include language that could be unfairly exploited and used against Hansen (and its counsel) in future cases, and Counsel for Hansen again apologize for the record confusion as there truly was no intent to mislead or misguide the Court in any way.[3]

For these reasons, the Parties respectfully request the Court to render an Order vacating the Court's prior Order of March 30, 2011 (Doc. 40), and Order of April 13, 2011 (Doc. 52).

---

[3] On this note, Hansen respectfully informs the Court that the USPTO recently granted Hansen's registration application for its M Claw mark without the words "Monster Energy" for use on clothing, a true and correct copy of which is attached as Exhibit "B."

Respectfully submitted,

Dated: December 15, 2011    By: **/s/ RICHARD E. MITCHELL**
RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880 Telephone
(407) 244-5690 Facsimile

Local Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

– and –

JOHN B. SGANGA, JR. ESQ.
(Admitted *Pro Hac Vice*)
john.sganga@kmob.com
LYNDA J. ZADRA-SYMES, ESQ.
(Admitted *Pro Hac Vice*)
lynda.zadra-symes@kmob.com
LAUREN K. KATZENELLENBOGEN, ESQ.
(Admitted *Pro Hac Vice*)
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614
(949) 760-0404 Telephone
(949) 760-9502 Facsimile

Lead Trial Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

Dated: December 15, 2011    By: **/s/ ROBERT E. PERSHES**
ROBERT E. PERSHES, ESQ.
Florida Bar No.: 0301906
Roetzel & Andress
350 East Las Olas Boulevard
Las Olas Centre II, Suite 1150
P.O. Box 30310
Fort Lauderdale, FL 33303-0310
Direct Dial No. 954.759.2764

4

Main Phone No.: 954.462.4150
Fax No.:  954.462.4260
Email:  RPershes@ralaw.com

Counsel for Defendants JOE COOL, INC., JOE COOK BIKE WEEK, INC., MICHELLE AMAR, and YOSEF AMAR

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**/s/ RICHARD E. MITCHELL**
RICHARD E. MITCHELL, ESQ.

# Exhibit "A"

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-11856-CC

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 08 2011
JOHN LEY
CLERK

HANSEN BEVERAGE COMPANY,
d.b.a. Monster Beverage Company,

                                          Plaintiff - Counter Defendant - Appellant,

versus

CONSOLIDATED DISTRIBUTORS, INC.,
METTEMP, INC.,
DAVID BAKSHT,

                                          Defendants - Appellees,

JOE COOL, INC.,
JOE COOL BIKE WEEK, INC.,
MICHELLE AMAR,
YOSEF AMAR,

                                          Defendants - Counter Claimants - Appellees.

_____

On Appeal from the United States District Court for the
Middle District of Florida

_____

BEFORE:    EDMONDSON and MARCUS, Circuit Judges.

BY THE COURT:

    The joint motion to dismiss the appeal with prejudice, with the parties to bear their own attorney's fees, appellate fees, and costs, is GRANTED.

Case: 11-11856     Date Filed: 12/08/2011     Page: 1 of 1

# Exhibit "B"

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,051,650**
**Registered Nov. 8, 2011**
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
SUITE 201
550 MONICA CIRCLE
CORONA, CA 92880

FOR: CLOTHING, NAMELY, T-SHIRTS, HOODED SHIRTS AND HOODED SWEATSHIRTS, SWEAT SHIRTS, JACKETS, PANTS, BANDANAS, SWEAT BANDS AND GLOVES; HEADGEAR, NAMELY HATS AND BEANIES , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-24-2002; IN COMMERCE 6-30-2002.

THE MARK CONSISTS OF A STYLIZED LETTER M IN THE FORM OF A CLAW.

SER. NO. 85-094,362, FILED 7-28-2010.

LEIGH LOWRY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office