UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY, d/b/a
MONSTER BEVERAGE COMPANY,

                  Plaintiff,

vs.

CONSOLIDATED DISTRIBUTORS, INC.,
METTEMP, INC., JOE COOL, INC., JOE
COOL BIKE WEEK INC., DAVID BAKSHT,
MICHELLE AMAR, AND YOSEF AMAR,

                  Defendants.

CASE NO.: 6:11-CV-329-ORL-22DAB

_____ /

**NOTICE OF CHANGE OF LAW FIRM ADDRESS**

       PLEASE TAKE NOTICE that as of December 15, 2011, copies of all notices, pleadings,

orders and other matters should be provided to the undersigned attorney in the above referenced

matter at the address set forth below:

                    /s/ Robert E. Pershes_____
                    Robert E. Pershes, Esquire
                    Florida Bar No. 301906
                    **ROETZEL & ANDRESS, LPA**
                    350 Las Olas Blvd.
                    Suite 1150
                    Fort Lauderdale, FL  33301
                    E-mail: rpershes@ralaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 15, 2011, I electronically filed the foregoing document with the Clerk of the Court using *CM/ECF*.  I also certify that the foregoing is being served this day upon all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by *CM/ECF* or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert E. Pershes_____
Robert E. Pershes
Florida Bar No.: 301906

## SERVICE LIST

Richard E. Mitchell, Esq.
GRAY ROBINSON, P.A.
301 East Pine Street
Suite 1400
Orlando, Florida 32801
rick.mitchell@gray-robinson.com
Telephone:      (407) 843-8880
Facsimile:      (407) 244-5690
**Counsel for Plaintiff, Hansen Beverage Company d/b/a Monster Beverage Company**
*Via CMIECF*

John B. Sganga, Jr., Esq.
Lynda J. Zadra-Symes, Esq.
Lauren K. Katzenellenbogen, Esq.
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
14th Floor
Irvine, California 92614
**Counsel for Plaintiff,  Hansen Beverage Company d/b/a Monster Beverage Company**
*Via CMIECF*