# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HANSEN BEVERAGE COMPANY d/b/a Monster Beverage Company,**

               **Plaintiff,**

**-vs-**                                                           Case No.  6:11-cv-329-Orl-22DAB

**CONSOLIDATED DISTRIBUTORS, INC.; METTEMP INC.; JOE COOL  INC.; JOE COOL BIKE WEEK INC.; MICHELLE AMAR; YOSEF AMAR; DAVID BAKSHT a/k/a David Lipsker, a/k/a David Bakshet, a/k/a David Bakht, a/k/a DM Shneerson, a/k/a David Shneorson,**

               **Defendants.**

## ENTRY OF CLERK'S DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendants **DAVID BAKSHT, CONSOLIDATED DISTRIBUTORS, INC.** and **METTEMP INC.** in Orlando, Florida on this 31st day of January, 2012.

                                                          SHERYL L. LOESCH, CLERK

                                                          s/ *C. Houston*
                                                          Deputy Clerk

Copies furnished to:

Counsel of Record