**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"),

    Plaintiff,

vs.                                      Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK INC., MICHELLE AMAR, YOSEF AMAR, and DAVID BAKSHT (a/k/a David Lipsker a/k/a David Bakshet a/k/a D Bakht a/k/a David Bakshet a/k/a DM Schneerson a/k/a Abraham Shneorson);

    **Defendants.**
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE OF COUNT FIVE OF FIRST AMENDED COMPLAINT**

Plaintiff HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY, pursuant to Rule 41(a)(1), *Federal Rules of Civil Procedure,* hereby voluntarily dismisses with prejudice Count Five of its First Amended Complaint for Copyright False Attribution under 17 U.S.C. § 106(A).

Respectfully submitted this 22nd day of February, 2012.

                                                      **/s/ RICHARD E. MITCHELL**
                                                      RICHARD E. MITCHELL, ESQ.
                                                      Florida Bar No.: 0168092
                                                      rick.mitchell@gray-robinson.com
                                                      GRAYROBINSON, P.A.
                                                      301 East Pine Street, Suite 1400
                                                      Orlando, Florida  32801
                                                      (407) 843-8880  Telephone

(407) 244-5690  Facsimile

Local Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

– and –

JOHN B. SGANGA, JR., ESQ.
California Bar No.: 116211
John.Sganga@kmob.com
LYNDA J. ZADRA-SYMES, ESQ.
California Bar No.: 156511
lynda.zadra-symes@kmob.com
LAUREN K. KATZENELLENBOGEN, ESQ.
California Bar No.: 223370
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California  92614
(949) 760-0404  Telephone
(949) 760-9502  Facsimile

Lead Trial Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**/s/  RICHARD E. MITCHELL**
RICHARD E. MITCHELL, ESQ.