# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"),

    Plaintiff,

vs.

CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK INC., MICHELLE AMAR, YOSEF AMAR, and DAVID BAKSHT (a/k/a David Lipsker a/k/a David Bakshet a/k/a D Bakht a/k/a David Bakshet a/k/a DM Schneerson a/k/a Abraham Shneorson);

    Defendants.
_____/

Case No. 6:11-CV-329-ORL-22DAB

## PLAINTIFF MBC'S NOTICE OF CORPORATE NAME CHANGE

PLEASE TAKE NOTICE that Plaintiff Hansen Beverage Company (d/b/a Monster Beverage Company) has changed its name to "Monster Energy Company," effective January 5, 2012, and a true and correct copy of its certificate of amendment, as filed with the Delaware Secretary of State, is attached hereto as Exhibit "A."

Respectfully submitted this 2nd day of April, 2012.

    /s/ RICHARD E. MITCHELL
    RICHARD E. MITCHELL, ESQ.
    Florida Bar No.: 0168092
    rick.mitchell@gray-robinson.com
    GRAYROBINSON, P.A.
    301 East Pine Street, Suite 1400

Orlando, Florida 32801
(407) 843-8880 Telephone
(407) 244-5690 Facsimile

Local Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

– and –

JOHN B. SGANGA, JR., ESQ.
California Bar No.: 116211
John.Sganga@kmob.com
LYNDA J. ZADRA-SYMES, ESQ.
California Bar No.: 156511
lynda.zadra-symes@kmob.com
LAUREN K. KATZENELLENBOGEN, ESQ.
California Bar No.: 223370
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614
(949) 760-0404 Telephone
(949) 760-9502 Facsimile

Lead Trial Counsel for Plaintiff,
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of April, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

    **/s/ RICHARD E. MITCHELL**
    RICHARD E. MITCHELL, ESQ.

# 4814264

# Exhibit "A"



PAGE 1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "HANSEN BEVERAGE COMPANY", CHANGING ITS NAME FROM "HANSEN BEVERAGE COMPANY" TO "MONSTER ENERGY COMPANY", FILED IN THIS OFFICE ON THE FIFTH DAY OF JANUARY, A.D. 2012, AT 4:30 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

2300067  8100

120016509

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 9276649

DATE: 01-05-12

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 04:35 PM 01/05/2012*
*FILED 04:30 PM 01/05/2012*
*SRV 120016509 - 2300067 FILE*

**CERTIFICATE OF AMENDMENT
OF
CERTIFICATE OF INCORPORATION
OF
HANSEN BEVERAGE COMPANY**

**Under Section 242 of the
Delaware General Corporation Law**

We, the undersigned, being Chief Executive Officer and President of Hansen Beverage Company, a corporation existing under the laws of the State of Delaware, do hereby certify as follows:

  FIRST:  The name of the Corporation is Hansen Beverage Company.

  SECOND:  The amendment to the certificate of incorporation effected by this Certificate is as follows:

  (1)  To delete ARTICLE I of the certificate of incorporation and substitute in lieu thereof the following new ARTICLE I:

  "The name of the Corporation is: Monster Energy Company."

  THIRD:  The amendment of the certificate of incorporation herein certified has been duly adopted in accordance with the provisions of Section 242 and 141(f) of the General Corporation Law of the State of Delaware.

*[Remainder of page left blank intentionally]*

IN WITNESS THEREOF, we have signed this Certificate this 5th day of January, 2012.

_____
Rodney C. Sacks, Chief Executive Officer

Attest:

_____
Hilton H. Schlosberg, President