Hansen vs Consolidated, et al Declaration

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY,
d/b/a MONSTER BEVERAGE
COMPANY,

Case No. 6:11-CV-329-ORL-22DAB

Plaintiff,

vs.

CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC., JOE COOL,
INC., JOE COOL BIKE WEEK INC.,
MICHELLE AMAR, YOSEF AMAR,
DAVID BAKSHT (a/k/a David Lipsker
a/ka David Bakshet a/ka D Bakht a/k/a
David Bakshet a/k/a DM Schneerson
a/k/a Abraham Shneorson),

Defendants.
_____/

## DECLARATION OF ROBERT E. PERSHES

1. My name is Robert E. Pershes and I am over the age of eighteen (18) and competent to execute this declaration.

2. I am a partner with the law firm of Roetzel & Andress, which I joined on November 14, 2011. Prior to that, I was a partner with the law firm of Buckingham, Doolittle & Burroughs, LLP. I have practiced law for over 30 years and am in good standing with the Florida State Bar. I hereby testify that the following statements are true and correct based on my own personal knowledge.

3. I was counsel of record for Defendants JOE COOL, INC., JOE COOL BIKE WEEK INC., MICHELLE AMAR, and YOSEF AMAR ("Amar Defendants") in this case.

1

Hansen vs Consolidated, et al Declaration

4. On or about March 15, 2011, I was retained only by the Amar Defendants to represent them in this case.

5. I was not retained by and have never represented Defendants Consolidated Distributors Inc., Mettempt Inc., and/or David Baksht (a/k/a David Lipsker) in this case or any other case. Nor have I ever represented any entity called the National Trademark Center in this case or any other case.

6. At no point in time did I make any representations to anyone, including but not limited to David Baksht (a/k/a David Lipsker), that I, or my firm, was representing Defendants Consolidated Distributors Inc., Mettempt Inc., and/or David Baksht (a/k/a David Lipsker), or National Trademark Center, in this case or any other case.

7. Attached hereto as Exhibit "1" is a true and correct copy the Assignment Agreement signed by Yosef Amar as an individual and on behalf of Joe Cool Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 26th day of March 2012 at Boca Raton Florida.

_____
ROBERT E. PERSHES, ESQ.

## ASSIGNMENT AGREEMENT

This Assignment Agreement is between Yosef Amar, an individual having a business address at 1052 N. Beach Street, Holly Hill, Florida, 32117 and Joe Cool, Inc., a corporation duly organized and existing under the laws of Florida, having a principal place of business at 1052 N. Beach Street, Holly Hill, Florida, 32117 (collectively "Assignors"), and Hansen Beverage Company, a corporation duly organized and existing under the laws of California, having a principal place of business at 550 Monica Circle, Suite 201, Corona, California 92880 (hereinafter "Assignee").

WHEREAS, Assignor, Joe Cool, Inc., has used, and is using the marks: [image], "Wildwood," "Design of 3 Drooping Green Lines On Angle," "Daytona Beach & Design Of 3 Drooping Green Lines," and "Florida and Design Of 3 Drooping Lines" (collectively "3DL marks");

WHEREAS, the 3DL marks are registered in New Jersey and Florida as follows (hereinafter "Registrations"):

| Mark | State | Registration No. | Registration Date |
|---|---|---|---|
| 1) Wildwood | New Jersey | TM23557 | September 29, 2010 |
| 2) Design of 3 Drooping Green Lines On Angle | Florida | T10000001063 | October 7, 2010 |
| 3) Daytona Beach & Design Of 3 Drooping Green Lines | Florida | T10000000884 | August 9, 2010 |
| 4) Florida and Design Of 3 Drooping Lines | Florida | T100000001102 | October 21, 2010 |

WHEREAS, Assignors, Yosef Amar and Joe Cool, Inc., claim no interest in the 3DL marks registrations as Consolidated Distributors, Inc. owns these registrations, but

Exhibit "1"

Joe Cool, Inc., may have acquired rights in the 3DL marks including, but not limited to, common law rights, trade name rights, copyrights, and the right to recover for past infringement in the United States;

WHEREAS, Assignor, Yosef Amar, signed registrations listed above as 1, 2 and 4, and his name appears on 3, relating to the 3DL marks now registered in the states of New Jersey and Florida as an officer of Consolidated Distributors, Inc., but he is no longer associated with Consolidated nor has authority to sign on its behalf;

WHEREAS, Assignor's name, Yosef Amar, appeared in the following pending application relating to the 3DL marks which is pending in the United States (hereinafter "Application") as an officer of Consolidated Distributors, Inc., but he is no longer associated with Consolidated nor has authority to sign on its behalf:

| Mark | Country | Serial No. | Filing Date |
|---|---|---|---|
| 5) | US | 85080820 | July 8, 2010 |

WHEREAS, Assignors, Yosef Amar and Joe Cool, Inc. do not claim any rights, title, or interest in any registrations or applications of Consolidated Distributors, Inc., or Mettemp, Inc., known or unknown, in connection with the 3DL marks, but hereby agree to assign any and all rights, title or interest that may be construed to be that of Yosef Amar or Joe Cool, Inc. to assignee; Assignors, Yosef Amar and Joe Cool, Inc., to the best of their present knowledge and belief, were not involved with, nor know of their names appearing in any other registrations or applications, and are not aware of any registrations or applications, other than those listed above, and possibly state filings within Georgia, South Carolina, North Carolina and Virginia, for the 3DL marks or for any mark including the following design: ; and Assignors, Yosef Amar and Joe Cool, Inc., agree upon Assignee Hansen's request with reasonable notice to execute any additional assignments in favor of Assignee Hansen for any other discovered

registrations or applications including the 3DL marks or any mark including the following design [design image] or any design confusingly similar thereto.

WHEREAS, Assignee is desirous of acquiring all right, title and interest in and to said 3DL marks, Registrations and pending Application in the United States;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignors, Joe Cool, Inc. and Yosef Amar, do hereby assign unto Assignee any and all rights, title and interest, in any registrations, applications or pending applications, known or unknown (inclusive of those registrations, possible registrations and applications contained herein), as well as in the above-identified 3DL marks and design, the Registrations and pending Applications to the extent ownership or any other interest may have been acquired by Assignors, together with all common law rights and the goodwill symbolized by said 3DL marks, Registrations and Applications which may have been acquired by Assignors, concurrent with the transfer of certain tangible assets as indicia of said goodwill.

THE ASSIGNORS agree to execute, upon Assignee Hansen's request with reasonable notice, any documents consistent with the statements herein which are necessary to effect a transfer of title to the Assignee of Assignor's interest, if any, in said registrations, applications and pending applications referenced herein.

ASSIGNOR: Joe Cool, Inc.
By: _____
Printed Name: Yosef Amar
Title: President
Date: 10/25/11

ASSIGNOR: Yosef Amar
By: _____
Date: 10/25/11

STATE OF FLORIDA	}
			} ss.
COUNTY OF Volusia	}

*post Amy, individually as President of JXE Corp, Inc.*

On 10/25/2011 before me, Jennifer Gaddy, notary public, personally appeared *who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[SEAL]

*JENNIFER C GADDY*
*Notary Public - State of Florida*
*My Comm. Expires Jun 30, 2013*
*Commission # DD 894216*
*Bonded Through National Notary Assn.*

_____
Notary Signature

ASSIGNEE
By: _____
Printed Name: _____
Title: _____
Date: _____

TF-5

11950530
092011

\1476055 - # 4328138 v1