# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HANSEN BEVERAGE COMPANY d/b/a Monster Beverage Company,**

      **Plaintiff,**

**-vs-**                                                             **Case No. 6:11-cv-329-Orl-22DAB**

**CONSOLIDATED DISTRIBUTORS, INC.; METTEMP, INC.; and DAVID BAKSHT a/k/a David Lipsker, a/k/a David Bakshet, a/k/a David Bakht, a/k/a DM Shneerson, a/k/a David Shneorson,**

      **Defendants.**

_____

## ORDER

Upon the Court's review of this case, it is ORDERED as follows:

1. Defendants Consolidated Distributors, Inc. and David Baksht's Motion to Set Aside the Clerk's Entry of Default (Doc. No. 110), filed on March 16, 2012, is GRANTED.

Given the strong policy of resolving lawsuits on their merits and the collective circumstances here - the evidence presented by the movants regarding their efforts to retain co-defendants' counsel, their presentation of potentially meritorious defenses, the nature of the claims asserted against the movants, and the absence of any real prejudice to Plaintiff - the Court determines that these Defendants have demonstrated good cause for setting aside the default entered against them.

2. The clerk's default entered on January 31, 2012 (Doc. No. 105) is hereby SET ASIDE as to Defendants Consolidated Distributors, Inc. and David Baksht.[1] However, the clerk's default shall remain in place as to Defendant Mettemp, Inc.

3. Plaintiff Hansen Beverage Company's Motion for Entry of Final Default Judgment (Doc. No. 112), filed on March 16, 2012, is DENIED.

The Court's ruling setting aside the clerk's default against Defendants Consolidated Distributors, Inc. and David Baksht MOOTS the motion as to those Defendants.

The motion is DENIED insofar as it seeks to reduce the previously-entered clerk's default against Defendant Mettemp, Inc. to a final default judgment. Presumably, Plaintiff seeks to hold Consolidated Distributors, Inc., David Baksht and Mettemp, Inc. jointly and severally liable on the claims asserted this lawsuit. At the very least, all three Defendants are similarly situated. Now that Consolidated Distributors, Inc. and David Baksht are actively defending this lawsuit, the risk of inconsistent judgments among the three remaining parties counsels against entering a default judgment against Mettemp, Inc. at this time.

4. The Court will enter a separate Case Management and Scheduling Order establishing a short discovery period, an early dispositive motions deadline, and an accelerated trial date. The Court expects counsel and the parties to cooperate fully with each other during the discovery process.

---

[1] The movants filed an answer on March 16, 2012, the same day they filed their motion to set aside the default. (Doc. No. 109.)

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 25, 2012.

Copies furnished to:
Counsel of Record
Unrepresented Party

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge