UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY, d/b/a
MONSTER BEVERAGE COMPANY
("MBC"),

      Plaintiff,

vs.

CONSOLIDATED DISTRIBUTORS, INC.,
METTEMP, INC., JOE COOL,INC., JOE
COOL BIKE WEEK INC., DAVID BAKSHT,
MICHELLE AMAR, AND YOSEF AMAR;

      Defendants.

Case No. 6:11-CV-329-ORL-22DAB

**DEFENDANTS CONSOLIDATED DISTRIBUTORS, INC. AND DAVID BAKSHT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendants DAVID BAKSHT and CONSOLIDATED DISTRIBUTORS, INC. ("CDI"), pursuant to the Court's Case Management and Scheduling Order, entered April 25, 2012 and Rule 7.1 of the Federal Rules of Civil Procedure, hereby file the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party.

    A. MONSTER ENERGY COMPANY, Plaintiff;

    B. Knobbe Martens Olson & Bear, LLP, Lead Trial Counsel for Plaintiff;

    C. Lynda Zadra-Symes, Lead Trial Counsel for Plaintiff;

    D. Lauren K. Katzenellenbogen, Lead Trial Counsel for Plaintiff;

    E. John B. Sganga, for Plaintiff/Counterdefendant;

    F. GrayRobinson, P.A., Local Counsel for Plaintiff;

    G. Richard E. Mitchell, Local Counsel for Plaintiff;

    H. CONSOLIDATED DISTRIBUTORS, INC., Defendant;

    I. METTEMP, INC., Defendant; and

    J. DAVID BAKSHT, Defendant.

    K. Moshe Mortner, Lead Trial Counsel for CDI and Baksht

    L. The Mortner Law Offices, Counsel for CDI and Baksht

    M. Peter J. Mackey, Local Counsel for CDI and Baksht

    N. Kristina H. Snyderman, Local Counsel for CDI and Baksht

    O. Mackey Law Group, PA, Local Counsel for CDI and Baksht

  2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

  3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    A. MICHELLE AMAR, Terminated Defendant;

    B. YOSEF AMAR, Terminated Defendant;

    C. JOE COOL, INC., Terminated Defendant;

    D. JOE COOL BIKE WEEK, INC., Terminated Defendant

    E. Robert E. Pershes, counsel for Terminated Defendants

    F. RODNEY SACKS, Corporate Officer for Plaintiff

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    A. MICHELLE AMAR, Defendant;

    B. YOSEF AMAR, Defendant;

    C. JOE COOL, INC., Defendant;

    D. JOE COOL BIKE WEEK, INC., Defendant

    E. CONSOLIDATED DISTRIBUTORS, INC., Defendant;

    F. DAVID BAKSHT, Defendant.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this first day of May, 2012.

        _/s/ Moshe Mortner_

MOSHE MORTNER, ESQ.
New York Bar No.: 2085801
mm@mortnerlaw.com
The Mortner Law Offices
40 Wall Street, 28th Floor
New York, NY 10005
646-820-8770 Telephone
646-304-3169 Facsimile
Lead Counsel for Defendants,
CONSOLIDATED DISTRIBUTORS, INC.
and
DAVID BAKSHT

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

MOSHE MORTNER, ESQ.
New York Bar No.: 2085801
mm@mortnerlaw.com
The Mortner Law Offices
40 Wall Street, 28th Floor
New York, NY 10005
646-820-8770 Telephone
646-304-3169 Facsimile
Lead Counsel for Defendants,
CONSOLIDATED DISTRIBUTORS, INC.
and
DAVID BAKSHT