**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MONSTER ENERGY COMPANY, f/k/a
HANSEN BEVERAGE COMPANY,      Case No. 6:11-CV-329-ORL-22DAB
d/b/a MONSTER BEVERAGE
COMPANY,

           Plaintiff,

vs.

CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC., and DAVID
BAKSHT (a/k/a David Lipsker a/ka
David Bakshet a/ka D Bakht a/k/a
David Bakshet a/k/a DM Schneerson
a/k/a Abraham Shneorson),

           Defendants.
_____/

### PLAINTIFF'S MOTION FOR PRO HAC VICE ADMISSION
### OF ATTORNEY PAUL A. STEWART

Plaintiff MONSTER ENERGY COMPANY, f/k/a HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("Plaintiff") respectfully requests the Court to render an Order admitting *pro hac vice* attorney Paul A. Stewart, Esq., and in support states:

     1.     Pursuant to Local Rule 3.01(g), Counsel for Plaintiff conferred in good faith with Counsel for Defendants and was advised that Defendants consent to the relief requested herein**.**

     2.     On May 22, 2012, Mr. Stewart paid the $10.00 registration fee and filed a Special Admission Attorney Certification form.

3. Concurrent herewith, Mr. Stewart has filed a Notice of Special Appearance of Non-Resident Attorney and Designation of Local Counsel under Local Rule 2.02.

4. Mr. Stewart is a member in good standing of the Bar of the State of California, the United States Supreme Court, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Northern District of California, the United States District Court for the Central District of California, the United States District Court for the Southern District of California, and the United States District Court for the Eastern District of California.. *See* Mr. Stewart's Special Appearance of Non-Resident Attorney and Designation of Local Counsel.

5. If this motion is granted, Mr. Stewart will promptly register on-line for the Court's CM/ECF system and complete the requisite tutorials within whatever time period specified by the Court.

6. Pursuant to Local Rule 2.02(a) and the Special Appearance of Non-Resident Attorney and Designations of Local Counsel filed by Paul Stewart, Esq., this shall also serve as the written designation and consent to act for local counsel admitted to this Court. The undersigned hereby consents to his designation as Local Counsel and understands his obligations pursuant to Local Rule 2.02(a)(1) of the United States District Court, Middle District of Florida.

WHEREFORE, Plaintiff respectfully requests the Court to render an Order admitting *pro hac vice* attorney Paul A. Stewart.

                              Respectfully submitted,

Dated: May 22, 2012          By: /s/ Richard E. Mitchell
                                     RICHARD E. MITCHELL, ESQ.
                                     Florida Bar No.: 0168092
                                     rick.mitchell@gray-robinson.com
                                     GRAYROBINSON, P.A.
                                     301 East Pine Street, Suite 1400
                                     Orlando, Florida 32801
                                     (407) 843-8880 Telephone
                                     (407) 244-5690 Facsimile

                                     Local Counsel for Plaintiff,
                                     MONTER ENERGY COMPANY f/k/a
                                     HANSEN BEVERAGE COMPANY d/b/a
                                     MONSTER BEVERAGE COMPANY

                                          – and –

                                     JOHN B. SGANGA, JR. ESQ.
                                     (Admitted *Pro Hac Vice*)
                                     john.sganga@kmob.com
                                     LYNDA J. ZADRA-SYMES, ESQ.
                                     (Admitted *Pro Hac Vice*)
                                     lynda.zadra-symes@kmob.com
                                     LAUREN K. KATZENELLENBOGEN, ESQ.
                                     (Admitted *Pro Hac Vice*)
                                     lauren.katzenellenbogen@kmob.com
                                     KNOBBE, MARTENS, OLSON & BEAR, LLP
                                     2040 Main Street, Fourteenth Floor
                                     Irvine, California 92614
                                     (949) 760-0404 Telephone
                                     (949) 760-9502 Facsimile

                                     Lead Trial Counsel for Plaintiff,
                                     MONTER ENERGY COMPANY f/k/a
                                     HANSEN BEVERAGE COMPANY d/b/a
                                     MONSTER BEVERAGE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Richard E. Mitchell
RICHARD E. MITCHELL, ESQ.

# 4956777 v1