UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HANSEN BEVERAGE COMPANY,**

          **Plaintiff,**

**v.**                                       **Case No:  6:11-cv-329-Orl-22DAB**

**CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC. and DAVID
BAKSHT,**

          **Defendants.**
_____/

## ORDER

This cause comes before the Court *sua sponte*.  After reviewing the Plaintiff's Response in Opposition to Defendant Consolidated Distributors, Inc.'s Motion for Leave to File Second Amended Counterclaims, and Request for Oral Argument (Doc. No. 134), the Court has determined that the Defendant shall file a reply to the issues raised in Plaintiff's Response (Doc. No. 134), if it can do so consistent with *Federal Rule of Civil Procedure* 11.

Therefore, it is **ORDERED** that by June 11, 2012, Defendant shall file a reply to Plaintiff's Response (Doc. No. 134), consistent with *Federal Rule of Civil Procedure* 11.

**DONE** and **ORDERED** in Orlando, Florida on May 30, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties