# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HANSEN BEVERAGE COMPANY**
d/b/a Monster Beverage Company,

                Plaintiff,

-vs-                                                                      Case No.  6:11-cv-329-Orl-22DAB

**CONSOLIDATED DISTRIBUTORS, INC.**
and **DAVID BAKSHT,**

                Defendants.

| JUDGE: | Anne C. Conway<br>U.S. District Judge | DATE: | June 26, 2012/11:44am-12:40pm |
|---|---|---|---|
| DEPUTY CLERK: | Sara Riddle | COURT REPORTER: | Sandy Tremel |
| COUNSEL FOR PLTF.(S): | Richard Wells<br>John Sganga<br>Charles Wells | COUNSEL FOR DEFT.(S): | Moshe Mortner |

## CLERK'S MINUTES
### MOTION TO AMEND COUNTERCLAIM (Doc. # 127)

11:46-Atty Mortner presented argument on behalf of Consolidated Distributors.

12:06-Charles Wells responded on behalf of Hansen Beverage.

12:25- Atty Sganga continued argument on behalf Hansen Beverage.

12:30- Atty Mortner rebuttal.

12:40- Written Order forthcoming.  Court adjourned.