**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MONSTER ENERGY COMPANY, f/k/a HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY,<br><br>                 Plaintiff,<br><br>vs.<br><br>CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., and DAVID BAKSHT (a/k/a David Lipsker a/k/a David Bakshet a/k/a D Bakht a/k/a DM Schneerson a/k/a Abraham Shneorson),<br><br>                 Defendants.<br>_____ / | Case No. 6:11-CV-329-ORL-22DAB |

**DECLARATION OF LAUREN KELLER KATZENELLENBOGEN IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL THE DEPOSITIONS OF DAVID BAKSHT, CONSOLIDATED DISTRIBUTORS, INC., AND MENACHEM SCHNEORSON**

I, Lauren Keller Katzenellenbogen, declare as follows:

1. My name is Lauren Keller Katzenellenbogen. I am over the age of eighteen (18) and competent to execute this Declaration, and the following statements are true and correct based on my personal knowledge or information transmitted to me from records made at or near the time of the transactions referenced therein by person(s) with personal knowledge thereof.

1

2. I am a partner with the law firm Knobbe Martens Olson & Bear LLP. I serve as counsel in this case for Plaintiff Monster Energy Company, f/k/a Hansen Beverage Company d/b/a Monster Beverage Company ("MEC").

3. Attached hereto as **Exhibit 1** is a true and correct copy of a Notice of Deposition of Defendant David Baksht. As indicated in the attached Proof of Service, the Notice was served on July 11, 2012.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a letter dated July 24, 2012 from Mr. Baksht's counsel, Moshe Mortner, sent to my partner, Paul Stewart.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an email Mr. Stewart sent to Mr. Mortner on August 2, 2012.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email Mr. Stewart sent to Mr. Mortner on August 3, 2012.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an email Mr. Stewart sent to Mr. Mortner on August 6, 2012.

8. Attached hereto as **Exhibit 6** is a true and correct copy of an email Mr. Stewart received from Mr. Mortner on August 7, 2012.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an email Mr. Stewart sent to Mr. Mortner on August 7, 2012.

10. Attached hereto as **Exhibit 8** is a true and correct copy of an email sent by my partner, John Sganga, to Mr. Mortner on August 7, 2012.

11. Attached hereto as **Exhibit 9** is a true and correct copy of an email Mr. Sganga received from Mr. Mortner on August 8, 2012.

12. Attached hereto as **Exhibit 10** is a true and correct copy of an email Mr. Stewart received from Mr. Mortner on August 10, 2012.

13. Attached hereto as **Exhibit 11** is a true and correct copy of an email Mr. Stewart received from Mr. Mortner on August 20, 2012.

14. Attached hereto as **Exhibit 12** is a true and correct copy of an email Mr. Stewart sent to Mr. Mortner on August 21, 2012.

15. Attached hereto as **Exhibit 13** is a true and correct copy of an email Mr. Stewart received from Mr. Mortner on August 22, 2012.

16. Attached hereto as **Exhibit 14** is a true and correct copy of an email Mr. Stewart received from Mr. Mortner on August 23, 2012.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a Notice of Deposition of Defendant Consolidated Distributors, Inc. As indicated in the attached Proof of Service, the Notice was served on July 11, 2012.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a Notice of Deposition of Menachem Schneorson. As indicated in the attached Proof of Service, the Notice was served on July 11, 2012.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a letter Mr. Stewart received from Mr. Mortner on August 3, 2012.

20. Attached hereto as **Exhibit 18** is a true and correct copy of the Second Amended Notice of Deposition of Defendant Consolidated Distributors, Inc. As indicated in the attached Proof of Service, the Notice was served on August 8, 2012.

21. Attached hereto as **Exhibit 19** is a true and correct copy of a Second Amended Notice of Deposition of Menachem Schneorson. As indicated in the attached Proof of Service, the Notice was served on August 8, 2012.

22. Attached hereto as **Exhibit 20** is a true and correct copy of an email Mr. Sganga sent to Mr. Mortner on August 20, 2012.

23. Attached hereto as **Exhibit 21** is a true and correct copy of a letter Mr. Stewart received from Mr. Mortner on August 22, 2012.

24. Attached hereto as **Exhibit 22** is a true and correct copy of a Motion to Compel filed by defendants in *M & B Beverage Corporation v. New York New York Hotel & Casino, LLC*, Case No. 96-2481-CIV-MORENO (S.D. Fla.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of August, 2012 at Irvine, California.


       /s/ *Lauren Keller Katzenellenbogen*
       Lauren Keller Katzenellenbogen

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                           /s/ *Lauren Keller Katzenellenbogen*
                                           Lauren Keller Katzenellenbogen