UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY d/b/a
Monster Beverage Company,

Plaintiff,

-vs-  Case No. 6:11-cv-329-Orl-22DAB

CONSOLIDATED DISTRIBUTORS, INC.;
METTEMP INC.; JOE COOL INC.; JOE
COOL BIKE WEEK INC.; MICHELLE
AMAR; YOSEF AMAR; DAVID BAKSHT
a/k/a David Lipsker, a/k/a David Bakshet,
a/k/a David Bakht, a/k/a DM Shneerson,
a/k/a David Shneorson,

Defendants.

| JUDGE | David A. Baker | DATE AND TIME | September 4, 2012 10:00-11:00 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | digital |
| COUNSEL/PLTF. | John B. Sganga, Jr. Charlie Wells Rick Mitchell | COUNSEL/DEFT. | Moslie Mortner |

CLERK'S MINUTES
DISCOVERY MOTION HEARING

Case called, appearances taken
Procedural setting by Court
Plaintiff addresses scheduling of depositions, motion for protective order, and outstanding issues
Defense responds
Plaintiff comments
Court makes rulings and will issue order