**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HANSEN BEVERAGE COMPANY d/b/a**
**Monster Beverage Company,**

                **Plaintiff,**

**-vs-**                                    Case No. 6:11-cv-329-Orl-22DAB

**CONSOLIDATED DISTRIBUTORS, INC.;**
**METTEMP INC.; JOE COOL INC.; JOE**
**COOL BIKE WEEK INC.; MICHELLE**
**AMAR; YOSEF AMAR; DAVID BAKSHT**
**a/k/a David Lipsker, a/k/a David Bakshet,**
**a/k/a David Bakht, a/k/a DM Shneerson,**
**a/k/a David Shneorson,**

                **Defendants.**
_____

## ORDER

This cause came on for consideration with oral argument[1] on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO DISQUALIFY PLAINTIFF'S EXPERT, LESLIE LOTT, ESQ. (Doc. No. 143)** |
| **FILED:** | August 16, 2012 |

**THEREON** it is **ORDERED** that the motion is **DENIED**. Lott's work in prior cases is not related to the current case. Decisions regarding the relevance of Lott's opinions to the substance of the case and other issues of admissibility are reserved to the presiding District Judge.

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS AND PRODUCTION OF DOCUMENTS (Doc. No. 144)** |
| **FILED:** | August 17, 2012 |

**THEREON** it is **ORDERED** that the motion is **DENIED as moot.**

---

[1] A hearing was held on September 4, 2012.

| | |
|---|---|
| **MOTION:** | **MOTION TO EXTEND TIME FOR DISCOVERY, DISPOSITIVE MOTIONS AND DAUBERT MOTION DEADLINES AND FOR LEAVE TO TAKE MORE THAN TEN DEPOSITIONS (Doc. No. 145)** |
| **FILED:** | August 20, 2012 |

**THEREON** it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**. Discovery is extended until September 24, 2012; the dispositive motion and *Daubert* motion deadlines are **NOT extended** and remain October 1, 2012. To the extent Plaintiff seeks to depose more than the ten witnesses allowed under the Rules, the motion is **DENIED**.

| | |
|---|---|
| **MOTION:** | **MOTION FOR PROTECTIVE ORDER (Doc. No. 148)** |
| **FILED:** | August 23, 2012 |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

| | |
|---|---|
| **MOTION:** | **MOTION TO COMPEL THE DEPOSITIONS OF DAVID BAKSHT, CONSOLIDATED DISTRIBUTORS, INC., AND MENACHEM SCHNEORSON (Doc. No. 150)** |
| **FILED:** | August 28, 2012 |

**THEREON** it is **ORDERED** that the motion is **GRANTED** to the extent not moot. David Baksht will be deposed by September 24, 2012 as set forth below.

Rule 37(b)(2) provides a range of sanctions that a district court may impose upon parties and their attorneys for failure to comply with the court's discovery orders. It provides that the court, in its discretion, may impose, among others, the following sanctions: (1) the court may order that disputed facts related to the violated order be considered established in accordance with the claim of the party obtaining the sanctions order; (2) the court may refuse to permit the violating party to raise certain defenses, or it may prohibit that party from opposing certain claims or defenses of the party obtaining the sanctions order; (3) the court may strike any pleadings or any parts of the pleadings of the violating party, stay the proceedings, or even dismiss the action or render a judgment of default against the violating party; and

(4) the court may treat the violation as contempt of court and (5) the court may assess reasonable attorney's fees and expenses. FED. R. CIV. P. 37(b)(2).

Defendant David Baksht is **ORDERED** to appear for his deposition by September 24, 2012 or **be subject to having sanctions – including striking his Answer and having default entered against him – for failing to comply with the Court's discovery order.**

**DONE** and **ORDERED** in Orlando, Florida on September 4, 2012.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record