UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MONSTER ENERGY COMPANY, f/k/a
HANSEN BEVERAGE COMPANY, d/b/a
MONSTER BEVERAGE COMPANY,

Case No. 6:11-CV-329-ORL-22DAB

Plaintiff,

vs.

CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC., and DAVID
BAKSHT (a/k/a David Lipsker a/k/a David
Bakshet a/k/a D Bakht a/k/a DM
Schneerson a/k/a Abraham Shneorson),

Defendants.      /

**DECLARATION OF RODNEY SACKS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON PRIORITY AND DEFENDANT'S COUNTERCLAIMS**

I, Rodney Sacks, declare as follows:

1. I am the chairman and chief executive of Monster Energy Company ("MEC"). I am over the age of eighteen (18) and competent to execute this Declaration, and the following statements are true and correct based on my personal knowledge or information transmitted to me from records made at or near the time of the transactions referenced therein by person(s) with personal knowledge thereof.

2. MEC is in the business of designing, creating, developing, marketing, and selling beverages such as sodas, fruit juices, energy and sports drinks, smoothies, lemonades, and iced teas. Since 1990, I have acted as and continue to act as the Chairman and Chief Executive Officer of MEC. In that capacity, I am responsible for, and am actively involved,

1

on a full time basis (both directly and indirectly), in all aspects of the business including, but not limited to, product and business development, operations of the business, pricing, packaging, marketing, promoting, and distributing the company's products. I am intimately involved in all business decisions relating to the development of new products, the launching and sale thereof, including marketing, as well as expansion plans and overall U.S. and international growth strategy for MEC.

3. MEC's brands are well-known throughout the United States and internationally, including its MONSTER™ brand and its famous ![M Claw logo] ("M Claw") Trademark used in connection its MONSTER ENERGY® line of beverages. MEC began using the M Claw Trademark in 2002 when it launched its MONSTER ENERGY® line of drinks, and has continued to use the M Claw Trademark in connection with all of its MONSTER ENERGY® line of drinks since that time. The M Claw Trademark has developed into a famous identifier of MEC's high quality MONSTER ENERGY® line of beverages. All of MEC's MONSTER ENERGY® drinks prominently bear the M Claw Trademark.

4. In conjunction with the launch of its MONSTER ENERGY® line of drinks, since 2002 MEC has continuously used its M Claw Trademark in connection with t-shirts and other clothing items. MEC also has licensed third parties to produce and market t-shirts and other clothing bearing the M Claw Trademark. Examples of clothing bearing MEC's M Claw Trademark, marketed by MEC and/or its licensees are shown below.



5.     As part of MEC's normal course of business, the sales and licensing of clothing bearing the M Claw Trademark is tracked. This clothing reaches the public through several distribution channels. First, clothing, including t-shirts, bearing the M Claw Trademark is sold directly to consumers at MEC's online Monster Army store, available at

www.monsterarmy.com. Second, clothing, including t-shirts, bearing the M Claw Trademark is transferred to consumers through a loyalty program called Monster Gear. Under the Monster Gear program, consumers can obtain free M Claw clothing by sending in the pop-top tabs from Monster Energy beverages. Consumers can access the Monster Gear program at the website gear.monsterenergy.com. Third, M Claw clothing is given away to consumers by MEC's "ambassador teams" who are engaged to provide products samples to consumers. These giveaways are used to promote the MONSTER brand. Fourth, M Claw clothing is provided to MEC's nationwide and international network of distributors so that the distributor employees can be seen wearing the clothing and the distributors can use the clothing to promote the MONSTER brand by offering the clothing to retailers as a premium. MEC invoices its distributors for these clothing items, although the clothing is often provided at a discounted value. The price charged to the distributor is generally recorded against promotional expenses incurred by us, incidental to the sale of our MONSTER brand energy drinks. Fifth, MEC licenses certain third parties to use the M Claw Trademark on clothing, including t-shirts, and related items, such as stickers. These licensees sell M Claw apparel at various locations, such as at sporting events and at nationwide retailers, including, but not limited to, Pac Sun, Tilly's, Jack's, Zumiez's, and Zappos. These third party licensees generate royalty revenue for MEC, or in the case of athletes or events sponsored by MEC, the sponsorship fee paid by MEC to the athlete or event promoter may be reduced if MEC grants the athlete or event promoter the right to sell clothing items at the events in which the athlete competes or that the promoter runs. MEC's apparel bearing its M Claw Trademark is marketed to consumers throughout the United States in all 50 states.

6. MEC is the owner of numerous trademark registrations that incorporate the M Claw as the dominant element. These are listed below.

| MARK | REGISTRATION NUMBER | CLASSE(ES): GOODS/SERVICES | APPL. DATE | REG. DATE |
|---|---|---|---|---|
| (M Claw logo) | 2903214 | 32: Drinks, namely, carbonated soft drinks, carbonated drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated and non-carbonated energy or sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not. | 05/07/2003 | 11/16/2004 |
| (M Claw logo with MONSTER ENERGY) | 3134841 | 32: Beverages, namely, carbonated soft drinks, carbonated soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated and non-carbonated energy and sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, and aerated water, soda water and seltzer water, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not | 05/07/2003 | 08/29/2006 |
| (M Claw logo) | 3434822 | 32: Non-alcoholic beverages, namely, energy drinks, excluding perishable beverage products that contain fruit juice or soy | 09/07/2007 | 05/27/2008 |
| (M Claw logo) | 3434821 | 5: Nutritional supplements | 09/07/2007 | 05/27/2008 |

5

| MARK | REGISTRATION NUMBER | CLASSE(ES): GOODS/SERVICES | APPL. DATE | REG. DATE |
|---|---|---|---|---|
| M Claw / MONSTER ENERGY | 3908600 | 16: Stickers; sticker kits comprising stickers and decals; decals | 04/02/2009 | 01/18/2011 |
| M Claw / MONSTER ENERGY | 3908601 | 25: Clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweat shirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely, hats and beanies | 04/02/2009 | 01/18/2011 |
| M Claw | 3963668 | 16: Stickers; sticker kits comprising stickers and decals; decals; posters | 07/27/2010 | 05/17/2011 |
| M Claw | 4011301 | 9: sports helmets; video recordings featuring sports, extreme sports, and motor sports | 07/27/2010 | 08/16/2011 |
| M Claw | 4051650 | 25: Clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweat shirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely hats and beanies | 07/27/2010 | 11/08/2011 |

As shown in this chart, MEC has six trademark registrations for the M Claw alone. One of these six registrations, Registration No. 4,051,650, is for the M Claw alone for use on clothing. MEC has also developed significant common law rights in the M Claw Trademark.

7. MEC's MONSTER ENERGY® drinks bearing the M Claw Trademark are sold to consumers throughout the United States in all 50 states, by well over 300,000 retail stores, including convenience stores, gas stations, drugstores, grocery stores, club stores,

mass merchandiser stores, gyms, health food stores and independent stores, and extensively throughout the Internet.

8. Since 2002, MEC has spent over $1.68 billion promoting its MONSTER ENERGY® drinks and its M Claw Trademark. In 2011 alone, MEC spent more than $380 million on these promotional efforts. The vast majority of money has been spent on United States promotions. MEC prominently features the M Claw Trademark in its promotional efforts for the MONSTER ENERGY® line of drinks, and in substantial and continuous promotional campaigns in numerous venues. In many instances, the M Claw Trademark is used by itself to promote the MONSTER ENERGY® line of drinks. MEC has developed and cultivated immense goodwill and brand recognition in its M Claw Trademark.

9. MEC's M Claw Trademark is the subject of substantial and continuous marketing and promotion by MEC. MEC has and continues to widely market and promote its M Claw Trademark in the industry and to consumers by displaying the M Claw Trademark on billions of cans, through widespread distribution of apparel including t-shirts, through distribution of promotional and point of sale materials, through product samplings, by displaying the trademark in magazines and other industry publications, by using the trademark on the MONSTER ENERGY® website and other Internet websites, through attendance at trade shows, through concert tours and live events, through sponsorship of athletes including athletes that compete in the Summer and Winter X Games and athletic competitions around the world including the AMA Supercross Series as the title sponsor, the MotoGP World Championship, the MONSTER ENERGY® Pipeline Pro Surf event, the MONSTER ENERGY® Billabong XXL Awards, and other events. Athletes sponsored by

MEC at these live and televised events wear MONSTER ENERGY® branded clothing and equipment that prominently display MEC's M Claw Trademark, and images of these athletes have appeared extensively in print media, on television, and on the Internet.

10. MEC's promotional materials prominently feature the M Claw Trademark. As a result, the MONSTER M Claw Trademark has developed into a famous identifier of MEC and its high-quality, premium energy drinks. The famous MONSTER brand and M Claw Trademark are well-known to consumers. In May 2012, business news channel CNBC reported that the MONSTER ENERGY Facebook page is one of the top 10 most "liked" brands on Facebook worldwide (http://www.cnbc.com/id/45582325/The _World_s_Most_Liked_Brands?slide=8).

11. MEC's line of MONSTER ENERGY® drinks has been tremendously successful, with sales increasing every year since its launch in 2002. Retail sales of MEC's MONSTER ENERGY® drinks are now over $3 billion per year in the United States. MEC's MONSTER ENERGY® drinks are currently distributed by Coca-Cola Bottlers and Anheuser-Busch, Inc.'s network of distributors throughout the United States.

12. Since 2002, MEC has sold more than 7 billion cans of its MONSTER ENERGY® line of drinks, and now sells more than 1.5 billion cans per year. Sales of these drinks are estimated to have generated approximately $14 billion in total retail revenues in the United States, and over $17 billion in total retail sales worldwide. MEC's energy drinks sold using and displaying the M Claw Trademark have become the most popular energy

drinks in units in the United States, and hold a 33.1% market share of the domestic energy drink market as of August 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this \_1st\_ day of October, 2012 at Corona, California.

_____
RODNEY SACKS