**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MONSTER ENERGY COMPANY, f/k/a
HANSEN BEVERAGE COMPANY          Case No. 6:11-CV-329-ORL-22DAB
d/b/a MONSTER BEVERAGE
COMPANY,

                Plaintiff,

       vs.

CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC., and DAVID
BAKSHT (a/k/a David Lipsker a/k/a
David Bakshet a/k/a D Bakht a/k/a DM
Schneerson a/k/a Abraham
Shneorson),

              Defendants.          /

**PLAINTIFF'S NOTICE OF INTENT TO OPPOSE DEFENDANT DAVID BAKSHT'S**
**MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT THREE**
**DAYS AFTER THE DEADLINE FOR DISPOSITIVE MOTIONS**

Plaintiff Monster Energy Company ("MEC") respectfully gives notice that it

intends to oppose Defendant David Baksht's Motion for Leave to File a Motion for

Summary Judgment Three Days After the Deadline for Dispositive Motions. (D.I.

179.)   MEC expects to file its opposition on or before October 8, 2012, well in

advance of the October 22, 2012 deadline provided by Local Rule 3.01(b).

                Respectfully submitted,

Dated:  October 4, 2012          By: /s/  *Paul A. Stewart*
                JOHN B. SGANGA, JR. ESQ.
                (Admitted *Pro Hac Vice*)
                john.sganga@kmob.com
                PAUL A. STEWART, ESQ.

(Admitted *Pro Hac Vice*)
paul.stewart@kmob.com
LAUREN K. KATZENELLENBOGEN, ESQ.
(Admitted *Pro Hac Vice*)
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614
(949) 760-0404 Telephone
(949) 760-9502 Facsimile

Lead Trial Counsel for Plaintiff,
MONSTER ENERGY COMPANY f/k/a
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

– and –

RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880 Telephone
(407) 244-5690 Facsimile

Local Counsel for Plaintiff,
MONSTER ENERGY COMPANY f/k/a
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2012, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system.


/s/ *Paul A. Stewart*
Paul A. Stewart