**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MONSTER ENERGY COMPANY, f/k/a
HANSEN BEVERAGE COMPANY, d/b/a    Case No. 6:11-CV-329-ORL-22DAB
MONSTER BEVERAGE COMPANY,

        Plaintiff,

vs.

CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC., and DAVID
BAKSHT (a/k/a David Lipsker a/k/a David
Bakshet a/k/a D Bakht a/k/a DM
Schneerson a/k/a Abraham Shneorson),

        Defendants.
_____/

**PLAINTIFF'S EVIDENTIARY OBJECTIONS**

Plaintiff Monster Energy Company ("MEC") hereby respectfully objects to certain evidence relied upon by Defendant Consolidated Distributors, Inc. ("CDI") in its Response of Defendant Consolidated Distributors, Inc. to Plaintiff's Motion to Exclude Testimony of Defendants' Expert Dr. Kenneth Eugene Lehrer ("Opposition") (D.I. 184).

In its Opposition, CDI repeatedly cites to the *Unofficial* Transcript of the September 21, 2012 Deposition of Thomas J. Kelly, Senior Vice President-Finance of MEC. *See* D.I. 184 at 6-7. The Unofficial Transcript was filed as Exhibit 4 to CDI's Opposition. D.I. 184-4. MEC objects to these citations because an unofficial unauthenticated deposition transcript is not admissible evidence. *See Alexander v. CareSource*, 576 F.3d 551, 560 (6th Cir. 2009) ("To authenticate a deposition excerpt, a party should include the cover sheet . . . and the court reporter's certificate"); *Orr v. Bank of America, NT & SA*, 285 F.3d 764, 774

(9th Cir. 2002); *Refrigeracion Y Restaurante S.A. de C.V. v. Wal-Mart Stores, Inc.*, No. Civ.A. SA97CA354EP, 1998 WL 1782541, *1 (W.D. Tex. July 21, 1998) ("Excerpts from depositions are not competent summary judgment evidence unless the party offering them attaches a copy of the court reporter's certificate certifying that the copy is true and correct."); *Weimer v. Honda of America Mfg., Inc.*, Case No. 2:06-cv-844, 2008 WL 2557252, *1-2 (S.D. Ohio June 23, 2008) (unpublished) (district court "cannot consider" uncertified deposition transcripts); Fed. R. Evid. 901; Fed. R. Civ. P. 30(f)(1). Even CDI's Unofficial Transcript itself cautions: "The following file is not an official transcript. It is intended only to aid in case preparation. It cannot be quoted from or used to perjure a witness. . . . The certified transcript is the only official transcript which may be relied upon for purposes of verbatim citation of testimony." D.I. 184-4 at 70. CDI's citation to an unofficial transcript is unexcused. This is not a situation where, due to timing, a final official transcript was not yet available when CDI filed its Opposition. On the contrary, CDI cites to the Unofficial Transcript simply because ***CDI did not order an official transcript*** of the Kelly deposition.

      Accordingly, MEC respectfully requests that the Court strike any reference to the Unofficial Transcript of Thomas J. Kelly in CDI's Opposition.

                                Respectfully submitted,

Dated:   October 30, 2012         By: /s/ *Paul A. Stewart*
                                            JOHN B. SGANGA, JR. ESQ.
                                            (Admitted *Pro Hac Vice*)
                                            john.sganga@kmob.com
                                            PAUL A. STEWART, ESQ.
                                            (Admitted *Pro Hac Vice*)
                                            paul.stewart@kmob.com
                                            LAUREN K. KATZENELLENBOGEN, ESQ.
                                            (Admitted *Pro Hac Vice*)
                                            lauren.katzenellenbogen@kmob.com
                                            KNOBBE, MARTENS, OLSON & BEAR, LLP

-3-

2040 Main Street, Fourteenth Floor
Irvine, California  92614
(949) 760-0404  Telephone
(949) 760-9502  Facsimile

Lead Trial Counsel for Plaintiff,
MONSTER ENERGY COMPANY f/k/a
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

– and –

RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida  32801
(407) 843-8880  Telephone
(407) 244-5690  Facsimile

Local Counsel for Plaintiff,
MONSTER ENERGY COMPANY f/k/a
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                          /s/ *Paul A. Stewart*
                                          Paul A. Stewart

140941123