**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MONSTER ENERGY COMPANY, f/k/a HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY, | Case No. 6:11-CV-329-ORL-22DAB |
| Plaintiff, | |
| vs. | |
| CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., and DAVID BAKSHT (a/k/a David Lipsker a/k/a David Bakshet a/k/a D Bakht a/k/a DM Schneerson a/k/a Abraham Shneorson), | |
| Defendants. | |

## CERTIFICATION OF GOOD FAITH CONFERRAL RE: PLAINTIFF'S MOTIONS *IN LIMINE* (NOS. 1-6)

Pursuant to Local Rule 3.01(g), counsel for Plaintiff Monster Energy Company, Paul Stewart of Knobbe Martens Olsen & Bear, LLP, conferred in good faith with counsel for the Defendants regarding the relief requested in Plaintiff's Motions in Limine (Nos. 1-6) (D.I. 195) and was unable to reach an agreement. The conference took place via email on October 31, 2012.

Respectfully submitted,

Dated: November 2, 2012
By: /s/ *Paul A. Stewart*
JOHN B. SGANGA, JR. ESQ.
(Admitted *Pro Hac Vice*)
john.sganga@kmob.com
PAUL A. STEWART, ESQ.

1

(Admitted *Pro Hac Vice*)
paul.stewart@kmob.com
LAUREN K. KATZENELLENBOGEN, ESQ.
(Admitted *Pro Hac Vice*)
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614
(949) 760-0404 Telephone
(949) 760-9502 Facsimile

Lead Trial Counsel for Plaintiff,
MONSTER ENERGY COMPANY f/k/a
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

– and –

RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880 Telephone
(407) 244-5690 Facsimile

Local Counsel for Plaintiff,
MONSTER ENERGY COMPANY f/k/a
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Paul A. Stewart*
Paul A. Stewart

14183146