**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MONSTER ENERGY COMPANY,**

      **Plaintiff,**

v.                                             **Case No:  6:11-cv-329-Orl-22DAB**

**CONSOLIDATED DISTRIBUTORS,**
**INC., METTEMP, INC. and DAVID**
**BAKSHT,**

      **Defendants.**

_____

**ORDER**

      This cause comes before the Court on the Motion for Leave to File Reply by Consolidated Distributors, Inc. in further Support of Motion for Partial Summary Judgment (Doc. No. 198). Defendant seeks to file a Reply objecting to the late filing of Plaintiff's responses in opposition to Defendant's Motion for Partial Summary Judgment, and attached the proposed Reply.

      Pursuant to the Case Management and Scheduling Order a party has 30 days to respond to a summary judgment motion after service (Doc. No. 121, p. 6). Further a party may file a reply memorandum fourteen days after a response is served. *Id.* Accordingly, Plaintiff's responses were timely filed and Defendant does not need leave of Court to file a Reply.

      However since a Motion was filed, the Court notes that it failed to contain a Local Rule 3.01(g) certification, and it was improper to attach the proposed Reply. Local Rule 3.01(d). If counsel had complied with the conference requirement perhaps it would have avoided the filing of the Motion and the Court having to expend its limited judicial resources to address it. All

parties are advised that a proper conference requires a substantive conversation in person or by telephone, not exchanges of faxes, letters or emails (Doc. No. 121, p. 4).

Next the Court addresses Defendant's Motion for Leave to File a Memorandum of Legal Authority in further Opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 200). Defendant seeks to file a Memorandum objecting to Plaintiff's filing of a Reply without leave of Court, and requesting the Court to take notice of certain matters.  Again Defendant improperly attaches the proposed filing.  As noted above a party is permitted to file a Reply within 14 days after a response to a summary judgment motion is served.  Accordingly, the Reply was timely filed.

Based on the foregoing, it is ordered as follows:

1. The Motion for Leave to File Reply by Consolidated Distributors, Inc. in further Support of Motion for Partial Summary Judgment (Doc. No. 198) is DENIED as moot.

2. Motion for Leave to File a Memorandum of Legal Authority in further Opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 200) is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 6, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record