UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY d/b/a )
Monster Beverage Company ("MBC"), )
                                                    Plaintiff, )
                                                     )
vs.                                          ) CASE NO. 6:11-cv-329-ORL-22DAB
                                                     )
CONSOLIDATED DISTRIBUTORS, INC., )
METTEMP, INC., JOE COOL, INC., JOE )
COOL BIKE WEEK, INC., DAVID BAKSHT, )
MICHELLE AMAR, and YOSEF AMAR, )
                                                     )
                                          Defendants. )

## DEFENSE COUNSEL, MACKEY LAW GROUP P.A.'s MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS, CONSOLIDATED DISTRIBUTORS, INC. & DAVID BAKSHT

Mackey Law Group, P.A. submits this motion to withdraw as local counsel of record for Defendants, Consolidated Distributors, Inc. & David Baksht.

1.     Irreconcilable differences have arisen between Consolidated Distributors, Inc., David Baksht and their counsel, attorney Mortner that prevent Mackey Law Group, P.A. from continuing to represent Consolidated Distributors, Inc., David Baksht and their counsel, attorney Mortner, and that permit Mackey Law Group, P.A.'s withdrawal from further representation pursuant to R. Regulating Fla. Bar 4-1.16. Consolidated Distributors, Inc. & David Baksht have substantially failed to fulfill an obligation to Mackey Law Group, P.A. regarding the representation and services that have been provided to Consolidated Distributors, Inc. & David Baksht in the above-referenced action.

2. Pursuant to M.D. Fla. R. 2.03 and R. Regulating Fla. Bar 4-1.16, Consolidated Distributors, Inc. & David Baksht, counsel for Consolidated Distributors, Inc. & David Baksht and counsel for Hansen Beverage Company d/b/a Monster Beverage Company have received ten (10) days' notice of Mackey Law Group, P.A.'s intention to withdraw as local counsel of record for Consolidated Distributors, Inc. & David Baksht.

3. This withdrawal from representation is not for the purpose of causing undue delay, nor should this withdrawal necessitate the need for a continuance or further delay in the above-referenced action.

4. Based on the foregoing, it is requested that the court enter an order relieving Mackey Law Group, P.A. from further duties concerning the representation of Consolidated Distributors, Inc. & David Baksht.

**MACKEY LAW GROUP, P.A.**
1402 Third Avenue West
Bradenton, Florida 34205
(941) 746-6225
(941) 748-6584 (FAX)
Attorneys for Consolidated Distributors, Inc.
and David Baksht

By: _____
Peter J. Mackey, Esq.
Florida Bar No. 0629138
pmackey@mackeylaw.com
Kristina Hager Snyderman, Esq.
Florida Bar No. 009237
ksnyderman@mackeylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion to withdraw has been furnished by electronic mail and U.S. mail to the following counsel of record on November 26, 2012:

Charles Talley Wells, Sr., Esq.
charles.wells@gray-robinson.com
Richard E. Mitchell, Esq.
rmitchell@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801


John B. Sganga, Esq.
john.sganga@kmob.com
Lauren Keller Katzenellenbogen, Esq.
lkeller@kmob.com
Lynda Zadra-Symes, Esq.
ljs@kmob.com
Paul A. Stewart, Esq.
paul.stewart@kmob.com
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614

Moshe Mortner, Esq.
mm@mortnerlaw.com
The Mortner Law Offices
40 Wall Street, 28th Floor
New York, New York 10005

Consolidated Distributors, Inc.
C/O David Baksht
David Baksht, individually
davidlipsker@gmail.com

_____
Attorney