# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MONSTER ENERGY COMPANY**
*d/b/a*
**Monster Beverage Company**
*f/n/a*
**Hansen Beverage Company**

                **Plaintiff,**

**-vs-**                                                                  **Case No.  6:11-cv-329-Orl-22DAB**

**CONSOLIDATED DISTRIBUTORS, INC.;
METTEMP INC.; JOE COOL  INC.; JOE
COOL BIKE WEEK INC.; MICHELLE
AMAR; YOSEF AMAR; DAVID BAKSHT
a/k/a David Lipsker, a/k/a David Bakshet,
a/k/a David Bakht, a/k/a DM Shneerson,
a/k/a David Shneorson,**

                **Defendants.**
_____

## ORDER TO SHOW CAUSE

This cause comes before the Court on the Motion of Mackey Law Group P.A.'s Motion to Withdraw as Counsel of Record for Defendants Consolidated Distributors, Inc. and David Baksht. Mr. Mackey represents that irreconcilable differences have arisen between Consolidated Distributors, Inc., David Baksht and their counsel, attorney Mortner that prevent Mackey Law Group, P.A. from continuing to represent Consolidated Distributors, Inc., David Baksht and their counsel, attorney Mortner, and that permit Mackey Law Group, P.A.'s withdrawal from further representation pursuant to R. Regulating Fla. Bar 4-1.16.  Consolidated Distributors, Inc. & David Baksht have substantially failed to fulfill an obligation to Mackey Law Group, P.A. regarding the representation and services that have been provided to Consolidated Distributors, Inc. & David Baksht in this case.

Defendants Consolidated Distributors, Inc. and David Baksht and attorney Mortner are **ORDERED** to show cause within 14 days why Mackey Law Group P.A. should not be granted leave to withdraw from representation of Defendants Consolidated Distributors, Inc. and David Baksht and these Defendants and attorney Mortner are **ORDERED** to state how they intend to comply with the Court's local counsel requirement if the motion is granted.

**DONE** and **ORDERED** in Orlando, Florida on this 28th day of November, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record