IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:11-CV-329-ORL-22DAB

MONSTER ENERGY COMPANY, f/k/a
HANSEN BEVERAGE COMPANY, d/b/a
MONSTER BEVERAGE COMPANY,

  Plaintiff

v.

CONSOLIDATED DISTRIBUTORS, INC.,
METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK INC., MICHELLE AMAR, YOSEF AMAR, DAVID BAKSHT
(a/k/a David Lipsker a/k/a David Bakshet
a/k/a D Bakht a/k/a David Bakshet a/k/a DM Schneerson a/k/a Abraham Shneorson,

  Defendant.
_____/

**MEDIATION REPORT**

      In accordance with the Court's mediation order(s), a mediation conference was held on Septemebr 11, 2012 and the results of that conference are indicated below:

    (a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

        _____X_____    All individual parties and their respective trial counsel.

        _____X_____    Designated corporate representatives.

        _____X_____    Required claims professionals.

    (b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

    (c)    The outcome of the mediation conference was:

        _____    **The case has been completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rules

        3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____  **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this Court to resolve:

_____
_____
_____
_____

_____  **The conference was continued** with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

\_XX\_\_  **The parties have reached an impasse.**

**Done this 12th day of December, 2012 in Orlando, Florida.**

        **/s/  Jay M. Cohen, Esquire**
        **Signature of Mediator**

        **JAY M. COHEN, ESQ.**
        **Name of Mediator**

        **Post Office Box 2210**
        **Winter Park, Florida 32790-2210**
        **Mailing Address**

        **(407)644-1181**
        **Telephone Number**

        **jmcohen@jmcohenpa.com**
        **Email Address**

**Copies to:**   **Counsel of Record**
                   **Unrepresented Parties**