UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"),<br><br>Plaintiff,<br><br>vs.<br><br>CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND YOSEF AMAR;<br><br>Defendants. | Case No. 6:11-CV-329-ORL-22DAB<br><br>**CONSENT OF DESIGNEE LOCAL COUNSEL REGARDING APPEARANCE OF NON-RESIDENT ATTORNEY MOSHE MORTNER** |

The undersigned counsel, pursuant to the Special Appearance of Non-Resident Attorney and Designation of Local Counsel filed by MOSHE MORTNER, ESQ., hereby consents to his designation and understands his obligations pursuant to Local Rule 2.02(a)(1) of the United States District Court, Middle District of Florida.

Respectfully submitted this 13th day of December, 2012.

/s/ John M. Paradis

JOHN M. PARADIS, ESQ.

Florida Bar No 15604

P. O. Box 536202

Orlando, FL  32853

Telephone: (407) 442-0301

Primary Email:  jparadislaw@gmail.com

Secondary Email:  jmpdocket@gmail.com

Local Counsel for Defendants,
CONSOLIDATED DISTRIBUTORS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ John M. Paradis

JOHN M. PARADIS, ESQ.

Florida Bar No 15604

P. O. Box 536202

Orlando, FL  32853

Telephone: (407) 442-0301

Primary Email:  jparadislaw@gmail.com

Secondary Email:  jmpdocket@gmail.com

Local Counsel for Defendants,
CONSOLIDATED DISTRIBUTORS, INC.