UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, f/k/a HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"),<br><br>    Plaintiff,<br><br>vs.<br><br>CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND YOSEF AMAR;<br><br>    Defendants. | Case No. 6:11-CV-329-ORL-22DAB |

**DEFENDANTS CONSOLDIATED DISTRIBUTORS, INC. AND DAVID BAKSHT'S RESPONSE TO MACKEY LAW GROUP P.A.'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Defendants Consolidated Distributors, Inc. and David Baksht submit this response to the motion of Mackey Law Group P.A.'s to withdraw as counsel of record for said Defendants (Doc 207), and in response to the Order to Show Cause of November 28, 2012.

Defendants elect not oppose the Mackey Law Group P.A.'s motion to withdraw.

Defendants and their counsel Attorney Mortner intend to comply with the Court's local counsel rule, Local Rule 2.02(a)(1) of the United States District Court, Middle District of Florida, by designation of new local counsel in the place and stead of the Mackey Law Group, P.A. Such new local counsel shall be John M. Paradis, Esq., whose office is located at 1415 E. Robinson St. Orlando, FL 32801, Tel. 407-442-0301.

Respectfully submitted this 13th day of December, 2012.

_____
MOSHE MORTNER, ESQ.
New York Bar No.: 2085801
mm@mortnerlaw.com
The Mortner Law Offices
40 Wall Street, 28th Floor
New York, NY 10005
646-820-8770 Telephone
646-304-3169 Facsimile
Lead Counsel *pro hac vice* for Defendant
CONSOLIDATED DISTRIBUTORS, INC.

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

         _____
         MOSHE MORTNER, ESQ.
         New York Bar No.: 2085801
         mm@mortnerlaw.com
         The Mortner Law Offices
         40 Wall Street, 28th Floor
         New York, NY 10005
         646-820-8770 Telephone
         646-304-3169 Facsimile
         Lead Counsel for Defendants,
         CONSOLIDATED DISTRIBUTORS, INC. and
         DAVID BAKSHT