UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"),<br><br>Plaintiff,<br><br>vs.<br><br>CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND YOSEF AMAR;<br><br>Defendants. | Case No. 6:11-CV-329-ORL-22DAB<br><br>**WRITTEN DESIGNATION AND CONSENT-TO-ACT FOR LOCAL COUNSEL** |

I, Moshe Mortner, Esquire, having previously entered a special appearance in this action on behalf of Defendants CONSOLIDATED DISTRIBUTORS, INC. and DAVID BAKSHT, state that pursuant to Local Rule 2.02(a)(1), I hereby designate the following Local Counsel and consent to his acting as in all respects as required by Local Rule 2.02(a)(1):

> John M. Paradis, Esq.,
> Florida Bar No 15604
> P. O. Box 536202
> Orlando, FL 32853
> Telephone: (407) 442-0301
> Email: jparadislaw@gmail.com

Respectfully submitted this 13th day of December, 2012.

/s/ Moshe Mortner
MOSHE MORTNER, ESQ.
mm@mortnerlaw.com
The Mortner Law Offices
40 Wall Street, 28th Floor
New York, NY 10005
646-820-8770 Telephone
646-304-3169 Facsimile
Lead Counsel pro hac vice for Defendant

                                CONSOLIDATED DISTRIBUTORS,
                                INC. and DAVID BAKSHT

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                ___s/_____
                                MOSHE MORTNER, ESQ.
                                mm@mortnerlaw.com
                                The Mortner Law Offices
                                40 Wall Street, 28th Floor
                                New York, NY 10005
                                646-820-8770 Telephone
                                646-304-3169 Facsimile
                                Lead Counsel for Defendants,
                                CONSOLIDATED DISTRIBUTORS, INC. and
                                DAVID BAKSHT