UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"),

    Plaintiff,

vs.                        Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND YOSEF AMAR;

    Defendants.
_____/

**<u>PLAINTIFF MBC'S NOTICE OF FILING EMAIL FROM DEFENDANT BAKSHT</u>**

Plaintiff MBC respectfully submits the attached true and correct copy of an email sent by Defendant DAVID BAKSHT to Counsel for MBC on December 13, 2012, bearing the subject line of, "Re: Re; dismissal of [Attorney] Moshe Mortner from Consolidated vs. Monster Energy law suite [sic]," for the Court's consideration and guidance in this matter.

Respectfully submitted this 14th day of December, 2012.

                                            <u>**/s/ RICHARD E. MITCHELL**</u>
                                            CHARLES T. WELLS, ESQ.
                                            Florida Bar No.: 0086265
                                            charles.wells@gray-robinson.com
                                            RICHARD E. MITCHELL, ESQ.
                                            Florida Bar No.: 0168092
                                            rick.mitchell@gray-robinson.com
                                            GRAYROBINSON, P.A.
                                            301 E. Pine Street, Suite 1400
                                            Post Office Box 3068

Orlando, Florida 32802-3068
(407) 843-8880  Telephone
(407) 244-5690  Facsimile

*Local Counsel for Plaintiff Monster Energy Company, f/k/a Hansen Beverage Company d/b/a Monster Beverage Company*

– and –

STEVEN J. NATAUPKSY, ESQ.
(Pending *Pro Hac Vice* Admission*)*
steven.nataupsky@knobbe.com
PAUL A. STEWART, ESQ.
(Admitted *Pro Hac Vice*)
paul.stewart@kmob.com
JOHN B. SGANGA, JR. ESQ.
(Admitted *Pro Hac Vice*)
john.sganga@kmob.com
LYNDA J. ZADRA-SYMES, ESQ.
(Admitted *Pro Hac Vice*)
lynda.zadra-symes@kmob.com
LAUREN K. KATZENELLENBOGEN, ESQ.
(Admitted *Pro Hac Vice*)
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California  92614
(949) 760-0404  Telephone
(949) 760-9502  Facsimile

*Lead Trial Counsel for Plaintiff, Monster Energy Company f/k/a Hansen Beverage Company d/b/a Monster Beverage Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this14th day of December, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**/s/  RICHARD E. MITCHELL**
RICHARD E. MITCHELL, ESQ.

**From:** david [mailto:davidlipsker@gmail.com]
**Sent:** Thursday, December 13, 2012 6:58 PM
**To:** Paul.Stewart
**Subject:** Re: Re; dismissal of Moshe Mortner from Consolidated vs. Monster Energy law suite.

mortner not authorized to act or negotiate
on behalf of consolidated distribbutors inc

LAW OFFICES

*JON ARI LEFKOWITZ, P.C.*
*1222 Ave M*
*Brooklyn, N.Y. 11230*
*(718)692-0459*
*(718) 376-2746* FAX


November 12, 2012

Moshe Mortner, Esq.

MORTNER LAW OFFICE

The Trump Building

40 Wall Street, 28th Fl

New York, NY 10005


Dear Mr. Mortner:

This office has been retained by Consolidated Distributors, INC. with respect to the pending case in the Middle District of Florida. Accordingly, please find enclosed a Notice of Discharge, signed by your erstwhile client. Your clients are very displeased that you have taken out a litigation loan on the case without Mr. Baksht's knowledge, and that you have misappropriated the monies from the trust account, and converted the monies to your own use, rather than for legitimate expenses.

What is more, you have caused a rift and machlokot between Menachem and Baksht, who were business associates, and which is contrary to halacha and Jewish law.

Additionally, you are not a partner in this case; you are only entitled to a share of the settlement, if any. It is Consolidated, which is the sole owner of the case.

You have also not communicated with Mr. Baksht, and this has motivated him to sever the relationship. Specifically, you did not forward to him each filing by Monster, nor show him every one of his filings before you filed them. Further, you have filed motions late, and were reprimanded by the judge.

There is one document that Menachem apparently stole from the office of Mr. Baksht, while he was asleep, and signed. Of course this is illegal, and your true client never did ratify this loan and that you have pressured him to steal from my office.

As a member of the bar, we hope you can and will account for the $150,000.00 you misappropriated, so that Mr. Baksht need not hold you responsible for malpractice, as well as pursue other remedies.

Sincerely,

Jon A. Lefkowitz

JAL:zb

Encl. 2

U.S. DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

x----------------------------------------------------------x

MONSTER ENERGY COMPANY,

f/k/a HANSEN BEVERAGE COMPANY,

d/b/a MONSTER BEVERAGE COMPANY

('MBC') Case No: 6:11-CV-329-ORL-22DAB

Plaintiff, NOTICE TO DISCHARGE

-against- ATTORNEY AND SUBSTITUTION OF ATTORNEY

CONSOLIDATED DISTRIBUTORS, INC.,

METTEMP, INC., JOE COOL, INC., JOE COOL BIKE

WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND

YOSEF AMAR;

Defendants.

x-----------------------------------------------------------x

The undersigned Defendant hereby discharges Moshe Mortner, Esq., as of this date as attorney for defendant-counterclaimant Consolidated Distributors, Inc. It is hereby consented that Jon Lefkowitz will be substituted as attorney of record for the undersigned party in this action instead of Moshe Mortner, Esq., as of the date hereof.

Dated: November 8, 2012

/jl/

_____

Brooklyn, NY Jon Lefkowitz, Esq.

1222 Ave. M, Suite 204

Brooklyn, N.Y. 11230

(718) 692-0459

/d baksht/

Defendant Consolidated Distributors, INC.,

By, David Baksht, ceo and president

**LAW OFFICES**

**J**

**ON ARI LEFKOWITZ, P.C.**

━━━━━

1222 Ave. M

Suite 204

B

ROOKLYN, N.Y. 11230

(718) 692-0459

(718) 376-2746 FAX

- 

Admitted in N.Y., PA and MD

November 12, 2012

Moshe Mortner, Esq.

MORTNER LAW OFFICE

The Trump Building

40 Wall Street, 28th Fl

New York, NY 10005

Dear Mr. Mortner:

This office has been retained by Consolidated Distributors, INC. with respect to the pending case in the Middle District of Florida. Accordingly, please find enclosed a Notice of Discharge, signed by your erstwhile client. Your clients are very displeased that you have taken out a litigation loan on the case without Mr. Baksht's knowledge, and that you have misappropriated the monies from the trust account, and converted the monies to your own use, rather than for legitimate expenses.

What is more, you have caused a rift and machlokot between Menachem and Baksht, who were business associates, and which is contrary to halacha and Jewish law.

Additionally, you are not a partner in this case; you are only entitled to a share of the settlement, if any. It is Consolidated, which is the sole owner of the case.

You have also not communicated with Mr. Baksht, and this has motivated him to sever the relationship. Specifically, you did not forward to him each filing by Monster, nor show him every one of his filings before you filed them. Further, you have filed motions late, and were reprimanded by the judge.

There is one document that Menachem apparently stole from the office of Mr. Baksht, while he was asleep, and signed. Of course this is illegal, and your true client never did ratify this loan and that you have pressured him to steal from my office.

As a member of the bar, we hope you can and will account for the $150,000.00 you misappropriated, so that Mr. Baksht need not hold you responsible for malpractice, as well as pursue other remedies.

Sincerely,

Jon A. Lefkowitz

JAL:zb

Encl. 2

U.S. DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

x----------------------------------------------------------x

MONSTER ENERGY COMPANY,

f/k/a HANSEN BEVERAGE COMPANY,

d/b/a MONSTER BEVERAGE COMPANY

('MBC') Case No: 6:11-CV-329-ORL-22DAB

Plaintiff, NOTICE TO DISCHARGE

-against- ATTORNEY AND SUBSTITUTION OF ATTORNEY

CONSOLIDATED DISTRIBUTORS, INC.,

METTEMP, INC., JOE COOL, INC., JOE COOL BIKE

WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND

YOSEF AMAR;

Defendants.

x----------------------------------------------------------x

The undersigned Defendant hereby discharges Moshe Mortner, Esq., as of this date as attorney for defendant-counterclaimant Consolidated Distributors, Inc. It is hereby consented that Jon Lefkowitz will be substituted as attorney of record for the undersigned party in this action instead of Moshe Mortner, Esq., as of the date hereof.

Dated: November 8, 2012 _____

Brooklyn, NY Jon Lefkowitz, Esq.

1222 Ave. M, Suite 204

Brooklyn, N.Y. 11230

(718) 692-0459

/d baksht/

Defendant Consolidated Distributors, INC.,

By, David Baksht, ceo and president

November 12, 2012

Moshe Mortner, Esq.

MORTNER LAW OFFICE

The Trump Building

40 Wall Street, 28th Fl

New York, NY 10005

Dear Mr. Mortner:

This office has been retained by Consolidated Distributors, INC. with respect to the pending case in the Middle District of Florida. Accordingly, please find enclosed a Notice of Discharge, signed by your erstwhile client. Your clients are very displeased that you have taken out a litigation loan on the case without Mr. Baksht's knowledge, and that you have misappropriated the monies from the trust account, and converted the monies to your own use, rather than for legitimate expenses.

What is more, you have caused a rift and machlokot between Menachem and Baksht, who were business associates, and which is contrary to halacha and Jewish law.

Additionally, you are not a partner in this case; you are only entitled to a share of the settlement, if any. It is Consolidated, which is the sole owner of the case.

You have also not communicated with Mr. Baksht, and this has motivated him to sever the relationship. Specifically, you did not forward to him each filing by Monster, nor show him every one of his filings before you filed them. Further, you have filed motions late, and were reprimanded by the judge.

There is one document that Menachem apparently stole from the office of Mr. Baksht, while he was asleep, and signed. Of course this is illegal, and your true client never did ratify this loan and that you have pressured him to steal from my office.

As a member of the bar, we hope you can and will account for the $150,000.00 you misappropriated, so that Mr. Baksht need not hold you responsible for malpractice, as well as pursue other remedies.

Sincerely,

Jon A. Lefkowitz

JAL:zb

Encl. 2

U.S. DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

x-----------------------------------------------------------x

MONSTER ENERGY COMPANY,

f/k/a HANSEN BEVERAGE COMPANY,

d/b/a MONSTER BEVERAGE COMPANY

('MBC') Case No: 6:11-CV-329-ORL-22DAB

Plaintiff, NOTICE TO DISCHARGE

-against- ATTORNEY AND SUBSTITUTION OF ATTORNEY

CONSOLIDATED DISTRIBUTORS, INC.,

METTEMP, INC., JOE COOL, INC., JOE COOL BIKE

WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND

YOSEF AMAR;

Defendants.

x-----------------------------------------------------------x

The undersigned Defendant hereby discharges Moshe Mortner, Esq., as of this date as attorney for defendant-counterclaimant Consolidated Distributors, Inc. It is hereby consented that Jon Lefkowitz will be substituted as attorney of record for the undersigned party in this action instead of Moshe Mortner, Esq., as of the date hereof.

Dated: November 8, 2012 _____

Brooklyn, NY Jon Lefkowitz, Esq.

1222 Ave. M, Suite 204

Brooklyn, N.Y. 11230

(718) 692-0459

/d baksht/

Defendant Consolidated Distributors, INC.,

By, David Baksht, ceo and president

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed. Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited. We assume no responsibility to persons other than the intended recipient. If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored. Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed. Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited. We assume no responsibility to persons other than the intended recipient. If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic

information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-----------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-----------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic

information is stored.  Thank you.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.