# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MONSTER ENERGY COMPANY**
*d/b/a*
Monster Beverage Company
*f/k/a*
Hansen Beverage Company,

                Plaintiff,

-vs-                                                Case No.  6:11-cv-329-Orl-22DAB

**CONSOLIDATED DISTRIBUTORS, INC.;**
**METTEMP INC. and DAVID BAKSHT** a/k/a David
Lipsker, a/k/a David Bakshet, a/k/a David Bakht, a/k/a
DM Shneerson, a/k/a David Shneorson,

                Defendants.

| JUDGE: | Anne C. Conway<br>U.S. District Judge | DATE: | December 14, 2012<br>9:35am-9:55am |
|---|---|---|---|
| DEPUTY CLERK: | Sara Riddle | COURT REPORTER: | Sandy Tremel |
| COUNSEL FOR PLTF.(S): | John Sganga and Richard Mitchell | COUNSEL FOR DEFT.(S): | John Paradis |

### CLERK'S MINUTES ON DAUBERT HEARING ( re: Doc. 174)

9:35 a.m.- Case called; appearances taken.  Housekeeping matters.

9:40 a.m.- Attorney Sganga presented argument on behalf of Plaintiff.

9:50 a.m.- Attorney Paradis responded on behalf of Defendants.

9:53 a.m.- Attorney Sganga replied.  Additional housekeeping matters.  Written Order forthcoming.

9:55 a.m.- Court adjourned.