UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, f/k/a HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"),<br><br>Plaintiff,<br><br>vs.<br><br>CONSOLIDATED DISTRIBUTORS, INC., and DAVID BAKSHT;<br><br>Defendants. | Case No. 6:11-CV-329-ORL-22DAB |

## CERTIFICATE OF COMPLIANCE

I hereby certify that in compliance with the Order directed to me contained in the Notice of Hearing, dated December 18, 2012 (Doc 21), that on December 19, 2012, I served a true copy of the Notice of Hearing on each of the following:

>Jon A. Lefkowitz, Esq.
>Jon Ari Lefkowitz, P.C., 1222 Ave. M
>Suite 204
>Brooklyn, NY 11230;

>Mr. David Baksht
>719 Eastern Pkwy
>Brooklyn, NY, 11231; and

>Menachem Schneorson
>3801 South Ocean Drive
>Apt. 2W
>Hollywood, FL 33019

by mailing the same by Priority Mail in sealed envelopes, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the above addresses.

Dated: December 20, 2012
       New York, NY

_____
MOSHE MORTNER, ESQ.
New York Bar No.: 2085801
mm@mortnerlaw.com
The Mortner Law Offices
40 Wall Street, 28th Floor
New York, NY 10005
646-820-8770 Telephone
646-304-3169 Facsimile
Lead Counsel for Defendants,
CONSOLIDATED DISTRIBUTORS, INC. and
DAVID BAKSHT

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
MOSHE MORTNER, ESQ.
New York Bar No.: 2085801
mm@mortnerlaw.com
The Mortner Law Offices
40 Wall Street, 28th Floor
New York, NY 10005
646-820-8770 Telephone
646-304-3169 Facsimile
Lead Counsel for Defendants,
CONSOLIDATED DISTRIBUTORS, INC. and
DAVID BAKSHT