# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MONSTER ENERGY COMPANY f/k/a HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MEC"),**

           **Plaintiff,**

**vs.**                        **Case No. 6:11-CV-329-ORL-22DAB**

**CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., and DAVID BAKSHT (a/k/a David Lipsker a/k/a David Bakshet a/k/a D Bakht a/k/a DM Schneerson a/k/a Abraham Shneorson),**

           **Defendants.**

_____/

## PLAINTIFF MEC'S NOTICE OF FILING
## EMAILS FROM DEFENDANT DAVID BAKSHT

Plaintiff MEC respectfully submits the attached true and correct copies of emails sent by Defendant DAVID BAKSHT to Counsel for MEC in relation to the "Hearing on the Status of Moshe Mortner Esq.'s Representation of Defendants" as noticed by the Court on December 18, 2012, (Doc. 218):

| Ex. | Date | Subject Line | Forwarding Email |
|---|---|---|---|
| 1. | 12/17/12 1:12 a.m. | Fwd: | [Blank] |
| 2. | 12/17/12 12:46 a.m. | Fwd: Monster Energy Co. v. Consolidated Distributors, Inc. menahem not principle of cdi | [Blank] |

| Ex. | Date | Subject Line | Forwarding Email |
|-----|------|--------------|------------------|
| 3. | 12/17/12 12:13 a.m. | Re: Monster Energy Co. v. Consolidated Distributors, Inc. | Paul,<br>this was not authorisedby defendant consolidated distributors in and should bedisregarded and not filoed with the court. it was forwarded to you by a fired attorney without authoriztion of cdi<br><br>Attached is the Joint Pretrial Statement. I have added in CDI's sections, and in the joint sections I have redlined my changes. I also created a section for a joint statement of contested facts. It seemed to me that the judge would want to see that we can agree on what it is we don't agree on. I may need to make some edits on this document tomorrow.<br><br>The Exhibit Lists and jury materials will follow tomorrow. |
| 4. | 12/15/12 1:17 p.m. | Fwd: monster energy vs consolidated et al.. | to john paradis esq<br>you are not consolidated distributors inc.'s attorney you were never hired by us. you were hired by a fired attorney. if you think you were hired, then, this is a notice that you are hereby fired from representation of consolidated distributors inc. if you file any papers on behalf of consolidated you will beheld fully accountable we will file complaints with the courts and or the bar. govern yourself accordingly.<br>david bakshtt , ceo and president of consolidate distributors inc.<br>lipsker is anemailaddress only |

PLAINTIFF MEC'S NOTICE OF FILING
*Monster Energy Company v. Consolidated Distributors, Inc., Mettemp, Inc., and David Baksht*
Case No. 6:11-CV-329-ORL-22DAB
Page 2

| Ex. | Date | Subject Line | Forwarding Email |
|-----|------|--------------|------------------|
| 5. | 12/15/12 1:16 p.m. | Fwd: monster energy vs consolidated et al. | [Blank] |
| 6. | 12/14/12 11:49 p.m. | Re: your having no authority to represent consolidated distributors inc.. | to; paul stewat esq<br><br>john m. paradis esq. was not duly hired by consolidated distributors, inc to represent it in any way. he was hired by a fired attorney. read below. john m. paradis has no authority to represent consolidated distributors inc |
| 7. | 12/14/12 11:49 p.m. | Re: your having no authority to represent consolidated distributors inc.. | to; paul stewat esq<br><br>john m. paradis esq. was not duly hired by consolidated distributors, inc to represent it in any way. he was hired by a fired attorney. read below. john m. paradis has no authority to represent consolidated distributors inc |
| 8. | 12/14/12 11:44 p.m. | Re: your having no authority to represent consolidated distributors inc. | to; paul stewat esq<br><br>john m. paradis esq. was not duly hired by consolidated distributors, inc to represent it in any way. he was hired by a fired attorney. read below. |
| 9. | 12/14/12 11:43 pm | Re: your having no authority to represent consolidated distributors inc.. | to; paul stewat esq<br><br>john m. paradis esq. was not duly hired by consolidated distributors, inc to represent it in any way. he was hired bby a fired attorney. read below. |

| Ex. | Date | Subject Line | Forwarding Email |
|---|---|---|---|
| 10. | 12/14/12 3:45 p.m. | Re: your having no authority to represent consolidated distributors inc | moshe mortner esq has and had no authority to engage your services on behalf of consolidated distributors inc. <br><br> -------------------------------------------------- <br> moshe mortner esq. was fired by consolidated distributors, inc. as attorney in the monster energy vs consolidated distributors, inc. case long before he hired your services. he hired your services after he was fired, and, had no authority to do so. if you think you were hired, then, you are hereby fired from any representation of consolidated distributors inc., any corporation. do not,repeat, do not file any papers on behalf of consolidated didtributors, inc.. mortner refuses to be fired despite the fact that he was, and may have to pay for such refusal with his bar ticket.  if you think authority was given to you to represent our corporation, then any such authorization is here by withdrawn. <br><br> govern yourself accordingly, <br> david baksht, ceo, and, <br> president of consolidated <br> distributors, inc., a ny corp. <br> defendant in  monster <br> energy vs consolidated et al |
| 11. | 12/13/12 9:58 p.m. | Re: Re; dismissal of Moshe Mortner from Consolidated vs. Monster Energy law suite. | mortner not authorized to act or negotiate on behalf of consolidated distribbutors inc |

| Ex. | Date | Subject Line | Forwarding Email |
|-----|------|--------------|------------------|
| 12. | 12/13/12 9:56 p.m. | Re: Re; dismissal of Moshe Mortner from Consolidated vs. Monster Energy law suite | [Blank] |

Respectfully submitted this 20th day of December, 2012.

/s/  RICHARD E. MITCHELL
CHARLES T. WELLS, ESQ.
Florida Bar No.: 0086265
charles.wells@gray-robinson.com
RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
GRAYROBINSON, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802-3068
(407) 843-8880  Telephone
(407) 244-5690  Facsimile
*Local Counsel for Plaintiff Monster Energy Company, f/k/a Hansen Beverage Company d/b/a Monster Beverage Company*

– and –

PAUL A. STEWART, ESQ.
(Admitted *Pro Hac Vice*)
paul.stewart@kmob.com
JOHN B. SGANGA, JR. ESQ.
(Admitted *Pro Hac Vice*)
john.sganga@kmob.com
LYNDA J. ZADRA-SYMES, ESQ.
(Admitted *Pro Hac Vice*)
lynda.zadra-symes@kmob.com
LAUREN K. KATZENELLENBOGEN, ESQ.
(Admitted *Pro Hac Vice*)
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor

Irvine, California  92614
(949) 760-0404  Telephone
(949) 760-9502  Facsimile

*Lead Trial Counsel for Plaintiff, Monster Energy Company f/k/a Hansen Beverage Company d/b/a Monster Beverage Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 20th day of December, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

<u>**/s/  RICHARD E. MITCHELL**</u>
RICHARD E. MITCHELL, ESQ.

PLAINTIFF MEC'S NOTICE OF FILING
*Monster Energy Company v. Consolidated Distributors, Inc., Mettemp, Inc., and David Baksht*
Case No. 6:11-CV-329-ORL-22DAB
Page 6

# Exhibit "1"

**From:**           david <davidlipsker@gmail.com>
**Sent:**           Monday, December 17, 2012 1:12 AM
**To:**             Paul.Stewart; John Paradis
**Subject:**        Fwd:


---------- Forwarded message ----------
From: **david** <davidlipsker@gmail.com>
Date: Sun, Dec 16, 2012 at 10:11 PM
Subject:
To: Moshe Mortner <mm@mortnerlaw.com>


you are instructed not to file any thing with any one regarding monster vs cdi et al
without my specific authorization, more over if you are sending me any thing do
not send it bcc only in the to sectiom


--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.


--
National Trademarks
718 363 9505 tel

1

212 444 1877 tel
212 202 4744 fax

------------------------------

This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

# Exhibit "2"

**From:**          david <davidlipsker@gmail.com>
**Sent:**          Monday, December 17, 2012 12:46 AM
**To:**            Paul.Stewart
**Subject:**       Fwd: Monster Energy Co. v. Consolidated Distributors, Inc. menahem not principle of cdi

---------- Forwarded message ----------
From: **david** <davidlipsker@gmail.com>
Date: Sun, Dec 16, 2012 at 9:42 PM
Subject: Fwd: Monster Energy Co. v. Consolidated Distributors, Inc. menahem not principle of cdi
To: John Paradis <jparadislaw@gmail.com>

---------- Forwarded message ----------
From: **david** <davidlipsker@gmail.com>
Date: Sun, Dec 16, 2012 at 9:42 PM
Subject: Re: Monster Energy Co. v. Consolidated Distributors, Inc.
To: John Paradis <jparadislaw@gmail.com>

john we agreed that if i were to allow your appearance
you were to show me all moving papers before filings
and i will then make a decision as to whether to allow
your appearance and its filing. this filing, moreover,
contains a misstatement, namely, that menachem
shneorson is or was a principle or officer  of cdi. the
    truth is that  he never was nor is now. i am the president
    and ceo of cdi, and, i insist that it so be stated. if not i
    will not authorise your appearance or that of mortner who
    was fired and not re hired  and will if necessary file with
    opposing counsel to file with  the court appropriate notices
that this or any other paper filed by you or mortner
is and was not authorised. iou gave me your word that
you will send me every moving paper foe review before
i authorise your appearance this filing is contrary to our
understanding and is a violation of that understanding
seems like mortner is playing games again. i will not allow
    it. if he continues, then, he canot hope that i will re hire
    him. call me regards david
    --------------------------------------------------------------------------------

1

Paul,
  this was not authorised by defendant consolidated distributors inc
  and should bedisregarded and not filed with the court. it was forwarded
  to you by a fired attorney, mortner,  without authoriztion of cdi
        ---------------------------------------------------------------------------------------------------------
        paul,

Attached is the Joint Pretrial Statement.  I have added in CDI's sections, and in the joint sections I have
redlined my changes.  I also created a section for a joint statement of contested facts.  It seemed to me that
the judge would want to see that we can agree on what it is we don't agree on.  I may need to make some
edits on this document tomorrow.

The Exhibit Lists and jury materials will follow tomorrow.

Moshe


--
Moshe Mortner, Esq.
MORTNER LAW OFFICE
The Trump Building
40 Wall Street, 28th Fl
New York, NY 10005
Tel. 646-820-8770
Fax 646-304-3169

 BS'D

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is

addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error,

please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any

hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from

your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------

This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

# Exhibit "3"

**From:**          david <davidlipsker@gmail.com>
**Sent:**          Monday, December 17, 2012 12:13 AM
**To:**            Paul.Stewart; John Paradis
**Subject:**       Re: Monster Energy Co. v. Consolidated Distributors, Inc.


Paul,
  this was not authorisedby defendant consolidated distributors in
  and should bedisregarded and not filoed with the court. it was forwarded
  to you by a fired attorney without authoriztion of cdi

Attached is the Joint Pretrial Statement.  I have added in CDI's sections, and in the joint sections I have
redlined my changes.  I also created a section for a joint statement of contested facts.  It seemed to me that the
judge would want to see that we can agree on what it is we don't agree on.  I may need to make some edits on
this document tomorrow.

The Exhibit Lists and jury materials will follow tomorrow.

Moshe


--
Moshe Mortner, Esq.
MORTNER LAW OFFICE
The Trump Building
40 Wall Street, 28th Fl
New York, NY 10005
Tel. 646-820-8770
Fax 646-304-3169

 BS'D

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


--
National Trademarks
718 363 9505 tel
212 444 1877 tel

212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

# Exhibit "4"

| | |
|---|---|
| **From:** | david <davidlipsker@gmail.com> |
| **Sent:** | Saturday, December 15, 2012 1:17 PM |
| **To:** | Paul.Stewart |
| **Subject:** | Fwd: monster energy vs consolidated et al.. |

to john paradis esq


you are not consolidated distributors inc.'s attorney
you were never hired by us. you were hired by a
fired attorney. if you think you were hired, then, this
is a notice that you are hereby fired from representation
of consolidated distributors inc. if you file any papers
on behalf of consolidated you will beheld fully accountable
we will file complaints with the courts and or the bar.
govern yourself accordingly.

david bakshtt , ceo and president of consolidate
distributors inc.

lipsker is anemailaddress only

------------------------------------------------------------------------------------

Please discontinue communications with Plainitff's attorneys until you
have, or caused to have, filed proper notices with the court through
the Clerk's Office.

On Fri, Dec 14, 2012 at 3:58 PM, david <davidlipsker@gmail.com> wrote:
> you may represent baksht individually
> you are notfiredfromhis representation
>
> davdi baksht
>
> --
> National Trademarks
> 718 363 9505 tel
> 212 444 1877 tel
> 212 202 4744 fax
> -----------------------------
> This e-mail, including any attachments, may contain confidential
> material and its transmission is not a waiver of that confidentiality.
> It is intended for the sole use of the person to whom it is
> addressed.  Any copying, disclosure, distribution or reliance on this
> material by anyone other than the intended recipient is strictly
> prohibited.  We assume no responsibility to persons other than the

1

> intended recipient.  If you have received this transmission in error,
> please notify the sender immediately by reply e-mail and destroy any
> hard copies you may have printed and remove all electronic copies from
> your hard drive, network or any other location where electronic
> information is stored.  Thank you.
>
>
>
>


--
John M. Paradis
Attorney at Law
Phone: 407-442-0301
Office:
1415 E. Robinson St.
Orlando, FL 32801

Mail:
P.O. Box 536202
Orlando, FL 32853

CONFIDENTIALITY NOTICE: The information and all attachments contained in
this electronic communication are legally privileged and confidential
information, subject to the attorney-client privilege and intended only for
the use of the intended recipients. If the reader of this message is not an
intended recipient, you are hereby notified that any review, use,
dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please notify
us immediately of the error by return e-mail and please permanently remove
any copies of this message from your system and do not retain any copies,
whether in electronic or physical form or otherwise.  Thank you.

IRS Circular 230 Disclosure: The views expressed in this E-mail or in
any attachments to it are not intended to constitute a reliance
opinion under applicable Treasury Regulations, and accordingly, are
not intended or written to be used, and may not be used or relied upon
for the purpose of avoiding tax related penalties that may be imposed
by the Internal Revenue Service or promoting, marketing or
recommending to another party any tax related matters that are
addressed in this communication.


--
National Trademarks
718 363 9505 tel
212 444 1877 tel

212 202 4744 fax

-------------------------------

This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax

-------------------------------

This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax

------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax

------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

# Exhibit "5"

**From:**          david <davidlipsker@gmail.com>
**Sent:**          Saturday, December 15, 2012 1:16 PM
**To:**            Paul.Stewart
**Subject:**       Fwd: monster energy vs consolidated et al.


---------- Forwarded message ----------
From: **david** <davidlipsker@gmail.com>
Date: Sat, Dec 15, 2012 at 10:14 AM
Subject: Fwd: monsteer energy vs consolidated et al
To: John Paradis <jparadislaw@gmail.com>


you are not consolidated distributors inc.'s attorney
you were never hired by us. you were hired by a
fired attorney. if you think you were hired, then, this
is a notice that you are hereby fired from representation
of consolidated distributors inc. if you file any papers
on behalf of consolidated you will beheld fully accountable
we will file complaints with the courts and or the bar.
govern yourself accordingly.

david bakshtt , ceo and president of consolidate
distributors inc.

lipsker is anemailaddress only

--------------------------------------------------------------------------------

Please discontinue communications with Plainitff's attorneys until you
have, or caused to have, filed proper notices with the court through
the Clerk's Office.

On Fri, Dec 14, 2012 at 3:58 PM, david <davidlipsker@gmail.com> wrote:
> you may represent baksht individually
> you are notfiredfromhis representation
>
> davdi baksht
>
> --
> National Trademarks
> 718 363 9505 tel
> 212 444 1877 tel

1

> 212 202 4744 fax
> ----------------------------
> This e-mail, including any attachments, may contain confidential
> material and its transmission is not a waiver of that confidentiality.
> It is intended for the sole use of the person to whom it is
> addressed.  Any copying, disclosure, distribution or reliance on this
> material by anyone other than the intended recipient is strictly
> prohibited.  We assume no responsibility to persons other than the
> intended recipient.  If you have received this transmission in error,
> please notify the sender immediately by reply e-mail and destroy any
> hard copies you may have printed and remove all electronic copies from
> your hard drive, network or any other location where electronic
> information is stored.  Thank you.
>
>
>
>


--
John M. Paradis
Attorney at Law
Phone: 407-442-0301
Office:
1415 E. Robinson St.
Orlando, FL 32801

Mail:
P.O. Box 536202
Orlando, FL 32853

CONFIDENTIALITY NOTICE: The information and all attachments contained in
this electronic communication are legally privileged and confidential
information, subject to the attorney-client privilege and intended only for
the use of the intended recipients. If the reader of this message is not an
intended recipient, you are hereby notified that any review, use,
dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please notify
us immediately of the error by return e-mail and please permanently remove
any copies of this message from your system and do not retain any copies,
whether in electronic or physical form or otherwise.  Thank you.

IRS Circular 230 Disclosure: The views expressed in this E-mail or in
any attachments to it are not intended to constitute a reliance
opinion under applicable Treasury Regulations, and accordingly, are
not intended or written to be used, and may not be used or relied upon
for the purpose of avoiding tax related penalties that may be imposed
by the Internal Revenue Service or promoting, marketing or
recommending to another party any tax related matters that are
addressed in this communication.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

# Exhibit "6"

| | |
|---|---|
| **From:** | david <davidlipsker@gmail.com> |
| **Sent:** | Friday, December 14, 2012 11:49 PM |
| **To:** | Paul.Stewart |
| **Subject:** | Re: your having no authority to represent consolidated distributors inc.. |

to; paul stewat esq

john m. paradis esq. was not duly hired by consolidated distributors, inc
to represent it in any way. he was hired by a fired attorney. read below.

## john m. paradis has no authority to represent consolidated distributors inc

--------------------------------------------------------------------------------------------------------------------------------.

JOHN M. PARADIS, ESQ.
Florida Bar No 15604
P. O. Box 536202
Orlando, FL  32853
Telephone: (407) 442-0301
Primary Email:  jparadislaw@gmail.com

## moshe mortner esq has and had no authority to engage your services on behalf of consolidated distributors inc.

--------------------------------------------------------------------------------------------------------------------------------

moshe mortner esq. was fired by consolidated distributors, inc. as attorney in the monster
energy vs consolidated distributors, inc. case long before he hired your services. he hired
your services after he was fired, and, had no authority to do so. if you think you were
hired, then, you are hereby fired from any representation of consolidated distributors inc.,
a ny corporation. do not,repeat, do not file any papers on behalf of consolidated
didtributors, inc.. mortner refuses to be fired despite the fact that he was, and may have to

1

pay for such refusal with his bar ticket.  if you think authority was given to you to represent our corporation, then any such authorization is here by withdrawn.

govern yourself accordingly,
david baksht, ceo, and,
president of consolidated
distributors, inc., a ny corp.
defendant in  monster
energy vs consolidated et al

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

# Exhibit "7"

| | |
|---|---|
| **From:** | david <davidlipsker@gmail.com> |
| **Sent:** | Friday, December 14, 2012 11:49 PM |
| **To:** | Paul.Stewart |
| **Subject:** | Re: your having no authority to represent consolidated distributors inc.. |

to; paul stewat esq

john m. paradis esq. was not duly hired by consolidated distributors, inc
to represent it in any way. he was hired by a fired attorney. read below.

## john m. paradis has no authority to represent consolidated distributors inc

-------------------------------------------------------------------------
-------------------------------------.

JOHN M. PARADIS, ESQ.
Florida Bar No 15604
P. O. Box 536202
Orlando, FL  32853
Telephone: (407) 442-0301
Primary Email:  jparadislaw@gmail.com

## moshe mortner esq has and had no authority to engage your services on behalf of consolidated distributors inc.

-------------------------------------------------------------------------
-------------------------------------

moshe mortner esq. was fired by consolidated distributors, inc. as attorney in the monster energy vs consolidated distributors, inc. case long before he hired your services. he hired your services after he was fired, and, had no authority to do so. if you think you were hired, then, you are hereby fired from any representation of consolidated distributors inc., a ny corporation. do not,repeat, do not file any papers on behalf of consolidated didtributors, inc.. mortner refuses to be fired despite the fact that he was, and may have to pay for such refusal with his bar ticket.  if you think authority was given to you to represent our corporation, then any such authorization is here by withdrawn.

govern yourself accordingly,
david baksht, ceo, and,
president of consolidated
distributors, inc., a ny corp.
defendant in  monster
energy vs consolidated et al

# Exhibit "8"

**From:**                      david <davidlipsker@gmail.com>
**Sent:**                        Friday, December 14, 2012 11:44 PM
**To:**                              Paul.Stewart
**Subject:**               Re: your having no authority to represent consolidated distributors inc.

<span style="color:purple">**to; paul stewat esq**</span>

<span style="color:purple">**john m. paradis esq. was not duly hired by consolidated distributors, inc
to represent it in any way. he was hired by a fired attorney. read below.**</span>

JOHN M. PARADIS, ESQ.
Florida Bar No 15604
P. O. Box 536202
Orlando, FL  32853
Telephone: (407) 442-0301
Primary Email:  jparadislaw@gmail.com

# moshe mortner esq has and had no authority to engage your services on behalf of consolidated distributors inc.

--------------------------------------------------------------------------------
---------------------------------------

moshe mortner esq. was fired by consolidated distributors, inc. as attorney in the monster
energy vs consolidated distributors, inc. case long before he hired your services. he hired
your services after he was fired, and, had no authority to do so. if you think you were hired,
then, you are hereby fired from any representation of consolidated distributors inc., a ny
corporation. do not,repeat, do not file any papers on behalf of consolidated didtributors, inc..
mortner refuses to be fired despite the fact that he was, and may have to pay for such refusal
with his bar ticket.  if you think authority was given to you to represent our corporation, then
any such authorization is here by withdrawn.

govern yourself accordingly,
david baksht, ceo, and,
president of consolidated
distributors, inc., a ny corp.
defendant in  monster
energy vs consolidated et al

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

2

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

# Exhibit "9"

**From:**          david <davidlipsker@gmail.com>
**Sent:**          Friday, December 14, 2012 11:43 PM
**To:**            Paul.Stewart
**Subject:**       Re: your having no authority to represent consolidated distributors inc.

**to; paul stewat esq**

**john m. paradis esq. was not duly hired by consolidated distributors, inc
to represent it in any way. he was hired bby a fired attorney. read below.**

JOHN M. PARADIS, ESQ.
Florida Bar No 15604
P. O. Box 536202
Orlando, FL  32853
Telephone: (407) 442-0301
Primary Email:  jparadislaw@gmail.com

# moshe mortner esq has and had no authority to engage your services on behalf of consolidated distributors inc.
-----------------------------------------------------------------------------------
------------------------------------

moshe mortner esq. was fired by consolidated distributors, inc. as attorney in the monster
energy vs consolidated distributors, inc. case long before he hired your services. he hired
your services after he was fired, and, had no authority to do so. if you think you were hired,
then, you are hereby fired from any representation of consolidated distributors inc., a ny
corporation. do not,repeat, do not file any papers on behalf of consolidated didtributors, inc..
mortner refuses to be fired despite the fact that he was, and may have to pay for such refusal
with his bar ticket.  if you think authority was given to you to represent our corporation, then
any such authorization is here by withdrawn.

govern yourself accordingly,
david baksht, ceo, and,
president of consolidated
distributors, inc., a ny corp.
defendant in  monster
energy vs consolidated et al

--
National Trademarks
718 363 9505 tel

1

212 444 1877 tel
212 202 4744 fax
------------------------------

This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------

This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel

212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax

------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax

------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------

This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------

This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential

material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

# Exhibit "10"

| | |
|---|---|
| **From:** | david <davidlipsker@gmail.com> |
| **Sent:** | Friday, December 14, 2012 3:45 PM |
| **To:** | Paul.Stewart |
| **Subject:** | Re: your having no authority to represent consolidated distributors inc |

JOHN M. PARADIS, ESQ.
Florida Bar No 15604
P. O. Box 536202
Orlando, FL  32853
Telephone: (407) 442-0301
Primary Email:  jparadislaw@gmail.com

# moshe mortner esq has and had no authority to engage your services on behalf of consolidated distributors inc.
--------------------------------------------------------------------------------
------------------------------------------

moshe mortner esq. was fired by consolidated distributors, inc. as attorney in the monster energy vs consolidated distributors, inc. case long before he hired your services. he hired your services after he was fired, and, had no authority to do so. if you think you were hired, then, you are hereby fired from any representation of consolidated distributors inc., a ny corporation. do not,repeat, do not file any papers on behalf of consolidated didtributors, inc.. mortner refuses to be fired despite the fact that he was, and may have to pay for such refusal with his bar ticket.  if you think authority was given to you to represent our corporation, then any such authorization is here by withdrawn.

govern yourself accordingly,
david baksht, ceo, and,
president of consolidated
distributors, inc., a ny corp.
defendant in  monster
energy vs consolidated et al

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------

1

This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential

material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality.

It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is

addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

# Exhibit "11"

**From:**       david <davidlipsker@gmail.com>
**Sent:**       Thursday, December 13, 2012 9:58 PM
**To:**         Paul.Stewart
**Subject:**    Re: Re; dismissal of Moshe Mortner from Consolidated vs. Monster Energy law suite.

mortner not authorized to act or negotiate
on behalf of consolidated distribbutors inc

## LAW OFFICES

### JON ARI LEFKOWITZ, P.C.
*1222 Ave M*
*Brooklyn, N.Y. 11230*
*(718)692-0459*
*(718) 376-2746* FAX

November 12, 2012

Moshe Mortner, Esq.

MORTNER LAW OFFICE

The Trump Building

40 Wall Street, 28th Fl

New York, NY 10005

Dear Mr. Mortner:

This office has been retained by Consolidated Distributors, INC. with respect to the pending case in the Middle District of Florida. Accordingly, please find enclosed a Notice of Discharge, signed by your erstwhile client. Your clients are very displeased that you have taken out a litigation loan on the case without Mr. Baksht's knowledge, and that you have misappropriated the monies from the trust account, and converted the monies to your own use, rather than for legitimate expenses.

What is more, you have caused a rift and machlokot between Menachem and Baksht, who were business associates, and which is contrary to halacha and Jewish law.

Additionally, you are not a partner in this case; you are only entitled to a share of the settlement, if any. It is Consolidated, which is the sole owner of the case.

You have also not communicated with Mr. Baksht, and this has motivated him to sever the relationship. Specifically, you did not forward to him each filing by Monster, nor show him every one of his filings before you filed them. Further, you have filed motions late, and were reprimanded by the judge.

There is one document that Menachem apparently stole from the office of Mr. Baksht, while he was asleep, and signed. Of course this is illegal, and your true client never did ratify this loan and that you have pressured him to steal from my office.

As a member of the bar, we hope you can and will account for the $150,000.00 you misappropriated, so that Mr. Baksht need not hold you responsible for malpractice, as well as pursue other remedies.

Sincerely,

Jon A. Lefkowitz

JAL:zb

Encl. 2

U.S. DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

x-------------------------------------------------------x

MONSTER ENERGY COMPANY,

f/k/a HANSEN BEVERAGE COMPANY,

d/b/a MONSTER BEVERAGE COMPANY

('MBC') Case No: 6:11-CV-329-ORL-22DAB

Plaintiff, NOTICE TO DISCHARGE

-against- ATTORNEY AND SUBSTITUTION OF ATTORNEY

CONSOLIDATED DISTRIBUTORS, INC.,

METTEMP, INC., JOE COOL, INC., JOE COOL BIKE

WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND

YOSEF AMAR;

Defendants.

x----------------------------------------------------------x

The undersigned Defendant hereby discharges Moshe Mortner, Esq., as of this date as attorney for defendant-counterclaimant Consolidated Distributors, Inc. It is hereby consented that Jon Lefkowitz will be substituted as attorney of record for the undersigned party in this action instead of Moshe Mortner, Esq., as of the date hereof.

Dated: November 8, 2012


        /jl/


_____

Brooklyn, NY Jon Lefkowitz, Esq.

1222 Ave. M, Suite 204

Brooklyn, N.Y. 11230

(718) 692-0459

/d baksht/

Defendant Consolidated Distributors, INC.,

By, David Baksht, ceo and president

**LAW OFFICES**

***J***

***ON ARI LEFKOWITZ, P.C.***

▬▬▬▬

1222 Ave. M

Suite 204

B

ROOKLYN, N.Y. 11230

(718) 692-0459

(718) 376-2746 FAX

- 

Admitted in N.Y., PA and MD

November 12, 2012

Moshe Mortner, Esq.

MORTNER LAW OFFICE

The Trump Building

40 Wall Street, 28th Fl

New York, NY 10005

Dear Mr. Mortner:

This office has been retained by Consolidated Distributors, INC. with respect to the pending case in the Middle District of Florida. Accordingly, please find enclosed a Notice of Discharge, signed by your erstwhile client. Your clients are very displeased that you have taken out a litigation loan on the case without Mr. Baksht's knowledge, and that you have misappropriated the monies from the trust account, and converted the monies to your own use, rather than for legitimate expenses.

What is more, you have caused a rift and machlokot between Menachem and Baksht, who were business associates, and which is contrary to halacha and Jewish law.

Additionally, you are not a partner in this case; you are only entitled to a share of the settlement, if any. It is Consolidated, which is the sole owner of the case.

You have also not communicated with Mr. Baksht, and this has motivated him to sever the relationship. Specifically, you did not forward to him each filing by Monster, nor show him every one of his filings before you filed them. Further, you have filed motions late, and were reprimanded by the judge.

There is one document that Menachem apparently stole from the office of Mr. Baksht, while he was asleep, and signed. Of course this is illegal, and your true client never did ratify this loan and that you have pressured him to steal from my office.

As a member of the bar, we hope you can and will account for the $150,000.00 you misappropriated, so that Mr. Baksht need not hold you responsible for malpractice, as well as pursue other remedies.

Sincerely,

Jon A. Lefkowitz

JAL:zb

Encl. 2

U.S. DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

x--------------------------------------------------------x

MONSTER ENERGY COMPANY,

f/k/a HANSEN BEVERAGE COMPANY,

d/b/a MONSTER BEVERAGE COMPANY

('MBC') Case No: 6:11-CV-329-ORL-22DAB

Plaintiff, NOTICE TO DISCHARGE

-against- ATTORNEY AND SUBSTITUTION OF ATTORNEY

CONSOLIDATED DISTRIBUTORS, INC.,

METTEMP, INC., JOE COOL, INC., JOE COOL BIKE

WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND

YOSEF AMAR;

Defendants.

x--------------------------------------------------------x

The undersigned Defendant hereby discharges Moshe Mortner, Esq., as of this date as attorney for defendant-counterclaimant Consolidated Distributors, Inc. It is hereby consented that Jon Lefkowitz will be substituted as attorney of record for the undersigned party in this action instead of Moshe Mortner, Esq., as of the date hereof.

Dated: November 8, 2012 _____

Brooklyn, NY Jon Lefkowitz, Esq.

1222 Ave. M, Suite 204

Brooklyn, N.Y. 11230

(718) 692-0459

/d baksht/

Defendant Consolidated Distributors, INC.,

By, David Baksht, ceo and president

November 12, 2012

Moshe Mortner, Esq.

MORTNER LAW OFFICE

The Trump Building

40 Wall Street, 28th Fl

New York, NY 10005

Dear Mr. Mortner:

This office has been retained by Consolidated Distributors, INC. with respect to the pending case in the Middle District of Florida. Accordingly, please find enclosed a Notice of Discharge, signed by your erstwhile client. Your clients are very displeased that you have taken out a litigation loan on the case without Mr. Baksht's knowledge, and that you have misappropriated the monies from the trust account, and converted the monies to your own use, rather than for legitimate expenses.

What is more, you have caused a rift and machlokot between Menachem and Baksht, who were business associates, and which is contrary to halacha and Jewish law.

Additionally, you are not a partner in this case; you are only entitled to a share of the settlement, if any. It is Consolidated, which is the sole owner of the case.

You have also not communicated with Mr. Baksht, and this has motivated him to sever the relationship. Specifically, you did not forward to him each filing by Monster, nor show him every one of his filings before you filed them. Further, you have filed motions late, and were reprimanded by the judge.

There is one document that Menachem apparently stole from the office of Mr. Baksht, while he was asleep, and signed. Of course this is illegal, and your true client never did ratify this loan and that you have pressured him to steal from my office.

As a member of the bar, we hope you can and will account for the $150,000.00 you misappropriated, so that Mr. Baksht need not hold you responsible for malpractice, as well as pursue other remedies.

Sincerely,

Jon A. Lefkowitz

JAL:zb

Encl. 2

U.S. DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

x--------------------------------------------------------x

MONSTER ENERGY COMPANY,

f/k/a HANSEN BEVERAGE COMPANY,

d/b/a MONSTER BEVERAGE COMPANY

('MBC') Case No: 6:11-CV-329-ORL-22DAB

Plaintiff, NOTICE TO DISCHARGE

-against- ATTORNEY AND SUBSTITUTION OF ATTORNEY

CONSOLIDATED DISTRIBUTORS, INC.,

METTEMP, INC., JOE COOL, INC., JOE COOL BIKE

WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND

YOSEF AMAR;

Defendants.

x----------------------------------------------------------x

The undersigned Defendant hereby discharges Moshe Mortner, Esq., as of this date as attorney for defendant-counterclaimant Consolidated Distributors, Inc. It is hereby consented that Jon Lefkowitz will be substituted as attorney of record for the undersigned party in this action instead of Moshe Mortner, Esq., as of the date hereof.

Dated: November 8, 2012 _____

Brooklyn, NY Jon Lefkowitz, Esq.

1222 Ave. M, Suite 204

Brooklyn, N.Y. 11230

(718) 692-0459

/d baksht/

Defendant Consolidated Distributors, INC.,

By, David Baksht, ceo and president


--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------
This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
------------------------------

This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

# Exhibit "12"

| | |
|---|---|
| **From:** | david <davidlipsker@gmail.com> |
| **Sent:** | Thursday, December 13, 2012 9:56 PM |
| **To:** | Paul.Stewart |
| **Subject:** | Re: Re; dismissal of Moshe Mortner from Consolidated vs. Monster Energy law suite |

On Thu, Nov 15, 2012 at 7:33 PM, david <davidlipsker@gmail.com> wrote:

**LAW OFFICES**

**_JON ARI LEFKOWITZ, P.C._**
**_1222 Ave M_**
**_Brooklyn, N.Y. 11230_**
**_(718)692-0459_**
**_(718) 376-2746_** FAX

November 12, 2012

Moshe Mortner, Esq.

MORTNER LAW OFFICE

The Trump Building

40 Wall Street, 28th Fl

New York, NY 10005

 Dear Mr. Mortner:

This office has been retained by Consolidated Distributors, INC. with respect to the pending case in the Middle District of Florida. Accordingly, please find enclosed a Notice of Discharge, signed by your erstwhile client. Your clients are very displeased that you have taken out a litigation loan on the case without Mr. Baksht's knowledge, and that you have misappropriated the monies from the trust account, and converted the monies to your own use, rather than for legitimate expenses.

What is more, you have caused a rift and machlokot between Menachem and Baksht, who were business associates, and which is contrary to halacha and Jewish law.

1

Additionally, you are not a partner in this case; you are only entitled to a share of the settlement, if any. It is Consolidated, which is the sole owner of the case.

You have also not communicated with Mr. Baksht, and this has motivated him to sever the relationship. Specifically, you did not forward to him each filing by Monster, nor show him every one of his filings before you filed them. Further, you have filed motions late, and were reprimanded by the judge.

There is one document that Menachem apparently stole from the office of Mr. Baksht, while he was asleep, and signed. Of course this is illegal, and your true client never did ratify this loan and that you have pressured him to steal from my office.

As a member of the bar, we hope you can and will account for the $150,000.00 you misappropriated, so that Mr. Baksht need not hold you responsible for malpractice, as well as pursue other remedies.

Sincerely,

Jon A. Lefkowitz

JAL:zb

Encl. 2

U.S. DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

x--------------------------------------------------------x

MONSTER ENERGY COMPANY,

f/k/a HANSEN BEVERAGE COMPANY,

d/b/a MONSTER BEVERAGE COMPANY

('MBC') Case No: 6:11-CV-329-ORL-22DAB

Plaintiff, NOTICE TO DISCHARGE

-against- ATTORNEY AND SUBSTITUTION OF ATTORNEY

CONSOLIDATED DISTRIBUTORS, INC.,

METTEMP, INC., JOE COOL, INC., JOE COOL BIKE

WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND

YOSEF AMAR;

Defendants.

x-----------------------------------------------------------x

The undersigned Defendant hereby discharges Moshe Mortner, Esq., as of this date as attorney for defendant-counterclaimant Consolidated Distributors, Inc. It is hereby consented that Jon Lefkowitz will be substituted as attorney of record for the undersigned party in this action instead of Moshe Mortner, Esq., as of the date hereof.

Dated: November 8, 2012

/jl/

_____

Brooklyn, NY Jon Lefkowitz, Esq.

1222 Ave. M, Suite 204

Brooklyn, N.Y. 11230

(718) 692-0459

/d baksht/

Defendant Consolidated Distributors, INC.,

By, David Baksht, ceo and president

**LAW OFFICES**

*J*

*ON ARI LEFKOWITZ, P.C.*

**_____**

1222 Ave. M

Suite 204

B

ROOKLYN, N.Y. 11230

(718) 692-0459

(718) 376-2746 FAX

- 

Admitted in N.Y., PA and MD

November 12, 2012

Moshe Mortner, Esq.

MORTNER LAW OFFICE

The Trump Building

40 Wall Street, 28th Fl

New York, NY 10005

Dear Mr. Mortner:

This office has been retained by Consolidated Distributors, INC. with respect to the pending case in the Middle District of Florida. Accordingly, please find enclosed a Notice of Discharge, signed by your erstwhile client. Your clients are very displeased that you have taken out a litigation loan on the case without Mr. Baksht's knowledge, and that you have misappropriated the monies from the trust account, and converted the monies to your own use, rather than for legitimate expenses.

What is more, you have caused a rift and machlokot between Menachem and Baksht, who were business associates, and which is contrary to halacha and Jewish law.

Additionally, you are not a partner in this case; you are only entitled to a share of the settlement, if any. It is Consolidated, which is the sole owner of the case.

You have also not communicated with Mr. Baksht, and this has motivated him to sever the relationship. Specifically, you did not forward to him each filing by Monster, nor show him every one of his filings before you filed them. Further, you have filed motions late, and were reprimanded by the judge.

There is one document that Menachem apparently stole from the office of Mr. Baksht, while he was asleep, and signed. Of course this is illegal, and your true client never did ratify this loan and that you have pressured him to steal from my office.

As a member of the bar, we hope you can and will account for the $150,000.00 you misappropriated, so that Mr. Baksht need not hold you responsible for malpractice, as well as pursue other remedies.

Sincerely,

Jon A. Lefkowitz

JAL:zb

Encl. 2

U.S. DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

x---------------------------------------------------------x

MONSTER ENERGY COMPANY,

f/k/a HANSEN BEVERAGE COMPANY,

d/b/a MONSTER BEVERAGE COMPANY

('MBC') Case No: 6:11-CV-329-ORL-22DAB

Plaintiff, NOTICE TO DISCHARGE

-against- ATTORNEY AND SUBSTITUTION OF ATTORNEY

CONSOLIDATED DISTRIBUTORS, INC.,

METTEMP, INC., JOE COOL, INC., JOE COOL BIKE

WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND

YOSEF AMAR;

Defendants.

x---------------------------------------------------------x

The undersigned Defendant hereby discharges Moshe Mortner, Esq., as of this date as attorney for defendant-counterclaimant Consolidated Distributors, Inc. It is hereby consented that Jon Lefkowitz will be substituted as attorney of record for the undersigned party in this action instead of Moshe Mortner, Esq., as of the date hereof.

Dated: November 8, 2012 _____

Brooklyn, NY Jon Lefkowitz, Esq.

1222 Ave. M, Suite 204

Brooklyn, N.Y. 11230

(718) 692-0459

/d baksht/

Defendant Consolidated Distributors, INC.,

By, David Baksht, ceo and president

November 12, 2012

Moshe Mortner, Esq.

MORTNER LAW OFFICE

The Trump Building

40 Wall Street, 28th Fl

New York, NY 10005

Dear Mr. Mortner:

This office has been retained by Consolidated Distributors, INC. with respect to the pending case in the Middle District of Florida. Accordingly, please find enclosed a Notice of Discharge, signed by your erstwhile client. Your clients are very displeased that you have taken out a litigation loan on the case without Mr. Baksht's knowledge, and that you have misappropriated the monies from the trust account, and converted the monies to your own use, rather than for legitimate expenses.

What is more, you have caused a rift and machlokot between Menachem and Baksht, who were business associates, and which is contrary to halacha and Jewish law.

Additionally, you are not a partner in this case; you are only entitled to a share of the settlement, if any. It is Consolidated, which is the sole owner of the case.

You have also not communicated with Mr. Baksht, and this has motivated him to sever the relationship. Specifically, you did not forward to him each filing by Monster, nor show him every one of his filings before you filed them. Further, you have filed motions late, and were reprimanded by the judge.

There is one document that Menachem apparently stole from the office of Mr. Baksht, while he was asleep, and signed. Of course this is illegal, and your true client never did ratify this loan and that you have pressured him to steal from my office.

As a member of the bar, we hope you can and will account for the $150,000.00 you misappropriated, so that Mr. Baksht need not hold you responsible for malpractice, as well as pursue other remedies.

Sincerely,

Jon A. Lefkowitz

JAL:zb

Encl. 2

U.S. DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

x--------------------------------------------------------x

MONSTER ENERGY COMPANY,

f/k/a HANSEN BEVERAGE COMPANY,

d/b/a MONSTER BEVERAGE COMPANY

('MBC') Case No: 6:11-CV-329-ORL-22DAB

Plaintiff, NOTICE TO DISCHARGE

-against- ATTORNEY AND SUBSTITUTION OF ATTORNEY

CONSOLIDATED DISTRIBUTORS, INC.,

METTEMP, INC., JOE COOL, INC., JOE COOL BIKE

WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND

YOSEF AMAR;

Defendants.

x--------------------------------------------------------x

The undersigned Defendant hereby discharges Moshe Mortner, Esq., as of this date as attorney for defendant-counterclaimant Consolidated Distributors, Inc. It is hereby consented that Jon Lefkowitz will be substituted as attorney of record for the undersigned party in this action instead of Moshe Mortner, Esq., as of the date hereof.

Dated: November 8, 2012 _____

Brooklyn, NY Jon Lefkowitz, Esq.

1222 Ave. M, Suite 204

Brooklyn, N.Y. 11230

(718) 692-0459

/d baksht/

Defendant Consolidated Distributors, INC.,

By, David Baksht, ceo and president


--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------
This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed.  Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited.  We assume no responsibility to persons other than the intended recipient.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------

This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed. Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited. We assume no responsibility to persons other than the intended recipient. If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored. Thank you.

--
National Trademarks
718 363 9505 tel
212 444 1877 tel
212 202 4744 fax
-------------------------------

This e-mail, including any attachments, may contain confidential material and its transmission is not a waiver of that confidentiality. It is intended for the sole use of the person to whom it is addressed. Any copying, disclosure, distribution or reliance on this material by anyone other than the intended recipient is strictly prohibited. We assume no responsibility to persons other than the intended recipient. If you have received this transmission in error, please notify the sender immediately by reply e-mail and destroy any hard copies you may have printed and remove all electronic copies from your hard drive, network or any other location where electronic information is stored. Thank you.