

Moshe Mortner <moshemortner@gmail.com>

## Jury Instructions and other Pretrial Documents

**Paul.Stewart** <Paul.Stewart@knobbe.com>   Fri, Dec 14, 2012 at 4:43 PM
To: Moshe Mortner <moshemortner@gmail.com>, "jparadislaw@gmail.com" <jparadislaw@gmail.com>
Cc: "John.Sganga" <John.Sganga@knobbe.com>, "Richard (\"Rick\") E. Mitchell, Esq." <Rick.Mitchell@gray-robinson.com>

Dear Moshe and John,

   We still have not received any jury instructions from you regarding the Defendants' counterclaims for relief. Our plan was to propose to you our own instructions relating to our affirmative defenses to the Defendants' counterclaims after receiving your instructions. We now do not have sufficient time to do this. Accordingly, I am attaching Plaintiff's jury instructions regarding its affirmative defenses to the Defendants' counterclaims. We necessarily prepared these instructions in the dark, without the benefit of the Defendants' proposed instructions on its own claims. Accordingly, we reserve the right to propose more or different instructions on our affirmative defenses if and when we receive the Defendants' jury instructions on its counterclaims.

   We also have not received any input from you regarding the remaining pretrial documents, all of which are due on Monday. In particular, we have not received any input on (a) the Joint Pretrial Statement, including our proposed Stipulated Facts and Agreed Upon Principles of Law, (b) our proposed jury instructions regarding MEC's claims for relief, (c) MEC's proposed verdict form, and (d) MEC's proposed voir dire questions.

   At this point, we are doubtful that it will be feasible for us to prepare a joint document by Monday. To prepare the joint filing for Monday, we would need to (a) receive from you all of your portions of the Joint Pretrial Statement in time for us to insert them into the joint document, (b) receive from you your proposed Stipulated Facts and Agreed Upon Principles of Law in time for us to decide whether we can agree to them, (c) receive your objections to our proposed jury instructions, (d) receive your proposed jury instructions in time for us to prepare our objections to your jury instructions and to prepare alternative instructions, (e) receive your input on our proposed verdict form in time for us to negotiate a jointly proposed verdict form, and (f) receive your input on the voir dire questions in time for us to negotiate a joint set of voir dire questions. We are particularly concerned about the possibility of receiving from you a set of jury instructions without any time for us to prepare objections or to propose alternative jury instructions.

   As a result, we are now preparing to follow Chief Judge Conway's suggestion at the Daubert hearing by preparing a motion for leave to file a unilateral pretrial statement. We, of course, would prefer to avoid this and to file a joint statement. Please let us know immediately when you plan to get to us each of the materials described above so that we can plan accordingly. Thank you.

Paul


**Paul Stewart**
Partner
Paul.Stewart@knobbe.com
949-721-2886 Direct



INTELLECTUAL PROPERTY LAW
**five decades. one focus.**

2040 Main Street, 14th Floor
Irvine, CA 92614

www.knobbe.com/paul-stewart

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**DRAFT Monster Jury Instructions - Defenses to CDI_s Claims.DOC**
53K