

Moshe Mortner <moshemortner@gmail.com>

## Trial Exhibits

**Paul.Stewart** <Paul.Stewart@knobbe.com>  Wed, Dec 12, 2012 at 7:38 PM
To: Moshe Mortner <moshemortner@gmail.com>
Cc: 2lxk <2LXK@knobbe.com>, "John.Sganga" <John.Sganga@knobbe.com>

Moshe,

Since many of the exhibits on our Exhibit List are videos, we have decided to send the full set of exhibits to you electronically, rather than on paper.  We are sending out tonight by Fed Ex a thumb drive that includes all of our exhibits, including documents and videos.  You should receive it tomorrow.  Simply plug it into a USB port on your computer, and you will have access to all the exhibits.  If you have any questions, please let me know.

Paul

**Paul Stewart**
Partner

Paul.Stewart@knobbe.com

949-721-2886 Direct

**Knobbe | Martens**

**INTELLECTUAL PROPERTY LAW**

**five decades. one focus.**

2040 Main Street, 14th Floor
Irvine, CA 92614

www.knobbe.com/paul-stewart


NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.