

Moshe Mortner <moshemortner@gmail.com>

## Monster Energy Co. v. Consolidated Distributors, Inc., Local Rule 3.01(g)

**Moshe Mortner** <moshemortner@gmail.com>                                    Thu, Dec 20, 2012 at 1:05 PM
To: "Paul.Stewart" <paul.stewart@knobbe.com>

Dear Paul,

I am writing to memorialize our conversation of yesterday.  You called me, pursuant to Local Rule 3.01(g), to ask whether I would consent to a motion Plaintiff is planning to file which would be a motion to strike Defendants' jury instructions that are additional to the Joint Jury Instructions that were submitted to the Court.  You stated that although Defendants' additional jury instructions were timely submitted by Defendants (10:41 pm on December 17, 2012), nevertheless, you feel that due to the lateness in the day, Plaintiff was not afforded sufficient time to include objections to these jury instructions in the Joint Pretrial Statement.

My response to your proposed motion is that Defendants will stipulate to Plaintiff submitting objections to these jury instructions now.  This would give you the relief you are seeking without creating additional motion practice.

Your sincerely,
Moshe

--
Moshe Mortner, Esq.
**MORTNER LAW OFFICE**
The Trump Building
40 Wall Street, 28th Fl
New York, NY 10005
Tel. 646-820-8770
Fax 646-304-3169

 BS'D

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.