

Moshe Mortner <moshemortner@gmail.com>

## Monster Energy Co. v. Consolidated Distributors, Inc., Local Rule 3.01(g)

**Paul.Stewart** <Paul.Stewart@knobbe.com>  Thu, Dec 20, 2012 at 7:16 PM
To: Moshe Mortner <moshemortner@gmail.com>
Cc: "John.Sganga" <John.Sganga@knobbe.com>

Dear Moshe,

   Thank you for the email.  Our client has considered but declined your proposal.  We believe that both sets of jury instructions were untimely, as the Case Management and Scheduling Order contemplates the parties working together well in advance of the December 17 filing deadline to prepare a joint set of jury instructions.  The Case Management and Scheduling Order also requires the case to be ready for trial by December 17.  This is inconsistent with your proposal to reopen the period for preparing objections to jury instructions.  Accordingly, we are planning to proceed with our motion.  Because we believe that the Defendants have not properly filed any jury instructions relating to their counterclaims, we will also be asking the Court to preclude CDI from presenting its counterclaims to the jury.

   On a separate matter, you had asked about confidentiality at the upcoming January 8th hearing.  We have no objection to your submission of in camera materials to the Court for its consideration, either before or at the January 8th hearing.  However, our client would like to be represented by counsel at the hearing.  Therefore, we would oppose any request to designate the entire hearing as ex parte.

Paul

---

**From:** Moshe Mortner [mailto:moshemortner@gmail.com]
**Sent:** Thursday, December 20, 2012 10:05 AM
**To:** Paul.Stewart
**Subject:** Monster Energy Co. v. Consolidated Distributors, Inc., Local Rule 3.01(g)

[Quoted text hidden]

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.