# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MONSTER ENERGY COMPANY**
*d/b/a*
**Monster Beverage Company**
*f/k/a*
**Hansen Beverage Company**

Plaintiff,

-vs-                                             Case No. 6:11-cv-329-Orl-22DAB

**CONSOLIDATED DISTRIBUTORS, INC.;
METTEMP INC.; DAVID BAKSHT a/k/a
David Lipsker, a/k/a David Bakshet, a/k/a
David Bakht, a/k/a DM Shneerson, a/k/a
David Shneorson,**

Defendants.

| JUDGE | **David A. Baker** | DATE AND TIME | January 8, 2013 10:00-10:30 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | digital |
| COUNSEL/PLTF. | Rick Mitchell<br>Paul Stewart | COUNSEL/DEFT. | Moshe Mortner<br>John Paradis<br>Abraham Neuhaus |

# CLERK'S MINUTES
## ATTORNEY HEARING

Case called, appearances taken
Procedural setting by Court
Defense outlines attorney issues
Plaintiff responds
Court to issue Order to Show Cause returnable 1/10/13 at noon
Plaintiff comments