**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---------------------------------------------------------

| | |
|---|---|
| **MONSTER ENERGY COMPANY** : | |
| *d/b/a* **Monster Beverage Company** : | |
| *f/k/a* **Hansen Beverage Company** : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action |
| : | **Case No. 6:11-cv-329-Orl-22DAB** |
| **CONSOLIDATED DISTRIBUTORS, INC.**: | |
| **METTEMP INC.; DAVID BAKSHT a/k/a** : | |
| David Lipsker, a/k/a David Bakshet, a/k/a : | **NOTICE OF LIMITED** |
| David Bakht, a/k/a DM Shneerson, a/k/a : | **APPEARANCE PURSUANT TO** |
| David Shneorson,, : | **LOCAL RULE 2.03(a)** |
| : | |
| Defendants. : | |

---------------------------------------------------------

**PLEASE TAKE NOTICE,** that Abraham Neuhaus Esq. of Neuhaus & Yacoob LLC, an attorney duly admitted to practice before the Courts of the State of Florida and the Middle District of Florida, hereby appears in this action (at the present time) pursuant to Local Rule 2.03(a) for the limited purpose of representing Defendants Consolidated Distributors Inc., and David Baksht interests in the hearing held before the Honorable Judge David A. Baker on January 9, 2013 and by direction of this Courts' Order To Show Cause of said date, for the purpose of responding to this Courts motion. As the accompanying response demonstrates, the undersigned has been retained as counsel for said defendants and is the only attorney duly authorized by Defendants to appear in this action at this time.

Dated: Brooklyn, New York
      January 10, 2013

                                                        **NEUHAUS & YACOOB LLC.**

                                  By:   /S/ Abraham Neuhaus_____
                                                Abraham Neuhaus, Esq.
                                                Neuhaus & Yacoob LLC
                                                Florida Bar Id: 0095684

1222 Avenue M, Suite 207  
Brooklyn, New York 11230  
Tel: (718) 975-1123  
Fax: (646) 349-1381  
Email: an@neuyac.com  
Attorneys for Defendants

## CERTIFICATE OF SERVICE

Abraham Neuhaus, Esq. hereby certifies as follows:

1. I am a partner with the law firm of Neuhaus & Yacoob LLC, attorneys for both Defendants.

2. On January 10, 2013, I caused a true copy of the accompanying notice of limited appearance upon the Clerk of Court and all electronic filers in the within action via electronic filing (CM/ECF) system.

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Brooklyn, New York  
January 10, 2013

**NEUHAUS & YACOOB LLC.**

By:   /S/ Abraham Neuhaus  
Abraham Neuhaus, Esq.  
Neuhaus & Yacoob LLC  
Florida Bar Id: 0095684  
1222 Avenue M, Suite 207  
Brooklyn, New York 11230  
Tel: (718) 975-1123  
Fax: (646) 349-1381  
Email: an@neuyac.com  
Attorneys for Defendants