# EXHIBIT "A"

# ATTORNEY RETAINER AGREEMENT

This Attorney Retainer Agreement is entered on this 10th day of February 2012, by and between the following parties:

> The Mortner Law Offices ("Attorney"), with offices at 40 Wall Street, 28th Floor, New York, NY 10005, represented by Moshe Mortner, Esq.;

and the following clients (referred to together as the "Client"):

> David Baksht, Consolidated Distributors, Inc., , each with offices at 719 Eastern Parkway, Apartment 4, Brooklyn, NY 11213;

RECITALS

WHEREAS, Client has been sued in a trademark infringement action by Hansen Beverage Company d/b/a Monster Beverage Company ( "Monster") in the United States District Court for the Middle District of Florida, and a Default Judgment has been entered against Client therein. Client wishes to move to vacate the default and assert defenses and counterclaims in the Monster action (the "Action");

WHEREAS, Client's primary objective is to procure a monetary settlement from Monster;

WHEREAS, Client wishes to retain Attorney as counsel to represent Client in connection with the foregoing; and

NOW, THEREFORE, in consideration of the foregoing, Client and Attorney mutually agree as follows:

## I. Retention

The undersigned Client hereby retains Attorney to appear on Client's behalf to move to vacate the default, defend against Monster's trademark infringement claims, assert counterclaims and negotiate with Monster any potential settlement.

## II. Fees

In consideration of the services to be rendered by Attorney, Client agrees to pay the following fees:

### a. Local Counsel's Fee

Because the Action is pending in the State of Florida, Attorney is required to retain local Florida Counsel. The role of local counsel will be limited to the minimum

requirements of a local counsel. Attorney intends to retain The Mackey Law Group, located at 1402 Third Avenue West, Bradenton, FL 34205, with whom Attorney has a prior working relation. The Mackey Law Group will bill by the hour, and requires an initial $2,500 retainer. Attorney does not anticipate that The Mackey Law Group will require the retainer to be replenished in the course of this action. Client shall pay the initial retainer of The Mackey Law Group, which is necessary for Attorney's appearance in the Action on behalf of Client as counsel, pro hac vice.

b. **Contingency Fee**

Client shall pay contingency fees upon the following terms:

A Contingency Fee of fifty percent (50%) of any money received in connection with defense of the Action and/or the prosecution of counterclaims in the Action, through settlement, award or judgment (the "Recovery"). Such percent shall be computed on the net sum recovered after deducting from Recovery expenses and disbursements for local counsel fees, travel, expert testimony and investigative or other services properly chargeable to the defense of the Action or prosecution of the counterclaims therein.

Client hereby agrees that Attorney is authorized to hold and retain the Contingency Fee out of any moneys that may come into Attorney's possession as a result of the Action.

III. **Expenses and Disbursements**

Limited to $2500 - total

Expenses and disbursements, including but not limited to, local counsel fees, travel expenses, expert testimony and investigative or other services properly chargeable to the Action shall be paid by Client. No expense, with the exception of local counsel fees, hotel and airline tickets, greater than $250 shall be incurred without Client's prior approval.

The ultimate control of Client's defense and counterclaims in the Action, including the consummation of any settlements thereof, remains exclusively in the hands of the Client. Attorney shall request Client's direction in all decisions pertaining to the Action, and with regard to the assertion of any counterclaims.

Please be advised that Client has the right to terminate this attorney-client relationship for any reason, and at any time., in which case Attorney may have a claim for quantum meruit and an attorney's lien on files to the extent permitted by law.

**Attorney Retainer Agreement**
**Page 3 of 3**

The Attorney and Client hereby execute this Attorney Retainer Agreement in several counterparts, any executed copy of which shall be considered for all purposes as an original.

IN AGREEMENT WHEREOF, the parties have affixed their signatures as of the date above stated.

THE MORTNER LAW OFFICES

By: ______________________
**Moshe Mortner**

______________________
David Baksht

CONSOLIDATED DISTRIBUTORS, INC.

By: ______________________