**EXHIBIT "H"**

John Sherriff
Incline Texas, LLC
774 Mays Blvd, Suite #10
Incline Village, NV 89451

email: infoLTF@gmail.com
tel: 530-409-8207

December 5, 2012

New York District Attorney's Office
Investigations Bureau
Special Prosecutions Bureau
Downtown Office
80 Centre Street, 6th Floor
New York, NY 10013

Re: Fraud and theft by attorney Moshe Mortner

Dear Sir or Madame;

Enclosed is a copy of a grievance complaint and supporting documents which are also being sent on this date to the appropriate New York Bar committees for their investigation. I am requesting a full investigation into the matter since it is clear that I was lied to from the onset and fraudulently induced to provide funding to attorney Mortner when there was no authorization from his client to do so.

It is my understanding and belief that he has embezzled as much as $150,000 which was to be used soley for costs incurred in litigation where he was counsel but has converted the funds for his personal use.

I look forward to your response.

Very Truly Yours,

John Sherriff

Enclosures: Grievance Complaint and Supporting Documentation