**EXHIBIT "I"**

From: david <davidlipsker@gmail.com>
To: Moshe Mortner <mm@mortnerlaw.com>
Subject: confirmation of your dismissal as attorney for consolidated distributors inc in the monster energy vs consolidated distributors et al case
Date: Wed, Jan 9, 2013 1:42 am

# consolidated distributors, inc.

719 eastern parkway, st, 3
bklyn, ny, 11213

to; moshe mortner, esq.
40 wall st., ny, ny

mr. mortner

re; confirmation of your dismissal as attorney for consolidated distributors inc in the monster energy vs consolidated distributors et al
    case

---

this is to confirm that we have fired you from any representation of our co. consolidated distributors, inc " cdi"

notwithstanding termination of you employment as attorney for cdi, you have continued to represent cdi without authority,

demand is hereby made that you immediately cease any representation of cdi. do not make appearances in court or otherwise in any forum purporting to represent cdi, which you have no authority to do.

if you think that you have authority to represent cdi, then, such authority is again withdrawn.

we must be clear about this. you are not to represent cdi whether in court or other wise. you are not to negotite on behalf of cdi eith any one.

any representation to any one by you or any one else that you represent cdi or are empowered to negotiate on behalf of cdi or settle cases or issues on behalf of cdi would be a fraudulent representation for which we will take serious legal action.o act on behalf of consolidated distributors, inc. a ny co.

we urge you to cease misrepresenting to any one that you have any kind of authority to act on behalf of cdi. such misrepresentation is, and would be violative of the bar rules and the law, since you do not have any such authority

govern yourself accordingly

/d/id b

---

david baksrht
ceo, and pres. of
consolidated distributors, inc.

--
National Trademarks
718 363 9505 tel

**From:** david <davidlipsker@gmail.com>
**To:** ▆▆▆▆▆ <▆▆▆▆▆▆▆▆▆▆▆>
**Subject:** Re: confirmation of your dismissal as attorney for consolidated distributors inc in the monster energy vs consolidated distributors et al case
**Date:** Wed, Jan 9, 2013 1:52 am

On Wed, Jan 9, 2013 at 2:52 AM, david <davidlipsker@gmail.com> wrote:

## consolidated distributors, inc.
719 eastern parkway, st, 3
bklyn, ny, 11213

to; moshe mortner, esq.
40 wall st., ny, ny

mr. mortner

re; confirmation of your dismissal as attorney for consolidated distributors inc in the monster energy vs consolidated distributors et al case

---

this is to confirm that we have fired you from any representation of our co. consolidated distributors, inc " cdi"

notwithstanding termination of you employment as attorney for cdi, you have continued to represent cdi without authority,

demand is hereby made that you immediately cease any representation of cdi. do not make appearances in court or otherwise in any forum purporting to represent cdi, which you have no authority to do.

if you think that you have authority to represent cdi, then, such authority is again withdrawn.

we must be clear about this. you are not to represent cdi whether in court or other wise. you are not to negotite on behalf of cdi with any one whatsoever.

any representation to any one by you or any one else that you represent cdi or are empowered to negotiate on behalf of cdi or settle cases or issues on behalf of cdi would be a fraudulent representation for which we will take serious legal action.o act on behalf of consolidated distributors, inc. a ny co.

we urge you to cease misrepresenting to any one that you have any kind of authority to act on behalf of cdi.
such misrepresentation is and would be violative of the bar rules and the law, since you do not have any such authority

govern yourself accordingly

/d/id b
-------------------------------------
david baksrht
ceo, and pres. of
consolidated distributors, inc.

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

**From:** david <davidlipsker@gmail.com>
**To:** John Paradis <jparadislaw@gmail.com>
**Subject:** Re: confirmation of your dismissal as atty for consolidated distributors inc in the monster energy vs consolidated distributors et al case.
**Date:** Wed, Jan 9, 2013 3:37 am

On Wed, Jan 9, 2013 at 4:36 AM, david <davidlipsker@gmail.com> wrote:

# consolidated distributors, inc.
719 eastern parkway, st, 3
bklyn, ny, 11213

to john paradis esq.

re; confirmation of your dismissal as attorney for consolidated distributors inc in the monster energy vs consolidated distributors et al case

---

this is to confirm that we have fired you from any representation of our co. consolidated distributors, inc " cdi"

notwithstanding termination of you employment as attorney for cdi, you have continued to represent cdi without authority,

**youwerenever realy hireby cdi, rather you were hired by a fired attny**

demand is hereby made that you immediately cease any representation of cdi. do not make appearances in court or otherwise in any forum purporting to represent cdi, which you have no authority to do.

if you think that you have authority to represent cdi, then, such authority is again withdrawn.

we must be clear about this. you are not to represent cdi whether in court or other wise. you are not to negotite on behalf of cdi with any one whatsoever.

any representation to any one by you or any one else that you represent cdi or are empowered to negotiate on behalf of cdi or settle cases or issues on behalf of cdi would be a fraudulent representation for which we will take serious legal action.o act on behalf of consolidated distributors, inc. a ny co.

we urge you to cease misrepresenting to any one that you have any kind of authority to act on behalf of cdi.
such misrepresentation is and would be violative of the bar rules and the law, since you do not have any such
authority

govern yourself accordingly

/d/id b

---

david baksrht
ceo, and pres. of
consolidated distributors, inc.

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel