**EXHIBIT "J"**

# LAW OFFICES

## *JON ARI LEFKOWITZ, P.C.*

1222 Ave. M
Suite 204
BROOKLYN, N.Y. 11230
(718) 692-0459
(718) 376-2746 FAX

•Admitted in N.Y., PA and MD

December 3, 2012

Moshe Mortner, Esq.
MORTNER LAW OFFICE
The Trump Building
40 Wall Street, 28th Fl
New York, NY 10005

Dear Mr. Mortner:

This office has been retained by Consolidated Distributors, INC. with respect to the pending case in the Middle District of Florida. Accordingly, please find enclosed a Notice of Discharge, signed by your erstwhile client. Your clients are very displeased that you have taken out a litigation loan on the case without Mr. Baksht's knowledge, and that you have misappropriated the monies from the trust account, and converted the monies to your own use, rather than for legitimate expenses.

What is more, you have caused a rift and machlokot between Menachem and Baksht, who were business associates, and which is contrary to halacha and Jewish law. Additionally, you are not a partner in this case; you are only entitled to a share of the settlement, if any. It is Consolidated, which is the sole owner of the case.
You have also not communicated with Mr. Baksht, and this has motivated him to sever the relationship. Specifically, you did not forward to him each filing by Monster, nor show him every one of his filings before you filed them. Further, you have filed motions late, and were reprimanded by the judge.

There is one document that Menachem apparently stole from the office of Mr. Baksht, while he was asleep, and signed. Of course this is illegal, and your true client never did ratify this loan and that you have pressured him to steal from my office. As a member of the bar, we hope you can and will account for the $150,000.00 you misappropriated, so that Mr. Baksht need not hold you responsible for malpractice, as well as pursue other remedies.

Sincerely,

Jon A. Lefkowitz

JAL:zb
Encl.

1

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

x--------------------------------------------------------x

MONSTER ENERGY COMPANY,
f/k/a HANSEN BEVERAGE COMPANY,
d/b/a MONSTER BEVERAGE COMPANY
('MBC')                                                    Case No: 6:11-CV-329-ORL-22DAB

       Plaintiff,                                    NOTICE TO DISCHARGE
       -against-                                     ATTORNEY AND
                                SUBSTITUTION OF ATTORNEY

CONSOLIDATED DISTRIBUTORS, INC.,
METTEMP, INC., JOE COOL, INC., JOE COOL BIKE
WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND
YOSEF AMAR;

                                            Defendants.

x--------------------------------------------------------x

      The undersigned Defendant hereby discharges Moshe Mortner, Esq., as of this

date as attorney for defendant-counterclaimant Consolidated Distributors, Inc. It is hereby

consented that Jon Lefkowitz will be substituted as attorney of record for the undersigned

party in this action instead of Moshe Mortner, Esq., as of the date hereof.


Dated: November 8, 2012
       Brooklyn, NY                                     j
                                                     _____
                                                     Jon Lefkowitz, Esq.
                                                     1222 Ave. M, Suite 204
                                                     Brooklyn, N.Y. 11230
                                                     (718) 692-0459


/d baksht/
_____

Defendant Consolidated Distributors, INC.,
By, David Baksht, ceo and president

**From:** david <davidlipsker@gmail.com>
**To:** Moshe Mortner <mm@mortnerlaw.com>
**Subject:** confirmation of your dismissal as attorney for consolidated distributors inc in the monster energy vs consolidated distributors et al case
**Date:** Wed, Jan 9, 2013 1:42 am

# consolidated distributors, inc.
719 eastern parkway, st, 3
bklyn, ny, 11213

to; moshe mortner, esq.
40 wall st., ny, ny

mr. mortner

re;  confirmation of your dismissal as attorney for consolidated distributors inc in the monster energy vs consolidated distributors et al

    case

this is to confirm that we have fired you from any representation of our co. consolidated distributors, inc " cdi"

notwithstanding termination of you employment as attorney for cdi,  you have continued to represent cdi without authority,

demand is hereby made that you immediately cease any representation of cdi.  do not make appearances in court or otherwise in any forum purporting to represent cdi, which you have no authority to do.

if you think that you have authority to represent cdi, then, such authority is again withdrawn.

we must be clear about this. you are not to represent cdi whether in court or other wise.  you are not to negotite on behalf of cdi eith any one.

any representation to any one by you or any one else that you represent cdi or are empowered to negotiate on behalf of cdi or settle cases or issues on behalf of cdi would be a fraudulent representation for which we will take serious legal action.o act on behalf of consolidated distributors, inc. a ny co.

we urge you to cease misrepresenting to any one that you have any kind of authority to  act on behalf of  cdi. such  misrepresentation is,and would be violative of the bar rules and the law, since you do not have any such authority

govern yourself accordingly

/d/id b
---------------------------------------
david baksrht
ceo, and pres. of
consolidated distributors, inc.
--
National Trademarks
718 363 9505 tel

Re: confirmation of your dismissal as attorney for consolidated distribu...          http://mail.aol.com/37276-111/aol-6/en-us/mail/PrintMessage.aspx

From: david <davidlipsker@gmail.com>
To: ▓▓▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓▓>
Subject: Re: confirmation of your dismissal as attorney for consolidated distributors inc in the monster energy vs consolidated distributors et al case
Date: Wed, Jan 9, 2013 1:52 am

On Wed, Jan 9, 2013 at 2:52 AM, david <davidlipsker@gmail.com> wrote:

# consolidated distributors, inc.

719 eastern parkway, st, 3
bklyn, ny, 11213

to; moshe mortner, esq.
40 wall st., ny, ny

mr. mortner

re;  confirmation of your dismissal as attorney for consolidated distributors inc in the monster
energy vs consolidated distributors et al  case
--------------------------------------------------------------------------------------

this is to confirm that we have fired you from any representation of our co. consolidated
distributors, inc " cdi"

notwithstanding termination of you employment as attorney for cdi,  you have continued to
represent cdi without authority,

demand is hereby made that you immediately cease any representation of cdi.  do not make
appearances in court or otherwise in any forum purporting to represent cdi, which you have
no authority to do.

if you think that you have authority to represent cdi, then, such authority is again withdrawn.

we must be clear about this. you are not to represent cdi whether in court or other wise.  you
are not to negotite on behalf of cdi  with any one whatsoever.

any representation to any one by you or any one else that you represent cdi or are
empowered to negotiate on behalf of cdi or settle cases or issues on behalf of cdi would be a
fraudulent representation for which we will take serious legal action.o act on behalf of
consolidated distributors, inc. a ny co.

we urge you to cease misrepresenting to any one that you have any kind of authority to  act
on behalf of  cdi.
such misrepresentation is and would be violative of the bar rules and the law, since you do
not have any such
authority

govern yourself accordingly

/d/ld b

-------------------------------------------------

david baksrht
ceo, and pres. of
consolidated distributors, inc.
--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

**From:** david <davidlipsker@gmail.com>
**To:** John Paradis <jparadislaw@gmail.com>
**Subject:** Re: confirmation of your dismissal as atty for consolidated distributors inc in the monster energy vs consolidated distributors et al case.
**Date:** Wed, Jan 9, 2013 3:37 am

On Wed, Jan 9, 2013 at 4:36 AM, david <davidlipsker@gmail.com> wrote:

# consolidated distributors, inc.

719 eastern parkway, st, 3
bklyn, ny, 11213

to john paradis esq.

re;  confirmation of your dismissal as attorney for consolidated distributors inc in
the monster energy vs consolidated distributors et al  case
-------------------------------------------------------------------------------

this is to confirm that we have fired you from any representation of our co.
consolidated distributors, inc " cdi"

notwithstanding termination of you employment as attorney for cdi,  you have
continued to represent cdi without authority,

**youwerenever realy hireby cdi, rather you were hired by a fired attny**

demand is hereby made that you immediately cease any representation of cdi.
do not make appearances in court or otherwise in any forum purporting to
represent cdi, which you have no authority to do.

if you think that you have authority to represent cdi, then, such authority is again
withdrawn.

we must be clear about this. you are not to represent cdi whether in court or
other wise.  you are not to negotite on behalf of cdi  with any one whatsoever.

any representation to any one by you or any one else that you represent cdi or
are empowered to negotiate on behalf of cdi or settle cases or issues on behalf
of cdi would be a fraudulent representation for which we will take serious legal
action.o act on behalf of consolidated distributors, inc. a ny co.

we urge you to cease misrepresenting to any one that you have any kind of
authority to  act on behalf of  cdi.
such misrepresentation is and would be violative of the bar rules and the law,
since you do not have any such
authority

govern yourself accordingly

/d/id b

Re: confirmation of your dismissal as atty for consolidated distributors ...          http://mail.aol.com/37276-111/aol-6/en-us/mail/PrintMessage.aspx

david baksrht
ceo, and pres. of
consolidated distributors, inc.
--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

1/9/2013 4:14 PM

Re: confirmation of your dismissal as atty for consolidated distributors ...

http://mail.aol.com/37276-111/aol-6/en-us/mail/PrintMessage.aspx

National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

1/9/2013 4:14 PM