**EXHIBIT "K"**

New York Secretary of State

| Corporate Filing | |
|---|---|
| **Business Information** | |
| Filing Number: | 3177741 |
| Name: | THE MORTNER LAW OFFICE, P.C. |
| Name Type: | LEGAL |
| standard process address: | 130 W 42ND ST STE 701<br>NEW YORK, NY 10036-7804 |
| original process address: | 130 WEST 42ND STREET SUITE 701<br>NEW YORK<br>NY<br>10036 |
| Business Type: | DOMESTIC BUSINESS |
| Status: | INACTIVE |
| Place Incorporated: | NEW YORK |
| County Incorporated: | NEW YORK |
| Date Incorporated: | 03/16/2005 |
| Terms: | PERPETUAL |
| Status Comment: | GOOD STANDING STATUS CAN ONLY BE DETERMINED BY PERFORMING A SEARCH IN THE RECORDS OF BOTH THE DEPARTMENT OF STATE CORPORATION RECORDS AND THE DEPARTMENT OF TAX AND FINANCE |
| | |
| **Registered Agent** | |
| Registered Agent Address Type: | PROCESS ADDRESS |

| Stock Information | |
|---|---|
| Stock | |
| Type: | NPV |
| Issued Shares: | 200 |
| Filing History | |

| Filing History | | | | |
|---|---|---|---|---|
| Filing Date | Filing Type | Number | Description | Misc. |
| 04/27/2011 | | | DISSOLUTION BY PROCLAMATION (DOMESTIC BUSINESS);MICROFILM NBR: DP-1978333 | |
| 03/16/2005 | | | INCORPORATION (DOMESTIC BUSINESS);MICROFILM NBR: 050316000439 | |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through January 9, 2013.

---

Selected Entity Name: THE MORTNER LAW OFFICE, P.C.
Selected Entity Status Information

**Current Entity Name:** THE MORTNER LAW OFFICE, P.C.
**DOS ID #:** 3177741
**Initial DOS Filing Date:** MARCH 16, 2005
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** INACTIVE - Dissolution by Proclamation / Annulment of Authority (Apr 27, 2011)

Information to reinstate a corporation that has been dissolved by proclamation or annulment of authority by proclamation is available on the New York State Department of Taxation and Finance website at www.tax.ny.gov keyword TR-194.1 or by telephone at (518) 485-6027

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
THE MORTNER LAW OFFICE, P.C.
130 WEST 42ND STREET SUITE 701
NEW YORK, NEW YORK, 10036

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers,

directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 16, 2005 | Actual | THE MORTNER LAW OFFICE, P.C. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us