**EXHIBIT "L"**

## STATEMENT OF SOLE INCORPORATOR IN LIEU OF ORGANIZATION MEETING

The undersigned, being the sole incorporator of Consolidated Distributors, Inc., a corporation organized under the Business Corporation Law of the State of New York, does hereby certify, pursuant to N.Y. Bus. Corp. Law § 404(b), that the following action, permitted to be taken at an organization meeting of incorporators, was taken without a meeting, to wit:

1. A copy of the certificate of incorporation of Consolidated Distributors, Inc., which was filed with the Department of State on December 29, 2008, was accepted by David Baksht, the sole incorporator, who directed that the copy of the certificate of incorporation be appended to this statement.

2. David Baksht, the sole incorporator, was appointed director and chairman of the board and he, David Baksht, thereupon accepted his appointment as director and chairman of the board.

Dated: January 9, 2013

David Baksht
Sole Incorporator of Consolidated
Distributors, Inc.

OPALID: 609671

081229 00

231

## Incorporator Information Required

X d bakshet
*(Signature)*

d bakshet
*(Type or print name)*

719 eastern pkwqy
719 eastern.pkwy
*(Address)*

bklyn, NY  11231  USA
*(City, State, Zip code, and Country)*

FILED 2008 DEC 29 PM 12:50

---

## CERTIFICATE OF INCORPORATION
## OF

consolidated distributors Inc
*(Insert corporate name)*

Under Section 402 of the Business Corporation Law

**STATE OF NEW YORK**
**DEPARTMENT OF STATE**
FILED DEC 29 2008
TAX $ _____ 10
BY: _____

Filed by:  d bakshet
*(Name)*

719 eastern pkwu

*(Mailing address)*

brooklun, NY  11231  USA
*(City, State, Zip code, and Country)*

King

Note: This online form was prepared by the NYS Department of State and the NYS Governor's Office of Regulatory Reform for filing a certificate of incorporation for a business corporation. It does not contain all option provisions under the law. You are not required to use this from.

You may draft you own form or use forms available at legal stationery stores. The Department of State recommends that legal documents be prepared under the guidance of an attorney. The fee for a certificate of incorporation is $125 plus the applicable tax on shares required by Section 180 of the Tax Law. The minimum tax on shares is $10. The tax on 200 no par value shares is $10 (total $135) The certificate must be submitted with filing fee and applicable tax.

250

**081229000**

231

OPAL ID: 609671

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
Albany, NY 12231

(This form must be printed or typed in black ink)

# CERTIFICATE OF INCORPORATION
# OF

<u>consolidated distributors Inc</u>
*(Insert corporate name)*

Under Section 402 of the Business Corporation Law

**FIRST:** The name of the corporation is: <u>consolidated distributors Inc</u>

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is: <u>Kings</u>

**FOURTH:** The total number of shares which the corporation shall have authority to issue and a statement of the par value of each share or a statement that the shares are without par value are: 200 No Par Value

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served. The address to which the Secretary of State shall mail a copy of any process accepted on behalf of the corporation is:

<u>dm schneerson</u>

<u>483 kinfston av</u>

<u>brooklyn , NY   11231   USA</u>

081229000231

**RESOLUTION**

Upon motion duly made, seconded, and carried, the following resolution was adopted by the affirmative vote of a majority of the directors present, at the time of the vote, at a meeting of the board, a quorum being present:

RESOLVED, that David Baksht be and hereby is appointed to the office of President of Consolidated Distributors, Inc.

Dated: January 9, 2013

_____
David Baksht
Director

## RESOLUTION

Upon motion duly made, seconded, and carried, the following resolution was adopted by the affirmative vote of a majority of the directors present at the time of the vote, at a duly called meeting of the board, a quorum being present:

RESOLVED, that representation of Consolidated Distributors, Inc. by The Mortner Law Offices, P.C., and Moshe Mortner, Esq., both with offices at 40 Wall Street, 28th Floor, New York, New York 10005, in any and all matters, including, but not limited to, the action encaptioned "Monster Energy Company, f/k/a Hansen Beverage Company, d/b/a Monster Beverage Company, Plaintiff v. Consolidated Distributors, Inc., Mettempt, Inc., Joe Cool, Inc., Joe Cool Bike Week Inc., David Baksht, Michelle Amar, and Yosef Amar, Defendants," U.S. District Court, Middle District of Florida, Orlando Division, Case No. 6:11-CV-329-ORL-22DAB (hereinafter, "Florida Action"), be and hereby is terminated;

RESOLVED, that representation of Consolidated Distributors, Inc. by John M. Paradis, Esq., with offices at 1415 E. Robinson Street, Orlando, Florida 32801, in any and all matters, including, but not limited to, the Florida Action, be and hereby is terminated;

RESOLVED, that Mark S. Friedlander, Esq., with offices at 15 Maiden Lane, Suite 2000, New York, New York 10038, be and he hereby is appointed to act as attorney for Consolidated Distributors, Inc. in commencing an action encaptioned "Consolidated Distributors, Inc. and David Baksht, Plaintiffs v. The Mortner Law Offices, P.C., Moshe Mortner, Esq., and Menachem Schneorson, Defendants," Supreme Court of the State of New York, Kings County, Index No. 500114/2013, and to take any necessary actions in assisting Abraham Neuhaus, Esq., to protect the interests of Consolidated Distributors, Inc. and David Baksht in the Florida Action;

RESOLVED, that Abraham Neuhaus, Esq., with offices at 1222 Avenue M, Suite 207, Brooklyn, New York 11230, be and he hereby is appointed to act as attorney for Consolidated Distributors, Inc. and David Baksht in the Florida Action;

RESOLVED, that the officers of Consolidated Distributors, Inc., and each of them acting singly be and they are hereby authorized and directed, on behalf of Consolidated Distributors, Inc., to take all such steps, and to do and authorize to be done all such acts and things as may be necessary or advisable or convenient and proper for the purpose of carrying out the foregoing Resolutions and the intent thereof, and for the purpose of fully effectuating and carrying out the transactions referred to in the foregoing Resolutions; and it is hereby further

RESOLVED that any and all actions heretofore taken by the officers of Consolidated Distributors, Inc., and each of them acting singly, in furtherance of the foregoing Resolutions be and they hereby are approved, authorized, ratified, and confirmed as the acts and deeds of Consolidated Distributors, Inc.

Dated: January 9, 2013

_____
David Baksht
Director