**EXHIBIT "M"**

**ROBERT M. FELDMAN, M.D., F.A.A.P., F.A.A.F.P.**
1401 PRESIDENT STREET
BROOKLYN, NEW YORK 11213

TELEPHONE # (718) 756-9770

FAX # (718) 756-3746

January 07, 2013

TO: Mr. Mark Friedlander, Esq.

RE: David Baksht
719 Eastern Parkway
Brooklyn, New York 11213
D.O.B. 08/08/1946

    The above captioned patient is currently under treatment for cellulitis of his right leg. Treatment includes antibiotic medication, and pain medication as well as bedrest with his legs elevated. I have been making house calls to him, because he cannot leave his house to come to my office or any place else at this time.

    I have strongly advised Mr. Baksht to postpone giving a deposition until this diagnosis is fully resolved, so that he can travel outside his hime. Due to the pain as well as the side effects of the codeine pain medication, he cannot give a proper deposition. The codeine pain medication causes sleepiness, and temporarily impairs his level of alertness and concentration. He may not be able to concentrate at his usual level of alertness until this diagnosis is fully resolved. In addition, he cannot travel outside his home due to this diagnosis.

    Please allow Mr. Baksht to postpone his deposition until such time that he can travel to court and properly respond to questions with his usual acuity. Thank you very much.

Very Truly Yours,

Robert M. Feldman, M.D., F.A.A.P., F.A.A.F.P.