UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MONSTER ENERGY COMPANY, f/k/a
HANSEN BEVERAGE COMPANY,
d/b/a MONSTER BEVERAGE COMPANY,

    Plaintiff,

vs.    Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC., and DAVID
BAKSHT (a/k/a David Lipsker a/k/a
David Bakshet a/k/a D Bakht a/k/a DM
Schneerson a/k/a Abraham Schneorson),

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Notice is given that the undersigned hereby appears in this case as counsel for the Defendants, Consolidated Distributors, Inc. and David Baksht  The undersigned is admitted to practice in this Court.  Notice of all future proceedings should be addressed to the undersigned.

Dated this 22nd day of January, 2013.

/s/ Lawrence A. Farese
Lawrence A. Farese
Florida Bar No. 252808
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
711 Fifth Avenue South, Suite 201
Naples, Florida 34102
(239) 430-7070 Telephone
(239) 213-1970 Facsimile
E-mail:  LAFarese@rkmc.com

Counsel for Defendants, Consolidated Distributors, Inc. and David Baksht

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy has been furnished by the Court's CM/ECF system to the following:

Richard E. Mitchell, Esq.
rick.mitchell@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801

Local Counsel for Plaintiff, Monster Energy Company d/k/a Hansen Beverage Company d/b/a Monster Beverage Company

John B. Sganga, Jr., Esq.
john.sganga@kmob.com
Paul A. Stewart, Esq.
paul.stewart@kmob.com
Lauren K. Katzenellenbogen, Esq.
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614

Counsel for Plaintiff, Monster Energy Company f/k/a Hansen Beverage Company d/b/a Monster Beverage Company

s/Lawrence A. Farese
Lawrence A. Farese

65262746.1