AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Monster Energy Co. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:11-cv-329 |
| Conolidated Distributors, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendants Consolidated Distributors, Inc. and David Baksht .

Date: 01/22/2013

s/ Moshe Mortner
*Attorney's signature*

Moshe Mortner, NY Bar No. 2085801
*Printed name and bar number*
40 Wall Street, 28th Floor
New York, NY 10005

*Address*

moshemortner@gmail.com
*E-mail address*

(646) 820-8770
*Telephone number*

(917) 382-3946
*FAX number*