UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MONSTER ENERGY COMPANY,**

      **Plaintiff,**

v.                                         **Case No: 6:11-cv-329-Orl-22DAB**

**CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC. and DAVID
BAKSHT,**

      **Defendants.**
_____/

### ORDER

This cause comes before the Court *sua sponte*. As this matter is scheduled presently for the February trial calendar, pending motions must be resolved. Therefore, it is **ORDERED** that by January 28, 2013, Defendant Consolidated Distributors, Inc. **SHALL FILE** a response to Plaintiff Monster Energy Company's Motion to Strike the Pleadings of the Defendant Consolidated Distributors, Inc. (Doc. No. 249). Failure to respond by this date may result in the resolution of this motion without further notice.

**DONE** and **ORDERED** in Orlando, Florida on January 23, 2013.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties