UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MONSTER ENERGY COMPANY,**

      **Plaintiff,**

v.                                                       **Case No:  6:11-cv-329-Orl-22DAB**

**CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC. and DAVID
BAKSHT,**

      **Defendants.**
_____/

**ORDER**

      This cause comes before the Court *sua sponte*.  Around 5:00 p.m. on January 23, 2013, a New York attorney named Noson Kopel called the undersigned's Chambers to inform the Court that Consolidated Distributors, Inc. had filed bankruptcy in the Bankruptcy Court for the Eastern District of New York.  Besides being insufficient notice to the Court, the timing of this action on the eve of trial raises concerns.  Therefore, based on the foregoing, it is **ORDERED** that by 5:00 p.m. on January 24, 2013, both purported attorneys for Consolidated Distributors, Inc. (Moshe Mortner and Lawrence A. Farese) **SHALL FILE** memoranda regarding whether Consolidated Distributors, Inc. filed bankruptcy and how it plans to proceed in the current proceedings.

      **DONE** and **ORDERED** in Orlando, Florida on January 24, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties