UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION MONSTER
ENERGY COMPANY, f/k/a HANSEN
BEVERAGE COMPANY, d/b/a
MONSTER BEVERAGE COMPANY
("MBC"),
                Plaintiff,

vs.                                  Case No. 6:11-CV-329-ACC-DAB

CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC., JOE COOL,
INC., JOE COOL BIKE WEEK INC.,
DAVID BAKSHT, MICHELLE
AMAR, AND YOSEF AMAR;
                Defendants.

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that Consolidated Distributors, Inc., Defendant and counterclaim Plaintiff in the above captioned case herby notifies all concerned that A Chapter 11 Bankruptcy petition was filed on January 22, 2013 on its behalf in the Eastern District of New York and is currently pending under the case number 1-13-40350. Pursuant to 11 USC 362, an automatic stay of all proceedings against said debtor may be in affect, subject to any exceptions therein.

This pleading serves as information only of said Bankruptcy filing and possible stay.

This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

    Dated:    Brooklyn, New York
                   January 24, 2013

                                              /s/ Noson A. Kopel
                                  Noson A. Kopel (NK3758)
                                  1653 President Street
                                  Brooklyn, NY  11213
                                  (718) 493-0995
                                  nkopel@covad.net