UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MONSTER ENERGY COMPANY, f/k/a
HANSEN BEVERAGE COMPANY,
d/b/a MONSTER BEVERAGE COMPANY,

           Plaintiff,

vs.                                    Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC., and DAVID
BAKSHT (a/k/a David Lipsker a/k/a
David Bakshet a/k/a D Bakht a/k/a DM
Schneerson a/k/a Abraham Schneorson),

           Defendants.
_____/

## MEMORANDUM OF LAWRENCE A. FARESE

Lawrence A. Farese, in response to the Court's Order of January 24, 2013 (Doc. 253), states as follows:

1.     This Court's Order was the first notice I received of a bankruptcy filing on behalf of Consolidated Distributors, Inc. Neither I, nor any of my New York partners who planned to work with me on this case, had any prior knowledge of Consolidated Distributors, Inc.'s intent to file bankruptcy.

2.     By checking the Court's docket following this Court's Order, we have learned that Consolidated Distributors, Inc. in fact filed for bankruptcy protection in the U.S. Bankruptcy Court for the Eastern District of New York on January 22, 2013. The bankruptcy case number is 1-13-40350-nhl.

3. In light of this development, I wish to withdraw my Notice of Appearance on behalf of Consolidated Distributors, Inc. and David Baksht filed on January 22, 2013, and I request permission of the Court to do so.

4. For the protection of the clients, I respectfully request that the Court allow Consolidated Distributors, Inc. and David Baksht reasonable time to secure new counsel.

Dated this 24th day of January, 2013.

/s/ Lawrence A. Farese
Lawrence A. Farese
Florida Bar No. 252808
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
711 Fifth Avenue South, Suite 201
Naples, Florida 34102
(239) 430-7070 Telephone
(239) 213-1970 Facsimile
E-mail: LAFarese@rkmc.com

Counsel for Defendants, Consolidated Distributors, Inc. and David Baksht

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy has been furnished by the Court's CM/ECF system to the following:

| | |
|---|---|
| Richard E. Mitchell, Esq.<br>rick.mitchell@gray-robinson.com<br>GrayRobinson, P.A.<br>301 East Pine Street, Suite 1400<br>Orlando, Florida 32801<br><br>Local Counsel for Plaintiff, Monster Energy Company d/k/a Hansen Beverage Company d/b/a Monster Beverage Company | John B. Sganga, Jr., Esq.<br>john.sganga@kmob.com<br>Paul A. Stewart, Esq.<br>paul.stewart@kmob.com<br>Lauren K. Katzenellenbogen, Esq.<br>lauren.katzenellenbogen@kmob.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, Fourteenth Floor<br>Irvine, California 92614<br><br>Lead Trial Counsel for Plaintiff, Monster Energy Company f/k/a Hansen Beverage Company d/b/a Monster Beverage Company |

                                                            s/Lawrence A. Farese
                                                            Lawrence A. Farese

65262784.1