UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

|  |  |
|---|---|
| MONSTER ENERGY COMPANY, f/k/a HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY ("MBC"),<br><br>Plaintiff,<br><br>vs.<br><br>CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., JOE COOL, INC., JOE COOL BIKE WEEK INC., DAVID BAKSHT, MICHELLE AMAR, AND YOSEF AMAR;<br><br>Defendants. | Case No. 6:11-CV-329-ORL-22DAB |

**RESPONSE OF MOSHE MORTNER, ESQ. TO ORDER (Doc 253)**

I, Moshe Mortner, declare as follows:

1.      I was shocked to learn from this Court's Order (Doc 253) issued earlier today that a bankruptcy petition was filed on behalf of CDI.

2.      I have been in nearly constant communication with Mr. Baksht and Mr. Schneorson since January 22, 2013.  Mr. Schneorson was also unaware of the bankruptcy petition.  Mr. Baksht wilfully failed to disclose it to me.

3.      In response to the Court's Order (Doc 253), I immediately contacted the office of Noson Kopel, Esq.,  and I sent Mr. Kopel a copy of the Court's Order (Doc 253).  Mr. Kopel did not speak to me.  However, within twenty minutes, Mr. Kopel filed the Suggestion of Bankruptcy (Doc 254).

4.      I am unable to provide the Court with any further information regarding this issue.

5.      I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed this 7th day of January 2013 at Orlando, Florida.

_____

Moshe Mortner