UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MONSTER ENERGY COMPANY,**

      **Plaintiff,**

v.                                                           Case No: 6:11-cv-329-Orl-22DAB

**CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC. and DAVID BAKSHT,**

      **Defendants.**
_____/

## ORDER

This cause comes before the Court *sua sponte*. This matter is currently set for the Court's February trial calendar. However, on January 24, 2013, Noson A. Kopel, on behalf of Consolidated Distributors, Inc., filed a suggestion of bankruptcy. (Doc. No. 254). Therefore, based on the foregoing, it is **ORDERED** that by noon on Monday, January 28, 2013, Plaintiff Monster Energy Company **SHALL FILE** with the Court a notice as to whether it plans to move for a stay of this entire case while Consolidated Distributors, Inc.'s bankruptcy proceeds or whether it plans to proceed with its claims against David Baksht.

**DONE** and **ORDERED** in Orlando, Florida on January 25, 2013.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties