UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MONSTER ENERGY COMPANY, f/k/a
HANSEN BEVERAGE COMPANY,
d/b/a MONSTER BEVERAGE COMPANY,

          Plaintiff,

vs.                              Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC., and DAVID
BAKSHT (a/k/a David Lipsker a/k/a
David Bakshet a/k/a D Bakht a/k/a DM
Schneerson a/k/a Abraham Schneorson),

          Defendants.
_____/

**DECLARATION OF LAWRENCE A. FARESE
IN RESPONSE TO ORDER TO SHOW CAUSE**

In response to the Court's Order to Show Cause dated January 23, 2013, Lawrence A. Farese states and declares as follows:

1. I am a partner in the Naples, Florida office of Robins, Kaplan, Miller & Ciresi L.L.P., a national law firm. I am admitted to practice in Florida and this Court. I am hereby responding to the Court's Order To Show Cause, entered on the docket on January 23, 2013, concerning the notice of appearance I entered on behalf of Consolidated Distributors, Inc. ("CDI") and David Baksht on January 22, 2013.

2. On January 22, 2013, our firm was engaged by CDI, acting through its President David Baksht, and David Baksht, individually, to act as local counsel in the above-referenced action. On the same date, the Law Offices of Elliot J. Blumenthal, PLLC was engaged as lead counsel for CDI and David Baksht. I was in the process of

preparing *pro hac* papers for Mr. Blumenthal when the Court entered the Order To Show Cause. In light of the Court's statement in the Order To Show Cause that my appearance had not been accepted, I did not want to file any additional documents in the case unless ordered to do so.

3. On January 24, 2013, the Court entered an Order (Doc. No. 253) alerting counsel that CDI had filed bankruptcy on January 22, 2013, the very day we were engaged as its counsel in this case.

4. Based on this surprising development, as well as concerns raised by the appearance of other counsel for CDI and David Baksht on January 22, 2013, my firm terminated our attorney-client relationship with CDI and David Baksht on January 24, 2013.

5. As a result, we no longer have an attorney-client relationship with CDI or David Baksht, and as requested in our response to the Court's Order of January 24, 2013 (Doc. No. 255), we hereby seek leave to withdraw our appearance.

Dated this 28th day of January, 2013.

/s/ Lawrence A. Farese
Lawrence A. Farese
Florida Bar No. 252808
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
711 Fifth Avenue South, Suite 201
Naples, Florida 34102
(239) 430-7070 Telephone
(239) 213-1970 Facsimile
E-mail: LAFarese@rkmc.com

Counsel for Defendants, Consolidated Distributors, Inc. and David Baksht

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy has been furnished by the Court's CM/ECF system to the following:

| | |
|---|---|
| Richard E. Mitchell, Esq.<br>rick.mitchell@gray-robinson.com<br>GrayRobinson, P.A.<br>301 East Pine Street, Suite 1400<br>Orlando, Florida 32801<br><br>Local Counsel for Plaintiff, Monster Energy Company d/k/a Hansen Beverage Company d/b/a Monster Beverage Company | John B. Sganga, Jr., Esq.<br>john.sganga@kmob.com<br>Paul A. Stewart, Esq.<br>paul.stewart@kmob.com<br>Lauren K. Katzenellenbogen, Esq.<br>lauren.katzenellenbogen@kmob.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, Fourteenth Floor<br>Irvine, California 92614<br><br>Lead Trial Counsel for Plaintiff, Monster Energy Company f/k/a Hansen Beverage Company d/b/a Monster Beverage Company |
| Moshe Mortner, Esq.<br>40 Wall Street, 28th Floor<br>New York, New York 10005<br>moshemortner@gmail.com<br><br>Counsel for Defendants Consolidated Distributors, Inc. and David Baksht | |

                                                s/Lawrence A. Farese
                                                Lawrence A. Farese

65262778.1