**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

# JUDGE ANNE C. CONWAY'S FEBRUARY 2013 TRIAL CALENDAR

The following cases have been set for trial before the **HONORABLE ANNE C. CONWAY** during the **term** commencing **FRIDAY, FEBRUARY 1, 2013**, in Courtroom No. 6A, Sixth Floor, George C. Young U.S. Courthouse and Federal Building, 401 W. Central Blvd., Orlando, Florida.

The cases are listed in the order in which they will be tried, although experience indicates that **at times cases may be called out of order**.  Further, cases may be sent elsewhere in the District to be tried by any available District Judge, including Visiting Judges.  Cases not reached during this trial term will be placed at the beginning of the following month's trial term.  For the convenience of counsel, the names and telephone numbers of all counsel are furnished so that counsel may keep themselves informed of the progress of the cases listed prior to their own.

All exhibits are to be pre-marked in accordance with **Local Rule 3.07**, Middle District of Florida.  In **Criminal** cases, Exhibit Lists (original and two copies) shall be filed with the Courtroom Deputy Clerk at the beginning of trial.  In **Civil** cases, it is not necessary to provide the Courtroom Deputy with copies of the Exhibit Lists, as the Courtroom Deputy will make a copy of the Exhibit Lists filed in the Pretrial Statement for use at trial.

Counsel are reminded to advise the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of this case.  Changes of pleas must be entered 24 hours prior to the start of the trial.  The Court will not accept any plea agreements after that date.  Defendants will be required to plead to the indictment without regard to any agreement with the Government.  In civil jury cases where the Court is not notified of settlement before a jury is called, the parties will be assessed jury costs.

**Counsel and their witnesses are expected to be available on TWENTY-FOUR HOURS notice.**  Witnesses must wear proper business attire which includes the requirement that **gentlemen wear coat and tie**.

*Note*: **Photo IDs are required for entrance into the Federal Building.  Cellular telephones and recording equipment are prohibited in the Federal Building.  Computer equipment is prohibited unless otherwise permitted in advance by the judicial officer before whom the particular case or proceeding is pending.**

cc: Judge Conway's Chambers, Counsel of Record, Court Reporter.

| | |
|---|---|
| **CASE NO. 1** | (Date certain 2/4/13) |
| **6:12-CR-293-ORL-22GJK** | **CRIMINAL JURY TRIAL** |
| UNITED STATES OF AMERICA | Vincent Chiu        407/648-7500 |
| -v- | |
| KWASI JONES | Pro Se |

| | |
|---|---|
| **CASE NO. 2** | (Date certain 2/12/13) |
| **6:12-CR-210-ORL-22DAB** | **CRIMINAL JURY TRIAL** |
| UNITED STATES OF AMERICA | Joseph Schuster     407/648-7500 |
| -v- | |
| CURTIS LEE DALLAS | Jonathan Rose 407/894-4555 |

| | |
|---|---|
| **CASE NO. 3** | (Date certain 2/21/13) |
| **6:11-CV-329-ORL-22DAB** | **CIVIL JURY TRIAL** |
| MONSTER ENERGY COMPANY | Charles Wells         407/843-8880 |
| | Richard Mitchell     407/843-8880 |
| | Paul Stewart           949/760-0404 |
| | Lauren Katzenellenbogen 949/760-0404 |
| | Lynda Zadra-Symes  949/760-0404 |
| | John Sganga           949/760-0404 |
| -v- | |
| DAVID BAKSHT | Lawrence Farese     239/213-1973 |