UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MONSTER ENERGY COMPANY, f/k/a
HANSEN BEVERAGE COMPANY,
d/b/a MONSTER BEVERAGE COMPANY,

        Plaintiff,

vs.                              Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC., and DAVID
BAKSHT (a/k/a David Lipsker a/k/a
David Bakshet a/k/a D Bakht a/k/a DM
Schneerson a/k/a Abraham Schneorson),

        Defendants.
_____/

**MOTION OF DEFENDANTS CONSOLIDATED
DISTRIBUTORS, INC. AND DAVID BAKSHT FOR
*PRO HAC VICE* ADMISSION OF ELLIOT J. BLUMENTHAL**

Defendants, Consolidated Distributors, Inc. and David Baksht, pursuant to Local Rule 2.02, move for special admission of Elliot J. Blumenthal of the Law Offices of Elliot J. Blumenthal, PLLC, to appear in this case *pro hac vice*, and in support thereof, state as follows:

    1.    Mr. Blumenthal has submitted to the Clerk the required Special Admission Attorney Certification form and $10.00 registration fee required for special admission.

    2.    Concurrent herewith, Mr. Blumenthal has filed a Notice of Special Appearance of Non-Resident Attorney and Designation of Local Counsel designating Lawrence A. Farese of Robins, Kaplan, Miller & Ciresi L.L.P., who is a member in good standing of the bars of the State of Florida and of this Court, to act as local counsel.

3.	Lawrence A. Farese consents to act and accepts designation as local counsel for Defendants, Consolidated Distributors, Inc. and David Baksht, in this case.

4.	If this Motion is granted, Mr. Blumenthal will promptly register on-line for the Court's CM/ECF system and complete the requisite tutorials.

5.	Pursuant to Local Rule 3.01(g), prior to filing this motion, the undersigned counsel conferred with counsel for the Plaintiff in a good faith effort to resolve the issues raised by this Motion, and certifies that Plaintiff's counsel does not object to Mr. Blumenthal's special admission as counsel for Defendants, Consolidated Distributors, Inc. and David Baksht.

WHEREFORE, Defendants, Consolidated Distributors, Inc. and David Baksht, respectfully request the Court to enter an Order admitting Elliot J. Blumenthal of the Law Offices of Elliot J. Blumenthal, PLLC *pro hac vice* in this case.

Dated this 1st day of February, 2013.

/s/ Lawrence A. Farese
Lawrence A. Farese
Florida Bar No. 252808
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
711 Fifth Avenue South, Suite 201
Naples, Florida 34102
(239) 430-7070 Telephone
(239) 213-1970 Facsimile
E-mail: LAFarese@rkmc.com

Counsel for Defendants, Consolidated Distributors, Inc. and David Baksht

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy has been furnished by the Court's CM/ECF system to the following:

Richard E. Mitchell, Esq.
rick.mitchell@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801

Local Counsel for Plaintiff, Monster Energy Company d/k/a Hansen Beverage Company d/b/a Monster Beverage Company

John B. Sganga, Jr., Esq.
john.sganga@kmob.com
Paul A. Stewart, Esq.
paul.stewart@kmob.com
Lauren K. Katzenellenbogen, Esq.
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614

Lead Trial Counsel for Plaintiff, Monster Energy Company f/k/a Hansen Beverage Company d/b/a Monster Beverage Company

s/Lawrence A. Farese
Lawrence A. Farese