UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MONSTER ENERGY COMPANY, f/k/a
HANSEN BEVERAGE COMPANY,
d/b/a MONSTER BEVERAGE COMPANY,

        Plaintiff,

vs.                              Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC., and DAVID
BAKSHT (a/k/a David Lipsker a/k/a
David Bakshet a/k/a D Bakht a/k/a DM
Schneerson a/k/a Abraham Schneorson),

        Defendants.
_____/

**SPECIAL APPEARANCE OF NON-RESIDENT
ATTORNEY AND WRITTEN DESIGNATION OF LOCAL COUNSEL**

Pursuant to Local Rule 2.02, Elliot J. Blumenthal of the Law Offices of Elliot J. Blumenthal, hereby enters this special appearance on behalf of Defendants, Consolidated Distributors, Inc. and David Baksht, and in support states as follows:

1. I am a member in good standing of the bar of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and of the United States Supreme Court.

2. I am not a resident of the State of Florida nor do I regularly practice law within the State of Florida.

3. Pursuant to Local Rule 2.02(a)(1), I hereby designate Lawrence A. Farese of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., who is a member in good standing of the bars of the State of Florida and of this Court, and who consents to act and

accepts designation as local counsel for Defendants, Consolidated Distributors, Inc. and David Baksht, in this case. Accordingly, all notices given or required to be given in this case and all papers served in this case may be given to and served upon Defendants, Consolidated Distributors, Inc. and David Baksht, at the following address:

> Lawrence A. Farese, Esq.
> ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
> 711 Fifth Avenue South, Suite 201
> Naples, Florida 34102
> (239) 430-7070 Telephone
> (239) 213-1970 Facsimile
> LAFarese@rkmc.com

4. I have not previously requested *pro hac vice* admission before this Court and have not abused the privilege of appearance by special admission in other cases to such a degree as to constitute maintenance of a regular practice of law in the State of Florida.

Dated this 1st day of February, 2013.

> /s/Elliot J. Blumenthal
> *Signed with the permission of Elliot J. Blumenthal*
> Elliot J. Blumenthal
> Attorney Reg. No. 2520054
> Law Offices of Elliot J. Blumenthal, PLLC
> 483 Chestnut Street
> Cedarhurst, New York 11516
> Telephone (516) 295-0903
> Facsimile (516) 706-3963
> elliot@eblumenthallaw.com
>
> Counsel for Defendants, Consolidated Distributors, Inc. and David Baksht

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy has been furnished by the Court's CM/ECF system to the following:

Richard E. Mitchell, Esq.
rick.mitchell@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801

Local Counsel for Plaintiff, Monster Energy Company d/k/a Hansen Beverage Company d/b/a Monster Beverage Company

John B. Sganga, Jr., Esq.
john.sganga@kmob.com
Paul A. Stewart, Esq.
paul.stewart@kmob.com
Lauren K. Katzenellenbogen, Esq.
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614

Lead Trial Counsel for Plaintiff, Monster Energy Company f/k/a Hansen Beverage Company d/b/a Monster Beverage Company

/s/ Lawrence A. Farese
Lawrence A. Farese
Florida Bar No. 252808
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
711 Fifth Avenue South, Suite 201
Naples, Florida 34102
(239) 430-7070 Telephone
(239) 213-1970 Facsimile
E-mail: LAFarese@rkmc.com

65262878.1