UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MONSTER ENERGY COMPANY,**

       **Plaintiff,**

**v.**                                      **Case No:  6:11-cv-329-Orl-22DAB**

**CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC. and DAVID
BAKSHT,**

       **Defendants.**
_____/

**ORDER**

      This cause comes before the Court *sua sponte*.  In light of the Defendant's change of counsel and the Court's January 30, 2013 Order (Doc. No. 262), the Court finds that an amended Joint Final Pretrial Statement, amended joint jury instructions, amended exhibit lists, amended witness lists, amended joint voir dire questions, and amended joint verdict form are necessary. Therefore, based on the foregoing, it is **ORDERED** as follows:

      1.  By February 10, 2013, the parties shall file an amended Joint Final Pretrial Statement, amended joint jury instructions, amended exhibit lists, amended witness lists, amended joint voir dire questions, and amended joint verdict form.  The Court stresses the parties, in preparing these documents, shall review and follow the Court's Local Rule 3.06, Local Rule 3.07, and the Case Management and Scheduling Order (Doc. No. 121 at pp. 7-9).

**DONE** and **ORDERED** in Orlando, Florida on February 4, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties