# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MONSTER ENERGY COMPANY**
**d/b/a Monster Beverage Company**
**f/k/a Hansen Beverage Company**

                **Plaintiff,**

**-vs-**                                           **Case No. 6:11-cv-329-Orl-22DAB**

**CONSOLIDATED DISTRIBUTORS, INC.;**
**METTEMP INC.; DAVID BAKSHT a/k/a**
**David Lipsker, a/k/a David Bakshet, a/k/a**
**David Bakht, a/k/a DM Shneerson, a/k/a**
**David Shneorson,**

                **Defendants.**

_____

## ORDER AND ORDER TO SHOW CAUSE

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO PROCEED PRO HAC VICE (Doc. No. 264)
>
> **FILED:** February 1, 2013
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DEFERRED**.

The issues with the lack of corporate authority for the principals of Defendants Consolidated Distributors, Inc. to hire counsel are well documented, as are the conflicts Defendant Baksht has had retaining counsel. *See, e.g.,* Doc. 252. Counsel Elliot Blumenthal, Esq. is ordered to show cause by **February 7, 2013 at noon** that he has been properly retained on behalf of Consolidated Distributors by someone with authority and that he has actually been retained by the individual defendant.

**Counsel is advised that the trial of this case will commence February 21, 2013. Counsel must be prepared to proceed to trial and is warned that appearing at this juncture is not grounds for a continuance of the trial.**

**DONE** and **ORDERED** in Orlando, Florida on February 4, 2013.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record