# APPENDIX B

# EXHIBIT LIST

____ Government ____ Plaintiff __X__ Defendants ____ Court

**Case No.** 6:11-cv-00329-AAC-DAB

**Style:** Monster Energy Co. v. Consolidated Distributors, Inc., et al.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | Yosef Amar | FRE 802, 402, 403 | ANSWER and affirmative defenses with Jury Demand to 82 Amended complaint and, COUNTERCLAIM of Joe Cool, Inc. (Doc 85) |
| 2 | | | Yosef Amar | FRE 802, 403 | Declaration of Yosef Amar (Doc 32-4) |
| 2A | | | Yosef Amar | FRE 802, 403 | Exhibit A-6 to the Amar Declaration |
| 3 | | | Yosef Amar | | t-shirt Wolf Plaintiff's Ex.52 |
| 4 | | | Yosef Amar | | Photo t-shirt wolf Plaintiff's Ex.52 |
| 5 | | | Yosef Amar | | 1996 art work from Joe Cool, Inc. including iguanas |
| 6 | | | Yosef Amar | | Art work from Joe Cool, Inc.: parrots and palm leaves |
| 7 | | | Yosef Amar | | Art work from Joe Cool, Inc.: "Wanna see my lizard?" |
| 8 | | | Yosef Amar | | t-shirt Jammin Plaintiff's Ex.49 |
| 9 | | | Yosef Amar | | Photo t-shirt Jammin Plaintiff's Ex.49 |
| 10 | | | Yosef Amar | | Photo t-shirt "Cool Island" Plaintiff's Ex.48 |
| 11 | | | Yosef Amar | | t-shirt "Cool Island" Plaintiff's Ex.48 |
| 12 | | | Yosef Amar | | Photo t-shirt "Wanna see my lizard" Plaintiff's Ex.53 |
| 13 | | | Yosef Amar | | t-shirt "Wanna see my lizard" Plaintiff's Ex.53 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | | | Yosef Amar | FRE 402, 403 | Blowup claws of iguana designs from Plaintiff's Ex. 35, enlarged figs.1 and 2, on p.3 of Doc 170 |
| 15 | | | Yosef Amar | FRE 402, 403, lacks authenticity, and is without citation in Doc. 170. Further object to characterization as "skinny" "1993" 3DL. | "skinny" 1993 3DL mark blowup, enlarged fig.3, on p.3 of Doc 170 |
| 16 | | | Yosef Amar | FRE 802, 402, lacks authenticity | "Designs from 1993" (Doc 32-10) |
| 17 | | | Yosef Amar | | t-shirt Bike Week Plaintiff's Ex.4 |
| 18 | | | Yosef Amar | | Photo t-shirt Bike Week Plaintiff's Ex.4 |
| 19 | | | Yosef Amar | | t-shirt Plaintiff's Ex.14 |
| 20 | | | Yosef Amar | | Photo t-shirt Plaintiff's Ex.14 |
| 21 | | | Yosef Amar | Object to characterization as "3DL Wide" | 3DL Wide Design |
| 22 | | | Yosef Amar | FRE 802 | Amar Answers to plaintiff's subpoena |
| 23 | | | Yosef Amar | | Florida Trademark Application T10-1102 |
| 24 | | | Yosef Amar | | Florida Trademark Application T10-884 |
| 25 | | | Yosef Amar | | New Jersey Trademark Application, "Wildwood" |
| 26 | | | Yosef Amar | Duplicative of Defendants' exhibit 25. | NJ Original Application to Register Trademark Wildood |
| 27 | | | Yosef Amar | | USPTO 3DL Trademark Application |

| | | | | | |
|---|---|---|---|---|---|
| 28 | | | Yosef Amar | | Preliminary Amendment to 3DL USPTO Trademark Application |
| 29 | | | Yosef Amar | FRE 802, 402, 403 | CDI Notice of Intent and Subpoena on Joe Cool 8-2-12 |
| 30 | | | Yosef Amar | FRE 802 | Answers to Subpoena for Consolidated Distributors |
| 31 | | | Yosef Amar | | Florida Trademark Application T10-1063 |
| 32 | | | Yosef Amar, David Baksht | | August 1, 2011, email, David Lipsker to Michal Amar, re: returned goods 100,000 stickers |
| 33 | | | Yosef Amar | | Joe Cool, Inc. Invoices, 2010 |
| 34 | | | Yosef Amar | | Joe Cool, Inc. Invoices, 2011 |
| 35 | | | Yosef Amar | | Assignment Agreement, Joe Cool to Hansen |
| 36 | | | Yosef Amar, Rodney Sacks | | Confidential Settlement Agreement, between Joe Cool and Hansen |
| 37 | | | Yosef Amar, Richard E. Mitchell | | Consent Final Judgment and Permanent Injunction as to the Amar Defendants. (Doc. No. 102) |
| 38 | | | Menachem Schneorson | FRE 802, 402, 403 | AmendedAnswer&Counterclaims,Baksht+CDI(Doc 122) |
| 39 | | | Menachem Schneorson | Not produced during discovery. FRE 402, 403 | Bank Statement, Associated Business Consultants Oct. 2010 |
| 40 | | | Menachem Schneorson | | Associated Business Consulants NY State Entity Information |
| 41 | | | Richard E. Mitchell | FRE 802. Object under FRE 402, 403 to the extent intended to use to argue MEC spoliated evidence | DECLARATION OF RICK MITCHELL (Doc 194) |

| | | | | | |
|---|---|---|---|---|---|
| 42 | | | Richard Mitchell | Object under FRE 402, 403 to the extent intended to use to argue MEC spoliated evidence | Household Goods Descriptive Inventory |
| 43 | | | Richard E. Mitchell | Object under FRE 402, 403 to the extent intended to use to argue MEC spoliated evidence | Emails, between Tammie Fontaine and Jacquie Denton, Dec. 20, 21, 2011 and Inventories (Doc 194-1) |
| 44 | | | Richard E. Mitchell | Object under FRE 402, 403 to the extent intended to use to argue MEC spoliated evidence | Emails, between Tammie Fontaine and Rick Mitchell, Feb. 14, 16, 2012 (Doc 194-3) |
| 45 | | | Richard E. Mitchell | Object under FRE 402, 403 to the extent intended to use to argue MEC spoliated evidence | Photos of damaged product (Doc 194-4) |
| 46 | | | Richard E. Mitchell, Linda Za4dra-Symes | Object under FRE 402, 403 to the extent intended to use to argue MEC spoliated evidence. | Emails, between Tammie Fontaine and Lynda Zadra-Symes and Rick Mitchell, Feb. 22, 2012 and (Doc 194-5) |
| 47 | | | Richard E. Mitchell | Object under FRE 402, 403 to the extent intended to use to argue MEC spoliated evidence | Email, Tammie Fontaine to Rick Mitchell, March 12, 2012 and Certificate of Destruction (Doc 194-8) |

| | | | | | |
|---|---|---|---|---|---|
| 48 | | | Richard E. Mitchell | Object under FRE 402, 403 to the extent intended to use to argue MEC spoliated evidence | Photos of shredding (Doc 194-9) |
| 49 | | | Richard Mitchell | | DECLARATION of Richard E. Mitchell (Doc 6) with exhibit 1 photos |
| 50 | | | Richard Mitchell | | Pro Circuit web page (Doc 149-4) |
| 51 | | | Richard Mitchell | FRE 402, 403 | Order of Seizure, TRO, OSC (Doc 7) |
| 52 | | | Richard Mitchell | FRE 402, 403, *see* MEC's Motion *in Limine* 4 | Order Denying Prelim Inj. (Doc 40) |
| 53 | | | Richard Mitchell | FRE 402, 403, *see* MEC's Motion *in Limine* 4. | Order Denying reconsideration motion |
| 54 | | | Linda Zadra-Symes | FRE 802 | DECLARATION of Lynda J. Zadra-Symes (Doc 189) |
| 55 | | | Linda Zadra-Symes | | Hansen USPTO Application dated 7.28.10 |
| 56 | | | Linda Zadra-Symes | | Hansen USPTO Application dated 4.2.09 |
| 57 | | | Rodney Sacks, Linda Zadra-Symes | | M Claw registriation 3,908,601 |
| 58 | | | Rodney Sacks, Linda Zadra-Symes | | M Claw registriation 4,051,650 |
| 59 | | | Rodney Sacks | FRE 802 | DECLARATION OF RODNEY SACKS (Doc 175) |
| 60 | | | Rodney Sacks | Authenticity, FRE 402, and FRE 403; not produced during discovery | Jurassic Park Movie Posters |

| | | | | | |
|---|---|---|---|---|---|
| 61 | | | Rodney Sacks | | Hansen v. Factory Effex Complaint |
| 62 | | | Rodney Sacks | | Hansen v. One Industries Complaint |
| 63 | | | Rodney Sacks | | Expert Report of David Hanson, Schedule 1 |
| 64 | | | Rodney Sacks | | MACONACHY DECLARATION |
| 65 | | | Rodney Sacks | | Maconanchy Investigative Report |
| 66 | | | Rodney Sacks | FRE 402, FRE 403, and FRE 801. | Stumar investigation report on Joe Cool, Inc. dated April 4, 2011 MEC0016357 |
| 67 | | | Rodney Sacks | | Ex Parte Motion for Seizure |
| 68 | | | Rodney Sacks | | Hansen v. O'Neal complaint |
| 69 | | | Rodney Sacks | | Hansen v. JMJE complaint |
| 70 | | | Rodney Sacks | | Hansen v. Southprint complaint |
| 71 | | | Tom Kelly | Insufficient identification of exhibit. No document designated as Ex. 71 was provided. | Spread sheet: Summary of Distributions of Apparel Inventory from MEC Inventory Detail Reports US Sales Only |
| 72 | | | Rodney Sacks | FRE 402, 403, 702, *see* MEC's Motion *in Limine* 1 and MEC's Motion to Exclude (D.I. 174) | Form 10-K Hansen as of 12.31.04 |
| 73 | | | Rodney Sacks | FRE 402, 403, 702, *see* MEC's Motion *in Limine* 1 and MEC's Motion to Exclude (D.I. 174) | Form 10-K Hansen as of 12.31.05 |

| | | | | | |
|---|---|---|---|---|---|
| 74 | | | Rodney Sacks | FRE 402, 403, 702, *see* MEC's Motion *in Limine* 1 and MEC's Motion to Exclude (D.I. 174) | Form 10-K Hansen as of 12.31.06 |
| 75 | | | Rodney Sacks | FRE 402, 403, 702, *see* MEC's Motion *in Limine* 1 and MEC's Motion to Exclude (D.I. 174) | Form 10-K Hansen as of 12.31.07 |
| 76 | | | Rodney Sacks | FRE 402, 403, 702, *see* MEC's Motion *in Limine* 1 and MEC's Motion to Exclude (D.I. 174) | Form 10-K Hansen as of 12.31.08 |
| 77 | | | Rodney Sacks | FRE 402, 403, 702, *see* MEC's Motion *in Limine* 1 and MEC's Motion to Exclude (D.I. 174) | Form 10-K Hansen as of 12.31.09 |
| 78 | | | Rodney Sacks | FRE 402, 403, 702, *see* MEC's Motion *in Limine* 1 and MEC's Motion to Exclude (D.I. 174) | Form 10-K Hansen as of 12.31.10 |

| | | | | | |
|---|---|---|---|---|---|
| 79 | | | Rodney Sacks | FRE 402, 403, 702, *see* MEC's Motion *in Limine* 1 and MEC's Motion to Exclude (D.I. 174) | Form 10-K Hansen as of 12.31.11 |
| 80 | | | David Baksht | FRE 802 | Declaration of David Baksht (Doc 185-9) |
| 81 | | | Leslie Lott, David Baksht | | Revocation of Attorney (Doc 143-10) |
| 82 | | | Leslie Lott, David Baksht | | Cadillac Club Registrations (Doc 143-3) |
| 83 | | | Leslie Lott, David Baksht | FRE 402, 403 | TTAB Prosecution History, Cadillac Club (Doc 143-4) |
| 84 | | | Leslie Lott, David Baksht | FRE 402, 403, exhibit is incomplete | Cadillac Club USPTO filings (Doc 143-5) |
| 85 | | | Leslie Lott, David Baksht | FRE 402, 403 | M & B Beverage v. New York New York ECF case summary (Doc 143-6) |
| 86 | | | Leslie Lott, David Baksht | FRE 402, 403 | Complaint, M & B Beverage v. New York New York (Doc 143-8) |
| 87 | | | Leslie Lott, David Baksht | FRE 402, 403 | TESS record "New York" (Doc 143-9) |
| 88 | | | Phillip Johnson, Gerald Ford | FRE 402, 403, not produced during discovery, *see* MEC's Motion *in Limine* 5 | Claw Trademark Registrations from TESS 33pages b/w |
| 89 | | | Phillip Johnson, Gerald Ford | FRE 402, 403, not produced during discovery, *see* MEC's Motion *in Limine* 5 | Claw Trademark Registrations from TESS 33pages in color |

| | | | | | |
|---|---|---|---|---|---|
| 90 | | | Yosef Amar Phillip Johnson, Gerald Ford | FRE 402, 403, not produced during discovery, *see* MEC's Motion *in Limine* 5 | Various Fonts (Doc 170-2) |
| 91 | | | Phillip Johnson, Gerald Ford | FRE 402, 403, not produced during discovery, *see* MEC's Motion *in Limine* 5 | Claw advertisements (Doc 170-3) |
| 92 | | | | Vague, insufficiently identified. | All documents listed by Defendant to which Plaintiff does not object |

14526241
121712