# APPENDIX E

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MONSTER ENERGY COMPANY, f/k/a HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY,

Plaintiff,

vs.

CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., and DAVID BAKSHT (a/k/a David Lipsker a/k/a David Bakshet a/k/a D Bakht a/k/a DM Schneerson a/k/a Abraham Shneorson),

Defendants.
_______________________________ /

Case No. 6:11-CV-329-ORL-22DAB
.

**PROPOSED AMENDED VOIR DIRE QUESTIONS**

Plaintiff Monster Energy Company and Defendant David Baksht propose that the Court ask the members of the jury pool the following questions during *voir dire*, in addition to those questions specified on the Court's Juror Qualification Questionnaire.

1. What is the highest level of education you completed?
    a. Did you graduate from high school?
    b. Did you obtain a degree from a college or university? If so, what did you study and what degree did you receive?

2. Do you believe you can be fair as a juror in a case between a large company and an individual?

a. Do you have any biases or prejudices against large companies?

b. Do you have any biases or prejudices in favor of large companies?

3. Do you know, or have you ever heard of, any of the following companies or individuals?

a. Monster Energy Company

b. Hansen Beverage Company

c. Consolidated Distributors, Inc.

d. National Trademark Center

e. Joe Cool, Inc.

f. David Baksht

g. Yosef Amar

If so, what do you know about them, or what have you heard?

4. Have you heard of the following product names?

a. Monster Energy beverages

If yes, have you bought any?

b. Monster Energy t-shirts and hats

If yes, have you bought any?

c. Joe Cool t-shirts and hats

If yes, have you bought any?

5. Are you familiar with beverages known as energy drinks?

a. Do you drink energy drinks? How often?

b. Do you believe energy drinks are harmful to your health?

c. Can you be fair as a juror in a case involving an energy drink company?

d. Do you believe energy drink companies are entitled to own and enforce trademarks and copyrights?

6. Does anyone in your family or close circle of friends work in the beverage industry or a related industry? If so, please tell us about their work.

7. Does anyone in your family or close circle of friends work in the clothing industry or a related industry? If so, please tell us about their work.

8. Does anyone in your family or close circle of friends work for any of the following companies: Monster Energy Company, Consolidated Distributors, Inc., National Trademark Center, or Joe Cool, Inc.?

9. Have you ever owned a business? If so, what type of business(es) have you owned? Do you still own that business? If not, why?

10. Do you believe that it is wrong or improper for a person or company to bring a lawsuit? If so, why? Is it based on a personal experience? If so, what was that experience?

11. Do you believe it is wrong or improper for a person or company that owns a trademark to protect its trademark rights by taking legal action against a

person or company that it alleges is using a similar trademark? If so, why? Is it based on a personal experience? If so, what was that experience?

12. Do you believe it is wrong or improper for a person or company allegedly to use a trademark that makes it appear that they are affiliated with a well known brand, when in fact they are not? If not, why not? Is it based on a personal experience? If so, what was that experience?

13. [Conditional request by Baksht depending upon Court's ruling as to whether Plaintiff may assert any contributory//vicarious/inducement/alter ego theories in the case: Can you distinguish between the acts of an individual and the acts of the corporation of which he is an officer?] [MEC objects to this question as an incorrect characterization of the law of individual liability in the trademark and copyright infringement contexts, and on that basis believes it should not be read. *See, e.g., Chanel, Inc. v. Italian Activewear of Fla.*, Inc., 931 F.2d 1472, 1477-78 (11th Cir. 1991) ("[A] corporation can act only through individuals. Obviously . . . if there was an infringement by the corporation, this infringement was caused by some one or more persons either officers or employees of the corporation who caused the acts to be done."); *Microsoft Corp. v. Technology Enterprises, LLC*, 805 F. Supp. 2d 1330, 1333 (S.D. Fla. 2011); *Southern Bell Tel. & Tel. Co. v. Assoc. Tel. Directory Publishers*, 756 F.2d 801, 811 (11th Cir. 1985).]

14. Do you know any of the following law firms?

a. Knobbe, Martens, Olson & Bear, LLP

b. Gray-Robinson, P.A.

c. Law Offices of Elliot Blumenthal.

d. Robins, Kaplan, Miller & Ciresi, LLP

If so, how do you know them?

15. Do you not wish to sit on this jury for any reason whatsoever?

16. Do you have a reason that you would prefer not to sit on this jury, but want to keep that reason private?

14803261
020613