# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MONSTER ENERGY COMPANY**
*d/b/a*
**Monster Beverage Company**
*f/k/a*
**Hansen Beverage Company**

                    **Plaintiff,**

**-vs-**                                                  **Case No.  6:11-cv-329-Orl-22DAB**

**CONSOLIDATED DISTRIBUTORS, INC.;**
**METTEMP INC.; DAVID BAKSHT a/k/a**
**David Lipsker, a/k/a David Bakshet, a/k/a**
**David Bakht, a/k/a DM Shneerson, a/k/a**
**David Shneorson,**

                    **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION OF DEFENDANTS CONSOLIDATED DISTRIBUTORS, INC. AND DAVID BAKSHT FOR *PRO HAC VICE* ADMISSION OF ELLIOT J. BLUMENTHAL (Doc. No. 264)
>
> **FILED:** February 1, 2013
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as to representation of Defendant Consolidated Distributors, Inc. and Defendant Baksht.

Mr. Blumenthal filed several documents dated January 9, 2013 in response to the Court's February 5, 2013 Order to Show Cause whether someone with authority had properly retained him

on behalf of Consolidated Distributors, Inc. ("CDI"). Doc. 268. Attorney Blumenthal has presented nothing more than the purported corporate governance documents previously rejected by this Court. The Court has already found that CDI failed to follow the proper corporate formalities required for corporate governance in order for David Baksht to have the authority to retain counsel after appointing himself "president" of CDI. *See* Doc. 252 at 4; Doc. 262 at 2-6.

The materials presented in support of Mr. Blumenthal's representation of the Defendant's are equally problematic with regard to his representation of Defendant David Baksht. The "redacted" copy of Mr. Blumenthal's engagement letter with CDI and Baksht is so redacted that almost the text has been removed. Doc. 268-2 at 3-8 (nearly 5 of 6 pages are blank). Additionally, the signature line for the signer that the letter has been "Read, Understood and Agreed to" does not contain an actual signature but contains the symbols: "/db/." Given the extensive problems with misrepresentations and allegations of doctored emails from Defendant Baksht as previously identified in this case (*see* Doc. 262 at 6-7), the Court is not satisfied that Mr. Blumenthal has been appropriately retained to represent Mr. Baksht.

Accordingly, Mr. Blumenthal's Motion for admission pro hac vice on behalf of Defendants CDI and Baksht is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on February 12, 2013.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record