UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MONSTER ENERGY COMPANY, f/k/a
HANSEN BEVERAGE COMPANY,
d/b/a MONSTER BEVERAGE COMPANY,

        Plaintiff,

vs.                              Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC., and DAVID
BAKSHT (a/k/a David Lipsker a/k/a
David Bakshet a/k/a D Bakht a/k/a DM
Schneerson a/k/a Abraham Schneorson),

        Defendants.      /

## SUPPLEMENT TO MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney, Lawrence A. Farese, supplements his Motion to Withdraw as Counsel filed on February 14, 2013 (Doc. No. 271), as follows:

David Baksht has requested that I advise the Court that both he and Consolidated Distributors, Inc. object to my withdrawal.

Dated this 15th day of February, 2013.

                              Respectfully submitted,

                              /s/ Lawrence A. Farese
                              Lawrence A. Farese
                              Florida Bar No. 252808
                              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                              711 Fifth Avenue South, Suite 201
                              Naples, Florida 34102
                              (239) 430-7070 Telephone
                              (239) 213-1970 Facsimile
                              E-mail:  LAFarese@rkmc.com

                              Counsel for Defendants, Consolidated Distributors,
                              Inc. and David Baksht

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy has been furnished by the Court's CM/ECF system to the following:

Richard E. Mitchell, Esq.
rick.mitchell@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801

Local Counsel for Plaintiff, Monster Energy Company d/k/a Hansen Beverage Company d/b/a Monster Beverage Company

John B. Sganga, Jr., Esq.
john.sganga@kmob.com
Paul A. Stewart, Esq.
paul.stewart@kmob.com
Lauren K. Katzenellenbogen, Esq.
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614

Lead Trial Counsel for Plaintiff, Monster Energy Company f/k/a Hansen Beverage Company d/b/a Monster Beverage Company

I further certify that a copy of this Supplement to Motion to Withdraw as Counsel has been served by e-mail to David Baksht, individually and as President of Consolidated Distributors, Inc.

s/Lawrence A. Farese
Lawrence A. Farese

75329574.1