**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MONSTER ENERGY COMPANY, f/k/a HANSEN BEVERAGE COMPANY, d/b/a MONSTER BEVERAGE COMPANY,

Plaintiff,

Case No. 6:11-CV-329-ORL-22DAB

vs.

CONSOLIDATED DISTRIBUTORS, INC., METTEMP, INC., and DAVID BAKSHT (a/k/a David Lipsker a/k/a David Bakshet a/k/a D Bakht a/k/a DM Schneerson a/k/a Abraham Shneorson),

Defendants.
______________________________________ /

**PLAINTIFF MONSTER ENERGY COMPANY'S STATUS REPORT**

Pursuant to the Court's Order entered January 30, 2013 (Doc. No. 262), Plaintiff Monster Energy Company ("MEC") provides the following status report on Defendant Consolidated Distributors, Inc.'s bankruptcy proceedings pending in the United States Bankruptcy Court for the Eastern District of New York, Case No. 13-40350-nhl.

On January 22, 2013, Consolidated Distributors, Inc. ("CDI") filed its Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court for the Eastern District of New York. The case was assigned to the Honorable Nancy Hershey Lord. On February 5, 2013, MEC filed an Emergency Motion to lift the automatic stay under 11 U.S.C. § 362(d)(1). The Bankruptcy Court received briefing on this motion on an

expedited basis, with CDI filing its responsive brief on February 6, 2013. On February 13, 2013, in preparation for the hearing on the Motion to Lift the Stay, MEC conducted a deposition of CDI under Rule 30(b)(6) of the Federal Rules of Civil Procedure, with David Baksht testifying as CDI's representative. The next day, the Bankruptcy Court held a preliminary hearing on the Motion to Lift the Stay. During that hearing, the Court suggested that MEC file a Motion to Dismiss the bankruptcy case. The Court also deferred any final ruling on the Motion to Lift the Stay until the Motion to Dismiss could be heard.

On February 20, 2013, MEC filed the suggested Motion to Dismiss the bankruptcy case, together with alternative requests to convert the case from Chapter 11 to Chapter 7 or to appoint a Chapter 11 trustee. The Bankruptcy Court again received briefing on an expedited basis, with CDI filing its responsive brief on February 26, 2013. From February 27 through March 7, 2013, the Bankruptcy Court conducted an expedited combined evidentiary hearing on MEC's Motion to Lift the Stay and MEC's Motion to Dismiss. MEC and CDI submitted post-hearing briefs on March 18, 2013. Both motions are currently under submission, awaiting decision by the Bankruptcy Court.

Respectfully submitted,

Dated: May 1, 2013

By: /s/ *Paul A. Stewart*

JOHN B. SGANGA, JR. ESQ.
(Admitted *Pro Hac Vice*)
john.sganga@kmob.com
PAUL A. STEWART, ESQ.
paul.stewart@kmob.com
(Admitted *Pro Hac Vice*)
LAUREN K. KATZENELLENBOGEN, ESQ.

(Admitted *Pro Hac Vice*)
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614
(949) 760-0404 Telephone
(949) 760-9502 Facsimile

Lead Trial Counsel for Plaintiff,
MONSTER ENERGY COMPANY f/k/a
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

– and –

RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880 Telephone
(407) 244-5690 Facsimile

Local Counsel for Plaintiff,
MONSTER ENERGY COMPANY f/k/a
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Paul A. Stewart*
Paul A. Stewart

15326301