UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
401 W. Central Blvd., Suite 1200
Orlando, FL 32801-0120
407-835-4200

RECEIVED

MAY 09 2013

CTW

Sheryl L. Loesch
Clerk

Paul Paterson
Orlando Division Manager

May 16, 2013

Charles Talley Wells, Sr.
GrayRobinson P.A.
301 E. Pine St. Ste 1400
Orlando, FL 32802

Re: 6:11-cv-329-Orl-22DAB
Hansen Beverage Company v. Consolidated Distributors, Inc. et al.

Dear Mr. Wells,

On August March 4, 2011 an Order was entered by this Court requiring the Plaintiffs Hansen Beverage Company to post a bond in the amount of $20,000.00. The was posted with the Clerk on March 3/7/11.

On January 19, 2012, the Court entered an Order (attached hereto) exonerating and releasing the Bond to the Plaintiff.

Attached please find the Original Bond posted with the Clerk of the Court for $20,000.00 Bond No. 1000889168.   Please sign and date the bottom portion of this letter as acknowledgment of receipt of the Bond and return to the Clerk's office.

If you have any questions, please feel free to contact me at 407-835-4216.

Sincerely,

Celeste Herdeman
Financial Deputy Clerk

I acknowledge receiving the above listed bond.

Date  5/13/13

Richard E. Mitchell, Esq.
FL Bar No.: 0168092
*Local Counsel for Plaintiff*