UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MONSTER ENERGY COMPANY, f/k/a
HANSEN BEVERAGE COMPANY,
d/b/a MONSTER BEVERAGE COMPANY,

    Plaintiff,

vs.             Case No. 6:11-CV-329-ORL-22DAB

CONSOLIDATED DISTRIBUTORS,
INC., METTEMP, INC., and DAVID
BAKSHT (a/k/a David Lipsker a/k/a
David Bakshet a/k/a D Bakht a/k/a DM
Schneerson a/k/a Abraham Schneorson),

    Defendants.    /

**NOTICE OF INTENT TO RENEW MOTION TO WITHDRAW AS COUNSEL**

  The undersigned counsel, Lawrence A. Farese, hereby gives notice to all parties of his intent to renew his Motion to Withdraw as Counsel after this case is reinstated to active status and states:

  1. On February 14, 2013, the undersigned counsel filed his Motion to Withdraw as Counsel for Consolidated Distributors, Inc. ("CDI") and David Baksht, individually. (Doc. No. 271).

  2. On the same day, this Court entered its Order (Doc. No. 273) staying this action pursuant to the provisions of 11 U.S.C. § 362, and denying all pending motions without prejudice with leave to re-file after the case is reinstated to active status.

  3. On July 23, 2013, the United States Bankruptcy Court for the Eastern District of New York in the case of *In Re: Consolidated Distributors, Inc.*, entered an Order Granting Relief From the Automatic Stay and Denying Motion to Dismiss Without

Prejudice. (See Doc. No. 277, Exhibit "B"). Pursuant to said Order, the lifting of the Automatic Stay pursuant to 11 U.S.C. § 362 shall become effective August 22, 2013.

4. The undersigned counsel intends to renew his Motion to Withdraw as soon as the stay is lifted in this case.

Dated this 31st day of July, 2013.

        Respectfully submitted,

        /s/ Lawrence A. Farese
        Lawrence A. Farese
        Florida Bar No. 252808
        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
        711 Fifth Avenue South, Suite 201
        Naples, Florida 34102
        (239) 430-7070 Telephone
        (239) 213-1970 Facsimile
        E-mail: LAFarese@rkmc.com

        Counsel for Defendants, Consolidated Distributors, Inc. and David Baksht

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy has been furnished by the Court's CM/ECF system to the following:

Richard E. Mitchell, Esq.
rick.mitchell@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801

Local Counsel for Plaintiff, Monster Energy Company d/k/a Hansen Beverage Company d/b/a Monster Beverage Company

John B. Sganga, Jr., Esq.
john.sganga@kmob.com
Paul A. Stewart, Esq.
paul.stewart@kmob.com
Lauren K. Katzenellenbogen, Esq.
lauren.katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614

Lead Trial Counsel for Plaintiff, Monster Energy Company f/k/a Hansen Beverage Company d/b/a Monster Beverage Company

I further certify that a copy of this Motion has been served by E-Mail and U.S. Mail to the following:

David Baksht, individually and as President of Consolidated Distributors, Inc., Debtor
davidlipsker@gmail.com
719 Eastern Parkway Apt. 3
Brooklyn, New York 11213-3411

David Carlebach, Esq.,
david@carlebachlaw.com
Law Offices of David Carlebach, Esq.
40 Exchange Place
New York, New York 10005
As Attorney for Consolidated Distributors, Inc. in Bankruptcy

                                                s/Lawrence A. Farese
                                                Lawrence A. Farese

75408393.1